# Exhibit E

# Claim Chart – US Patent 7,836,189 B2 vs. Samsung Galaxy 5G Smartphones (EN-DC)

| Exhibit(s) | Source Description and URL |
| --- | --- |
| Exhibit 1 | 3GPP TS 37.340v15.16 – Multi-connectivity; Overall description (Stage-2)<br>https://www.3gpp.org/DynaReport/37340.htm |
| Exhibit 2 | 3GPP TS 36.331v15.24 – E-UTRA RRC; Protocol specification<br>https://www.3gpp.org/DynaReport/36331.htm |
| Exhibit 3 | 3GPP TS 38.331v15.30 – NR RRC; Protocol specification<br>https://www.3gpp.org/DynaReport/38331.htm |
| Exhibit 4 | 3GPP TS 36.300v15.14 – E-UTRA and E-UTRAN; Overall description (Stage-2)<br>https://www.3gpp.org/DynaReport/36300.htm |
| Exhibit 5 | Samsung 5G Standalone Architecture Technical White Paper (2021)<br>https://images.samsung.com/is/content/samsung/assets/global/business/networks/insights/white-papers/0107_5g-standalone-architecture/5G_SA_Architecture_Technical_White_Paper_Public.pdf |
| Exhibit 6 | 3GPP TS 38.323v15.08 – NR PDCP protocol specification<br>https://www.3gpp.org/DynaReport/38323.htm |
| Exhibit 7 | GSMA 5G Implementation Guidelines: NSA Option 3<br>https://www.gsma.com/solutions-and-impact/technologies/networks/gsma_resources/5g-implementation-guidelines-nsa-option-3/ |
| Exhibit 8 | Samsung Exynos Modem 5G Product Page (Exynos 5300 & 5123)<br>https://semiconductor.samsung.com/processor/modem/exynos-modem-5300/ |
| Exhibit 9 | Samsung Galaxy S25 Powered by Snapdragon 8 Elite – Engadget (2025)<br>https://www.engadget.com/mobile/smartphones/samsung-galaxy-s25-smartphones-are-powered-by-a-custom-snapdragon-8-elite-soc-180050277.html |
| Exhibit 10 | Snapdragon 8 Elite Mobile Platform – Qualcomm Product Page<br>https://www.qualcomm.com/smartphones/products/8-series/snapdragon-8-elite-mobile-platform |
| Exhibit 11 | Samsung Galaxy Z Flip 7 Specifications – DeviceSpecifications.com<br>https://www.devicespecifications.com/en/model/24316432 |

| Exhibit 12 | Where to Next on the Road to 5G Standalone? (Analyst Angle) – RCR Wireless<br>https://www.rcrwireless.com/20190908/5g/road-to-standalone-5g-analyst-angle |
|---|---|
| Exhibit 13 | Samsung 5G R&D Interview: 4G-5G Network Dual Connectivity (EN-DC) – Samsung Networks Blog<br>https://www.samsung.com/global/business/networks/insights/blog/samsung-5g-interview-with-rd-team-4g-5g-network-dual-connectivity-en-dc/ |
| Exhibit 14 | Interworking with LTE – NSA / ENDC in Detail – ShareTechNote<br>https://www.sharetechnote.com/html/5G/5G_LTE_Interworking.html |
| Exhibit 15 | 3GPP TS 23.401v15.16 – LTE: E-UTRAN Access<br>https://www.3gpp.org/DynaReport/23401.htm |
| Exhibit 16 | LTE Explained – Digi.com<br>https://www.digi.com/blog/post/what-is-lte |
| Exhibit 17 | 3GPP TS 38.300v15.14 – NR and NG-RAN Overall Description (Stage-2)<br>https://www.3gpp.org/DynaReport/38300.htm |
| Exhibit 18 | Samsung Newsroom – SK Telecom & Samsung Achieve 2.65Gbps EN-DC Dual Connectivity Test on Galaxy S10 5G (Mar. 2019)<br>https://news.samsung.com/global/sk-telecom-and-samsung-completed-4g-5g-network-dual-connectivity-test-achieving-2-7gbps |
| Exhibit 19 | Samsung Newsroom U.S. – Samsung Breaks 5G Speed Record (5.23Gbps via EN-DC on Galaxy S20+) (Mar. 2021)<br>https://news.samsung.com/us/samsung-breaks-5g-speed-record-reaching-5-23gbps/ |
| Exhibit 20 | Samsung Galaxy S25 Full Network Specifications (SA/NSA/Sub6/mmWave) – GSMArena<br>https://www.gsmarena.com/samsung_galaxy_s25-13610.php |
| Exhibit 21 | EN-DC Coverage and Range: How 4G and 5G Dual Connectivity Really Works – CommsBrief<br>https://commsbrief.com/en-dc-coverage-and-range-how-4g-and-5g-dual-connectivity-really-works/ |
| Exhibit 22 | 5G Non-Standalone Access: EN-DC Secondary Node Addition Signaling Flow – EventHelix / Medium<br>https://medium.com/5g-nr/5g-non-standalone-access-4d48cea5db5f |
| Exhibit 23 | EN-DC Overall Architecture Explained: LTE and 5G Dual Connectivity (eNB, gNB, EPC interfaces) – TelecomTrainer<br>https://www.telecomtrainer.com/en-dc-overall-architecture-explained-lte-and-5g-dual-connectivity/ |
| Exhibit 24 | 4G-5G Interworking – Samsung |

|  | https://images.samsung.com/is/content/samsung/p5/global/business/networks/insights/white-paper/4g-5g-interworking/global-networks-insight-4g-5g-interworking-0.pdf |
| Exhibit 25 | https://www.eventhelix.com/5G/non-standalone-access-en-dc/en-dc-secondary-node-addition-core-network-details.pdf |
| Exhibit 26 | 3GPP TS 23.402 v15.3.0 - Architecture enhancements for non-3GPP accesses<br>https://www.3gpp.org/DynaReport/23402.htm |
| Exhibit 27 | HOW TO MAINTAIN HIGH PERFORMANCE RADIO CONNECTIONS DURING MOBILITY<br>https://www.ericsson.com/en/blog/2024/12/how-to-maintain-high-performance-radio-connections-during-mobility |
| Exhibit 28 | https://patents.google.com/patent/US7836189B2 |
| Exhibit 29 | https://www.globalcertificationforum.org/gcf-certified-products/3gpp-certifications.html?dateCondition=before&certificationDateFrom=&certificationDateTo=&manufacturer=samsung-electronics-co-ltd |
| Exhibit 30 | https://www.gsmarena.com/samsung_galaxy_s25-13610.php |
| Exhibit 31 | https://www.qualcomm.com/smartphones/device-finder/samsung-galaxy-s250 |
| Exhibit 32 | https://techblog.comsoc.org/2022/03/01/qualcomm-fastconnect-7800-combining-wifi-7-and-bluetooth-in-single-chip/ |
| Exhibit 33 | https://futurumgroup.com/insights/qualcomms-new-wifi-dual-station-solution-brings-ethernet-like-latency-via-wifi-to-windows-11-pcs/ |
| Exhibit 34 | https://www.arista.com/en/support/toi/wi-fi-7/18659-multi-link-operation-with-802-11be-protocol |
| Exhibit 35 | https://wifinowglobal.com/news-and-blog/qualcomm-delivers-big-boost-to-wi-fi-gaming-performance-with-microsoft-valve-steam/ |
| Exhibit 36 | https://www.qualcomm.com/wi-fi/products/fastconnect/fastconnect-7800 |

# Claim Chart

| Claim | Exemplary Evidence of Infringement |
|---|---|
| 1.[pre] A method of forming multiple simultaneous active wireless connections between a wireless client and two or more separate wireless access points | To the extent the preamble is limiting, each of the Accused Products[1] performs a method of forming multiple simultaneous active wireless connections between a wireless client and two or more separate wireless access points.<br><br>For example, each of the Accused Products is certified to be compliant with 3GPP standards, which includes 3GPP TS 37.340. *See* Ex. 29 (listing all 3GPP compliant Samsung products from the past five years). Per 3GPP TS 37.340, compliant devices implement E-UTRA–NR Dual Connectivity ("EN-DC"). When operating in EN-DC mode, said devices perform UE side procedure to establish and maintain concurrent LTE and NR radio links. Thus, as 3GPP compliant devices, each of the Accused Products (*e.g.*, wireless client) form multiple simultaneous active wireless connections with two or more separate wireless access points (*e.g.*, LTE eNB, NR gNB).<br><br>As an additional example, on information and belief, each of the Accused Products supports Wi-Fi 7 capabilities, which includes multi-link capabilities that "can be implemented with simultaneous links." *See* Ex. 32.<br><br>As shown in the table below, each of the Accused Products complies with 3GPP standards: |

| Model | Samsung Series | 3GPP Certification Date |
|---|---|---|
| SM-A276B/DS, SM-A276B | Galaxy A27 5G | 27-May-2026 |
| SM-A576B/DS, SM-A576B | Galaxy A57 5G | 15-Jan-2026 |
| SM-A376B/DS, SM-A376B | Galaxy A37 5G | 12-Jan-2026 |
| SM-S947B/DS, SM-S947B | Galaxy S26 Edge | 29-Dec-2025 |
| SM-S942B/DS, SM-S942B | Galaxy S26 | 29-Dec-2025 |
| SM-S948BDS, SM-S948B | Galaxy S26 Ultra | 01-Dec-2025 |
| SM-A076B/DS | Galaxy A07 5G | 24-Nov-2025 |
| SM-S731B/DS, SM-S731B | Galaxy S25 FE | 28-Jul-2025 |
| SM-A176B/DS, SM-A176B | Galaxy A17 5G | 11-Jul-2025 |
| SM-F766B | Galaxy Z Flip7 | 04-Jun-2025 |
| SM-F761B | Galaxy Z Flip7 FE | 30-May-2025 |

[1] The Accused Products include Samsung Galaxy 5G smartphones (*e.g.*, Galaxy S21, S22, S23, S24, and S25 series, the Galaxy A54/A55 5G, and the Galaxy Z Fold/Flip 5G product lines).

| | | |
|---|---|---|
| SM-F966B/DS, SM-F966B | Galaxy Z Fold7 | 29-May-2025 |
| SM-S937B/DS, SM-S937B | Galaxy S25 Edge | 13-Mar-2025 |
| SM-A266B/DS, SM-A266B | Galaxy A26 5G | 17-Feb-2025 |
| SM-A366B/DS, SM-A366B | Galaxy A36 5G | 21-Jan-2025 |
| SM-A566B/DS, SM-A566B | Galaxy A56 5G | 20-Jan-2025 |
| SM-S936B/DS, SM-S936B | Galaxy S25+ | 28-Nov-2024 |
| SM-S938B/DS, SM-S938B | Galaxy S25 Ultra | 28-Nov-2024 |
| SM-S931B/DS, SM-S931B | Galaxy S25 | 28-Nov-2024 |
| SM-A166P/DS, SM-A166P | Galaxy A16 5G | 10-Sep-2024 |
| SM-A166B/DS | Galaxy A16 5G | 10-Sep-2024 |
| SM-S721B/DS | Galaxy S24 FE | 21-Aug-2024 |
| SM-A065F/DS | Galaxy A06 | 03-Jul-2024 |
| SM-F741B | Galaxy Z Flip6 | 30-May-2024 |
| SM-F956B/DS, SM-F956B | Galaxy Z Fold6 | 30-May-2024 |
| SM-A356B/DS | Galaxy A35 5G | 29-Jan-2024 |
| SM-A356E/DS, SM-A356E | Galaxy A35 5G | 29-Jan-2024 |
| SM-A556E/DS, SM-A556E | Galaxy A55 5G | 29-Jan-2024 |
| SM-A556B/DS | Galaxy A55 5G | 24-Jan-2024 |
| SM-A156B/DSN | Galaxy A15 5G | 06-Dec-2023 |
| SM-A156E/DSN, SM-A156E/N, SM-A156E/DS | Galaxy A15 5G | 29-Nov-2023 |
| SM-A256E/DSN | Galaxy A25 5G | 22-Nov-2023 |
| SM-S921B/DS, SM-S921B | Galaxy S24 | 22-Nov-2023 |
| SM-S928B/DS, SM-S928B | Galaxy S24 Ultra | 22-Nov-2023 |
| SM-S926B/DS, SM-S926B | Galaxy S24+ | 22-Nov-2023 |
| SM-A256B/DSN | Galaxy A25 5G | 21-Nov-2023 |
| SM-S711B/DS | Galaxy S23 FE | 11-Aug-2023 |
| SM-A057F/DS, SM-A057F | Galaxy A05s | 31-Jul-2023 |
| SM-A057G/DSN | Galaxy A05s | 31-Jul-2023 |
| SM-A055F/DS, SM-A055F | Galaxy A05 | 20-Jul-2023 |
| SM-F731B | Galaxy Z Flip5 | 16-Jun-2023 |
| SM-F946B/DS, SM-F946B | Galaxy Z Fold5 | 16-Jun-2023 |
| SM-A546E/DS, SM-A546E | Galaxy A54 5G | 13-Feb-2023 |

| | SM-A546B/DS | Galaxy A54 5G | 09-Feb-2023 |
|---|---|---|---|
| | SM-A346E/DSN, SM-A346E/N | Galaxy A34 5G | 03-Feb-2023 |
| | SM-A346B/DSN | Galaxy A34 5G | 03-Feb-2023 |
| | SM-A146B/DS | Galaxy A14 5G | 12-Dec-2022 |
| | SM-S916B/DS, SM-S916B | Galaxy S23+ | 30-Nov-2022 |
| | SM-S911B/DS, SM-S911B | Galaxy S23 | 30-Nov-2022 |
| | SM-S918B/DS, SM-S918B | Galaxy S23 Ultra | 30-Nov-2022 |
| | SM-A146P/DSN, SM-A146P/N | Galaxy A14 5G | 11-Nov-2022 |
| | SM-A042F/DS, SM-A042F | Galaxy A04e | 26-Sep-2022 |
| | SM-A047FDSN, SM-A047FDS, SM-A047F | Galaxy A04s | 22-Jul-2022 |
| | SM-A236B/DSN | Galaxy A23 5G | 22-Jul-2022 |
| | SM-F936B/DS, SM-F936B | Galaxy Z Fold4 | 06-Jul-2022 |
| | SM-F721B | Galaxy Z Flip4 | 06-Jul-2022 |
| | SM-A045F/DS, SM-A045F | Galaxy A04 | 05-Jul-2022 |
| | SM-A136B/DSN, SM-A136B/DS, SM-A136B, SM-A136B/N | Galaxy A13 5G | 18-May-2022 |
| | SM-A736B/DS, SM-A736B | Galaxy A73 5G | 14-Mar-2022 |
| | SM-A536E/DS, SM-A536E | Galaxy A53 5G | 28-Jan-2022 |
| | SM-A336EDSN, SM-A336EDS, SM-A336E | Galaxy A33 5G | 28-Jan-2022 |
| | SM-A336B/DSN | Galaxy A33 5G | 28-Jan-2022 |
| | SM-A536B/DS | Galaxy A53 5G | 26-Jan-2022 |
| | SM-S906B/DS | Galaxy S22+ | 31-Dec-2021 |
| | SM-S908B/DS | Galaxy S22 Ultra | 31-Dec-2021 |
| | SM-S901B/DS | Galaxy S22 | 31-Dec-2021 |
| | SM-S901E/DS, SM-S901E | Galaxy S22 | 22-Dec-2021 |
| | SM-S908E/DS, SM-S908E | Galaxy S22 Ultra | 22-Dec-2021 |
| | SM-S906E/DS, SM-S906E | Galaxy S22+ | 22-Dec-2021 |
| | SM-A035G/DSN | Galaxy A03 | 22-Nov-2021 |
| | SM-A035F/DS, SM-A035F | Galaxy A03 | 09-Nov-2021 |
| | SM-G990E/DS, SM-G990E | Galaxy S21 FE 5G | 12-Oct-2021 |
| | SM-A037G/DSN | Galaxy A03s | 24-Aug-2021 |
| | SM-G990B/DS, SM-G990B2/DS | Galaxy S21 FE 5G | 03-Aug-2021 |

| SM-A528B/DS, SM-A528B | Galaxy A52s 5G | 03-Aug-2021 |
| SM-A037F/DS, SM-A037F | Galaxy A03s | 14-Jul-2021 |
| SM-F711B | Galaxy Z Flip3 5G | 28-Jun-2021 |
| SM-F926B/DS, SM-F926B | Galaxy Z Fold3 5G | 28-Jun-2021 |
| SM-A127F/DSN, SM-A127F/DS, SM-A127F | Galaxy A12 | 22-Jun-2021 |

*See* Ex. 29 (listing all 3GPP compliant Samsung products from the past five years).

According to 3GPP TS 37.340, each compliant UE (*i.e.*, wireless client) forms connections with at least a master node and a secondary node. *See* Ex. 1. And each UE "may simultaneously receive or transmit multiple CCs depending on its capabilities." *Id.*

**Master node**: in MR-DC, the radio access node that provides the control plane connection to the core network. It may be a Master eNB (in EN-DC), a Master ng-eNB (in NGEN-DC) or a Master gNB (in NR-DC and NE-DC).

**Secondary node**: in MR-DC, the radio access node, with no control plane connection to the core network, providing additional resources to the UE. It may be an en-gNB (in EN-DC), a Secondary ng-eNB (in NE-DC) or a Secondary gNB (in NR-DC and NGEN-DC).



**Figure 4.2.1-1: Control plane architecture for EN-DC (left) and MR-DC with 5GC (right).**

# 5      Layer 1 related aspects

In MR-DC, two or more Component Carriers (CCs) may be aggregated over two cell groups. A UE may simultaneously receive or transmit on multiple CCs depending on its capabilities. The maximum number of configured CCs for a UE is 32 for DL and UL. Depending on UE's capabilities, up to 31 CCs can be configured for an E-UTRA cell group when the NR cell group is configured. For the NR cell group, the maximum number of configured CCs for a UE is 16 for DL and 16 for UL.

Ex. 1

Further, Samsung's own news releases confirm the simultaneous active nature of the Accused Products' dual connectivity between each device (*i.e.*, wireless client) and the two or more separate wireless access points. In 2019, for instance, Samsung and SK Telecom completed an EN-DC interoperability test on the Galaxy S10 5G, combining 1.5Gbps of 5G NR throughput with 1.15Gbps of LTE throughput simultaneously, achieving 2.65Gbps aggregate. Thus, Samsung's testing demonstrates the Accused Products perform concurrent bidirectional data transmission over both access points at the same time. *See* Ex. 18.

SK Telecom (NYSE:SKM) and Samsung Electronics today announced that they have successfully completed the network device interoperability test applying Dual Connectivity technology using both 4G and 5G networks provided by Samsung's Networks Business. It is also known as 'E-UTRAN New Radio Dual Connectivity (EN-DC)' based on the 3GPP 5G New Radio (NR) standard.

During the test, both companies have successfully achieved 2.65Gbps in data speeds on the 5G smartphone, combining both 1.5Gbps in 5G using 3.5GHz frequency (100MHz bandwidth) with 1.15Gbps in LTE using 1.8GHz, 2.1GHz, and 2.6GHz frequencies (65MHz bandwidth) all of which are for commercial use by SK Telecom.

The test, carried out at Samsung Electronics located in Suwon, Korea, used Samsung's commercial 4G and 5G NR end-to-end networks solutions which have been provided to the operator's current service. In addition, companies used Samsung's virtual core (vCore) that supports simultaneous 4G and 5G as well as its Galaxy S10 5G, Samsung's first 5G smartphone which was unveiled last month.

Ex. 18

As an additional example, in 2021, Samsung tested operations of EN-DC on the Galaxy S20+ to combine 40MHz of 4G and 800MHz of 5G mmWave, achieving data transfer to a single device at speeds of 5.23Gbps. *See* Ex. 19. Thus, Samsung's own tests similarly confirmed simultaneous LTE + NR operation on a commercially available Samsung device. *See id.*

In a demonstration carried out in Samsung's lab in Korea, the company successfully combined 40MHz of 4G frequency and 800MHz of 5G frequency in mmWave, achieving 5.23Gbps in data speeds to a single device. For the demonstration, Samsung used its commercial end-to-end solutions comprised of devices and network products. This includes the Samsung Galaxy S20+ smartphone, 4G radios, 5G radios (Compact Macro Link), and 4G/5G common Core.

The demo used EN-DC technology, which enables operators to combine 4G and 5G to maximize the benefits of both networks, and deliver enhanced speeds, coverage and reliability. It also leveraged carrier aggregation which combines multiple channels of spectrum to gain greater efficiencies and boost data speeds over a wireless network. The successful demonstration provides a blueprint for delivering a rapid, stable and effective path to 5G service.

Ex. 19

The Galaxy S25 (SM-S931B/U) official specifications confirm 5G SA/NSA/Sub6 and mmWave support across multiple NR bands (n1, n2, n5, n41, n66, n71, n77, n78, n257, n258, n260, n261) together with LTE up to 7-Carrier Aggregation, both active simultaneously in 5G NSA (EN-DC) mode. *See* Ex. 20.



Ex. 20

Each of the Accused Products incorporates modems to support EN-DC dual active bearer operation. For example, each of the Samsung Galaxy S25 and S26 incorporates the Qualcomm Snapdragon X-series modem. Further, each of the prior Galaxy S/A/Z series incorporated the Exynos 5G modem. As shown below, each modem supports EN-DC dual active bearer operation. *See* Ex. 8-11.

# Always-on, anywhere

For always-on experiences. The Exynos Modem 5300 supports cross-generation network connectivity, all the way up to 5G as well as across LTE, 3G and 2G. In LTE environments, download speeds reach up to 3.0Gbps and upload speeds reach of up to 422Mbps. 5G environments are also supported in NSA and SA modes. More network access and support enable better connectivity without compromising the user experience.

* Based on internal test result for EN-DC and compared to Exynos Modem 5123



5G

5G NR
3GPP Rel. 16,
Sub-6GHz/mmWave,
NSA/SA

Ex. 8

# Samsung Galaxy S25 smartphones are powered by a custom Snapdragon 8 Elite SoC

Ex. 9



### Cellular Modem-RF

| Modem Name | Snapdragon® X80 5G Modem-RF System |
|---|---|
| Peak Download Speed | 10 Gbps |
| Peak Upload Speed | 3.5 Gbps |
| Cellular Modem-RF Specs | 8 carriers (mmWave), 2x2 MIMO (mmWave), 4x6 MIMO (Sub-6) |
| Performance Enhancement Technologies | Qualcomm® Wideband Envelope Tracking, Qualcomm® 5G Ultra-Low Latency Suite, Qualcomm® 5G AI Processor Gen 2 with dedicated tensor accelerator, Qualcomm® Power RF Efficiency Suite, Qualcomm® 5G AI Suite Gen 3, Qualcomm® RF Uplink Optimization, Qualcomm® Smart Transmit™ Gen 5 technology, Qualcomm® 5G PowerSave Gen 5 |
| Cellular Technology | 5G NR, Dynamic Spectrum Sharing (DSS), LTE, WCDMA, LAA, GSM/EDGE, EN-DC, CBRS, NR DC |
| Multi SIM | Global 5G Multi-SIM, Dual SIM support Qualcomm® DSDA Gen 2 (Dual Data) |

Ex. 10

## Samsung Galaxy Z Flip7 - Specifications

 **Mobile network technologies and bandwidth**

Communication between devices within mobile networks is realized via various generations of network technologies, which provide different bandwidth.

**Mobile network technologies**

There are several network technologies that enhance the performance of mobile networks mainly by increased data bandwidth. Information about the communication technologies supported by the device and their respective uplink and downlink bandwidth.

- UMTS (384 kbit/s ⬇)
- EDGE
- GPRS
- HSPA+ (HSUPA 5.76 Mbit/s ⬆, HSDPA 42 Mbit/s ⬇)
- LTE
- 5G NSA
- 5G SA

- 4x4 MIMO
- 7CA
- LAA

Ex. 11

As defined in 3GPP TS 37.340, Multi Radio Dual Connectivity (MR-DC) supports EN-DC, in which the UE simultaneously forms and maintains primary active connections with both the LTE eNB and NR gNB. *See* Exs. 1, 2, 5, 12.

## 5    Layer 1 related aspects

In MR-DC, two or more Component Carriers (CCs) may be aggregated over two cell groups. A UE may simultaneously receive or transmit on multiple CCs depending on its capabilities. The maximum number of configured CCs for a UE is 32 for DL and UL. Depending on UE's capabilities, up to 31 CCs can be configured for an E-UTRA cell group when the NR cell group is configured. For the NR cell group, the maximum number of configured CCs for a UE is 16 for DL and 16 for UL.

Ex. 1

2> if the *ue-CapabilityRequest* includes *eutra-nr* and if the UE supports (NG)EN-DC or NE-DC:

   3> include the UE radio access capabilities for EUTRA-NR within a *ue-CapabilityRAT-Container*, with the *rat-Type* set to *eutra-nr*;

   3> include band combinations as specified in TS 38.331 [82], clause 5.6.1.4, considering the included *requestedFreqBandsNR-MRDC*, *requestedCapabilityNR* (if present) and *requestedCapabilityCommon* (if included);

Ex. 2

## NR Architecture Overview

The 3GPP introduces six architecture options for NR deployment as shown in Figure 2. These architecture options are divided into two deployment scenarios: SA and NSA [2][3]. The SA provides NR service by using a single RAT, whereas the NSA enables NR deployment by utilizing the existing LTE systems. Options 1, 2 and 5 belong to the SA category, while options 3, 4 and 7 belong to the NSA category. However, since option 1 is a legacy LTE system, in which an E-UTRAN NodeB (eNB) is connected to an Evolved Packet Core (EPC), also referred to as 4G Core Network (CN), it is not considered when dealing with NR deployment scenarios.



Ex. 5

To date, all 5G networks have been launched with dual connectivity (DC) architecture. DC means that the User Equipment (UE) is connected to two base stations at the same time. In the 3GPP standards, four DC configurations are defined. (See Figure 1 for all 5G configurations)

The DC configuration chosen for the launch of today's 5G networks is commonly known as Option 3x. Formally, it is known as E-UTRA-NR Dual Connectivity (EN-DC). The EN-DC configuration is defined as a 5G Non-standalone (5G NSA) architecture. An EN-DC configuration relies on the 4G Evolved Packet Core (EPC) and an anchor 4G eNB base station that acts as the master node. In addition, the 5G NR gNB base station is tethered to the 4G eNB and acts as the secondary node. The DC configuration is actually quite clever, combining the capacity of both base stations. By leveraging the existing EPC, it allowed service providers to get to market faster, launching in 2019 rather than in 2020. This is where we are today.

Ex. 12

The '189 Patent teaches simultaneous multi-link connections, distinct primary/secondary AP roles, inter-AP coordination for uninterrupted sessions, and data aggregation, *see* Ex. 28, all of which lend strong conceptual and technical support to E-UTRA-NR Dual Connectivity (EN-DC), a foundational 5G Non-Standalone (NSA) architecture. Under EN-DC, a user equipment (UE) holds concurrent links to an LTE Master Node (MN-eNB) and an NR Secondary Node (SN-gNB) to boost mobility, coverage, and capacity. *See* Ex. 25, 28.

## SUMMARY OF THE INVENTION

The present invention overcomes these and other drawbacks by providing a method and apparatus for supporting multiple simultaneous wireless connections in a wireless local area network. According to an embodiment of the invention, a wireless client is configured to associate simultaneously with multiple wireless access points to enable fast handoffs to be performed and, optionally, to enable faster wireless service to be provided to the wireless client from the multiple wireless access points. Information related to the connections, sessions, and flows, may be exchanged between the wireless access points so that, upon handoff from one wireless access point to the second wireless access point, continuity may be maintained. Optionally, multiple access points may be designated as primary wireless access points for different flows, sessions, or for particular types of communications. Designating several wireless access points as primary wireless access points enables data to be passed to the wireless client from several locations on the network thus increasing the data throughput to the wireless client.

Ex. 28

## LTE eNB - 5G gNB dual connectivity (EN-DC) with EPC flow

E-UTRAN New Radio - Dual Connectivity (EN-DC) is a technology that enables introduction of 5G services and data rates in a predominantly 4G network. UEs supporting EN-DC can connect simultaneously to LTE Master Node eNB (MN-eNB) and 5G-NR Secondary Node gNB (SN-gNB). This approach permits cellular providers to roll out 5G services without the expense of a full scale 5G Core Network. 5G gNBs can be introduced early in areas with high traffic congestion.

An EN-DC enabled UE first registers for service with the 4G EPC. The UE also starts reporting measurements on 5G frequencies. If the signal quality for the UE will support a 5G service, the LTE eNB communicates with the 5G-NR gNB to assign resources for a 5G bearer. The 5G-NR resource assignment is then signaled to the UE via an LTE RRC Connection Reconfiguration message. Once the RRC Connection Reconfiguration procedure is completed, the UE simultaneously connects to the 4G and 5G networks.

Ex. 25

As an additional example, the Samsung Galaxy S25 employs a Qualcomm Snapdragon 8 Elite chipset, *see* Ex. 30, which features FastConnect 7800 for "ultra-fast" Wi-Fi 7 connectivity. *See* Ex. 31. To achieve this efficient connectivity, "simultaneous links" can implement multi-link connectivity. *See* Ex. 32.

| PLATFORM | OS | Android 15, up to 7 major Android upgrades, One UI 8 |
|---|---|---|
| | Chipset | Qualcomm SM8750-AC Snapdragon 8 Elite (3 nm) |
| | CPU | Octa-core (2x4.47 GHz Oryon V2 Phoenix L + 6x3.53 GHz Oryon V2 Phoenix M) |
| | GPU | Adreno 830 (1200 MHz) |

Ex. 30.

# Samsung Galaxy S25

## Featuring a Snapdragon 8 Elite Mobile Platform

Imagine a new phone that truly simplifies your day. Galaxy S25 does more than keep your world all in one place '"'it uses AI to intuitively streamline your life. Powered globally by Snapdragon 8 Elite for Galaxy, it supports graphic-intensive games with lightning-fast responsiveness so you can top the leaderboard! Plus, it's equipped with ultra-fast Wi-Fi 7 from Qualcomm FastConnect 7800 for seamless connectivity'"'even in super crowded areas.

Ex 31.

**Wi-Fi 7**, also known as **IEEE 802.11be**, is still in development so has not yet been approved as an IEEE standard. It includes features like 4k QAM, 320MHz channel bandwidth, and multi-link capabilities. Though, as with every standard, implementation is where truly differentiated performance is achieved. For example, multi-link can be implemented with simultaneous links or alternating links. Further, one of those links may be implemented using the narrow and congested 2.4GHz band (which could otherwise be reserved for Bluetooth or IoT devices). Design choices such as these will dictate how well your next devices will be able to harness Wi-Fi 7 speed and latency benefits, so Qualcomm Technologies' approach is to offer a flexible solution that will include all the options.

Qualcomm said it expects the WiFi 7 system to deliver peak speeds up to 5.8Gbps, via single 320MHz or paired 160MHz channels, falling to 4.3Gbps when the 6GHz band is not be available. Latency should be less than 2ms.

| | Ex. 32. |
|---|---|
| 1[a]. obtaining, by the wireless client, a first primary active affiliation between the wireless client and a first primary wireless access point in a first wireless local area network, the first primary wireless access point providing ongoing communication services to the wireless client on the first wireless local area network by sending data to the wireless | Each of the Accused Products performs the process of obtaining, by the wireless client, a first primary active affiliation between the wireless client and a first primary wireless access point in a first wireless local area network, the first primary wireless access point providing ongoing communication services to the wireless client on the first wireless local area network by sending data to the wireless client and receiving data from the wireless client on the first primary active affiliation on the first wireless local area network.<br><br>For example, each Samsung Galaxy 5G smartphone (the "wireless client"), at initial network attach, completes the 3GPP RRC connection establishment procedure (the "first primary active affiliation") with the LTE eNB Master Node (the "first primary wireless access point") within the operator's E-UTRAN access network (the "first wireless local area network"), upon which the eNB (the "first primary wireless access point") carries live downlink and uplink user-plane traffic ("sending data to the wireless client and receiving data from the wireless client") over the established LTE radio bearers on that same E-UTRAN access network, thereby "providing ongoing communication services" to the Samsung device.<br><br>As an additional example, each identified Samsung Galaxy smartphone supports Wi-Fi 7, whereby the smartphone is or acts as a wireless client that establishes a first primary active affiliation (*e.g.*, connection via a first band, such as 2.4 GHz, 5 GHz, 6 GHz) between the wireless client and a first primary wireless access point in a first wireless local area network in furtherance of supporting the multi-link operation (MLO) sets featured in Wi-Fi 7 connections.<br><br>Referenced above, each of the Accused Products is compliant with 3GPP standards. *See* [1.pre]. The following exemplary evidence demonstrates that 3GPP compliant devices, including the identified Samsung Galaxy 5G smartphones, practice the process claimed by element [1.a].<br><br>### 4.1.2    MR-DC with the EPC<br><br>E-UTRAN supports MR-DC via E-UTRA-NR Dual Connectivity (EN-DC), in which a UE is connected to one eNB that acts as a MN and one en-gNB that acts as a SN. The eNB is connected to the EPC via the S1 interface and to the en-gNB via the X2 interface. The en-gNB might also be connected to the EPC via the S1-U interface and other en-gNBs via the X2-U interface.<br><br>The EN-DC architecture is illustrated in Figure 4.1.2-1 below. |

client and receiving data from the wireless client on the first primary active affiliation on the first wireless local area network;



**Figure 4.1.2-1: EN-DC Overall Architecture**

Ex. 1

**E-UTRA-NR Dual Connectivity:** A form of dual connectivity in which a UE in RRC_CONNECTED is configured with MCG cells using E-UTRA and SCG cells using NR as defined in TS 37.340 [81].

### 5.3.3.1    General



**Figure 5.3.3.1-1: RRC connection establishment, successful**

- **RRC_CONNECTED**:
    - Transfer of unicast data to/from UE;
    - At lower layers, the UE may be configured with a UE specific DRX;
    - For UEs supporting CA, use of one or more SCells, aggregated with the PCell, for increased bandwidth;
    - For UEs supporting DC, use of one SCG, aggregated with the MCG, for increased bandwidth;
    - For UEs supporting (NG)EN-DC, option to configure one NR SCG in conjunction with the MCG for DRBs and SRBs, for improved performance (SRBs) and increased bandwidth (DRBs);

Ex. 2

## Option 3/3a/3x

Option 3 family is a NSA option, in which the en-gNB is deployed in the LTE network and thus does not need a 5GC. In this option 5G services are deployed using the EN-DC with the LTE as MN and the NR as SN. This option may be preferred by operators that already have a nationwide LTE network, because it allows quick 5G migration with minimum LTE upgrade without 5GC. However, it also has a disadvantage, in that, the scope of 5G services is restricted to RAN capability due to its dependency on the legacy EPC. For example, URLLC or network slicing is not supported. Therefore, operators choosing option 3 has a long term task of migrating to option 2, if they are to provide the full extent of 5G services. This option is further divided into three types based on the traffic split method as shown in Figure 3.

Figure 3. NR architecture variants of option 3

From a control plane perspective, the eNB is connected to the EPC, and the en-gNB operates with the eNB via X2 interface for all option 3 variants. For user plane, traffic split is done at the eNB for option 3, while traffic split in option 3a is done at EPC. In option 3, the eNB can transmit user plane traffic from the EPC toward the UE directly over the LTE air interface or forward a part of the traffic to the en-gNB via X2 interface. In option 3a, the EPC can transmit/receive user traffic to/from both the eNB and the en-gNB. Option 3x is a combination of option 3 and 3a where the EPC can deliver user traffic to either eNB or en-gNB, which forwards them to the UE over the air. The en-gNB can steer the received user plane traffic toward the UE directly over the NR air interface or indirectly through the eNB via X2 interface.

Ex. 5

The LTE eNB provides ongoing communication services to Samsung UE by actively sending and receiving data. MCG bearers carry user-plane data exclusively over the LTE air interface (LTE PDCP/RLC/MAC/PHY). For split bearers, the MN-leg of the PDCP split delivers downlink data to the UE over LTE and receives uplink data from the UE over LTE. This is a fully bidirectional, active data carrying connection and not a standby or signaling only link. *See* Exs. 2, 3, 5.

**E-UTRA-NR Dual Connectivity:** A form of dual connectivity in which a UE in RRC_CONNECTED is configured with MCG cells using E-UTRA and SCG cells using NR as defined in TS 37.340 [81].

### 5.3.3.1 General

**Figure 5.3.3.1-1: RRC connection establishment, successful**

- **RRC_CONNECTED**:

    - Transfer of unicast data to/from UE;

    - At lower layers, the UE may be configured with a UE specific DRX;

    - For UEs supporting CA, use of one or more SCells, aggregated with the PCell, for increased bandwidth;

    - For UEs supporting DC, use of one SCG, aggregated with the MCG, for increased bandwidth;

    - For UEs supporting (NG)EN-DC, option to configure one NR SCG in conjunction with the MCG for DRBs and SRBs, for improved performance (SRBs) and increased bandwidth (DRBs);

Ex. 2

### 5.3.5.5.1 General

The network configures the UE with Master Cell Group (MCG), and zero or one Secondary Cell Group (SCG). In (NG)EN-DC, the MCG is configured as specified in TS 36.331 [10], and for NE-DC, the SCG is configured as specified in TS 36.331 [10]. The network provides the configuration parameters for a cell group in the *CellGroupConfig* IE.

Ex. 3

In a NSA deployment, Multi-Radio Dual Connectivity (MR-DC) provides a UE with simultaneous connectivity to two different generation RAN nodes (i.e., next generation NodeB (gNB) and eNB). Of the two nodes, one acts as a Master Node (MN) and the other as a Secondary Node (SN). The MN is connected with the SN and 4G/5G CN. The SN can be connected with the Core depending on options [4].

Generally, MR-DC is categorized as shown in Table 2. In MR-DC, a UE connects with the MN/CN and can communicate with SN via MN for control plane. For user plane, a UE can connect with either MN/SN directly or SN via MN.

**Table 2. MR-DC Lists**

| Lists | Associated CN | Associated Option | Note |
|---|---|---|---|
| E-UTRA-NR Dual Connectivity (EN-DC) | EPC | Option 3 | eNB acts as an MN and en-gNB acts as a SN. |

Ex. 5

Upon initial attach, the Samsung UE establishes EPS bearers (default bearer + dedicated bearers) via the LTE eNB to the EPC (S-GW/P-GW), enabling active data services including internet, VoLTE, and video streaming. The eNB is connected to the EPC via the S1 interface, S1-C (control plane to MME) and S1-U (user plane to S-GW). It confirms that eNB is an active data serving access point. *See* Exs. 15, 16, 23.

## 4.2    Architecture reference model

### 4.2.1    Non-roaming architecture



**Figure 4.2.1-1: Non-roaming architecture for 3GPP accesses**

Ex. 15

**Step-by-Step: How LTE Connectivity Happens**

1. A device connects to a nearby LTE cell tower (eNodeB).
2. The LTE network authenticates the device.
3. Data is transmitted via the Evolved Packet Core.
4. Information is routed across the internet or private networks.

This streamlined LTE architecture reduces delays and improves overall network performance.



Ex. 16



## EN-DC Interfaces Explained

**The diagram outlines several important interfaces in the EN-DC architecture:**

**S1 (Signaling Interface):** Connects EPC (MME) with eNB/en-gNB for control plane signaling.

**S1-U (User Plane Interface):** Links EPC (S-GW) with eNB/en-gNB for user plane data flow.

**X2 (LTE X2 Interface):** Connects eNBs to each other and links eNBs to en-gNBs for coordination purposes.

**X2-U (User Plane on X2):** Specifically used for transferring user plane data between eNB and en-gNB.

These interfaces play a crucial role in effectively distributing signaling and data across LTE and 5G components.

**eNB (LTE Node):**

Functions as the Master Node (MN) in most EN-DC setups.

Manages control-plane signaling with the EPC.

Provides user-plane connectivity via S1-U.

en-gNB (Next-Gen gNB with EPC support):

Serves as the Secondary Node (SN) in EN-DC.

Offers additional user-plane capacity using 5G NR spectrum.

Connected to EPC through S1-U and to eNBs via the X2 interface.

Ex. 23

The Samsung Galaxy S25 specification confirms that in 5G NSA mode, the device maintains an active LTE connection on its anchor LTE bands (*e.g.*, B2, B4, B12, B25, B66, B71) simultaneously with NR, confirming the eNB is the first primary active wireless access point providing ongoing services. *See* Ex. 20.

**eNB (LTE Node):**

Functions as the Master Node (MN) in most EN-DC setups.

Manages control-plane signaling with the EPC.

Provides user-plane connectivity via S1-U.

en-gNB (Next-Gen gNB with EPC support):

Serves as the Secondary Node (SN) in EN-DC.

Offers additional user-plane capacity using 5G NR spectrum.

Connected to EPC through S1-U and to eNBs via the X2 interface.

Ex. 20

Steps 1–37 covers the 4G-LTE attach procedure, in which the EN-DC-capable UE establishes its foundational connection with the LTE eNodeB (the Master Node).  It establishes exactly the claim 1[a] describes: the UE (wireless client) attaches to and exchanges data with the LTE MN-eNB (primary access point), which serves as the persistent anchor link. This is the prerequisite "primary" connection upon which the later secondary-node (5G gNB) addition is layered, directly paralleling the patent architecture in which a primary AP affiliation is obtained first, before a secondary AP is added for additional capacity Ex. 25



Ex. 25

3GPP itself treats WLAN and cellular as interchangeable access networks with features like, **LTE-WLAN Aggregation (LWA) in LTE** , where an eNB aggregates a Wi-Fi link as a secondary path. The EPC supports **trusted/untrusted WLAN access** (ePDG, S2a/S2b), (Ex. 26) letting a Wi-Fi client attach to the *same EPC core* a cellular UE uses. The EPC/5GC is explicitly designed to be access-agnostic as it terminates WLAN and cellular sessions through the same core procedures. Hence proposition that the EPC core and a WLAN are "comparable" isn't merely an analogy, it's an architectural reality the 3GPP specifications embody.  Hence operator's E-UTRAN access network, which is the EPC as shown in Ex. 1 is Wireless Local Area Network (WLAN) mentioned in the patent. Exs. 1, 26



Figure 4.1.2-1: EN-DC Overall Architecture

Ex. 1



**Figure 4.2.2-1: Non-Roaming Architecture within EPS using S5, S2a, S2b**

Ex. 26

| 1[b]. obtaining, by the wireless client, a | Each of the Accused Products performs the process of obtaining, by the wireless client, a second primary active affiliation between the wireless client and a second primary wireless access point in the first wireless local area network, the second primary wireless access point providing ongoing communication services to the wireless client on the first wireless local area network by sending data to the wireless client and receiving data from the wireless client on the second primary active affiliation on the first wireless local area network. For |

| | |
|---|---|
| second primary active affiliation between the wireless client and a second primary wireless access point in the first wireless local area network, the second primary wireless access point providing ongoing communication services to the wireless client on the first wireless local area network by sending data to the wireless client and receiving data from the wireless | example, the Samsung Galaxy 5G smartphone, while in RRC_CONNECTED state on the LTE eNB, completes the 3GPP EN-DC Secondary Node Addition procedure ("second primary active affiliation") with the NR gNB Secondary Node ("second primary wireless access point") within the same operator E-UTRAN access network, upon which the gNB carries live downlink and uplink user-plane traffic over the established NR radio bearers, thereby providing "ongoing communication services" to the Samsung device.<br><br>As an additional example, each identified Samsung Galaxy smartphone supports Wi-Fi 7, whereby the smartphone is or acts as a wireless client that establishes a second primary active affiliation (*e.g.*, connection via a second band, such as 2.4 GHz, 5 GHz, 6 GHz) between the wireless client and a second primary wireless access point in a first wireless local area network in furtherance of supporting the multi-link operation (MLO) sets featured in Wi-Fi 7 connections.<br><br>Referenced above, each of the Accused Products is compliant with 3GPP standards. *See* [1.pre]. The following exemplary evidence demonstrates that 3GPP compliant devices, including the identified Samsung Galaxy 5G smartphones, practice the process claimed by element [1.b].<br><br>The Samsung UE obtains a second primary active affiliation with the NR gNB (Secondary Node) through the EN-DC SgNB Addition procedure defined in 3GPP TS 37.340 Section 10.2.1:<br><br>1. The MeNB sends an X2AP SgNB Addition Request to the SN gNB containing UE capabilities and active E-RAB information.<br>2. The gNB responds with SgNB Addition Request Acknowledge carrying a NR RRC CG-Config message.<br>3. The eNB embeds this NR config into an LTE RRCConnectionReconfiguration message (NR-SecondaryCellGroupConfig_r15 IE) sent to the UE.<br>4. The UE applies the SCG configuration, performs random access (RACH) to the gNB's PSCell, and sends RRCConnectionReconfigurationComplete.<br>5. The eNB sends SgNB Reconfiguration Complete to the gNB, confirming the NR bearer is active.<br><br>In EN-DC (NSA Option 3x), both eNB and gNB connect to the Evolved Packet Core (EPC) which is the the common core network. They share the same network domain for the UE session. (Ex. 1, Ex. 22, Ex. 24) |

client on the second primary active affiliation on the first wireless local area network;

## 4.1.2    MR-DC with the EPC

E-UTRAN supports MR-DC via E-UTRA-NR Dual Connectivity (EN-DC), in which a UE is connected to one eNB that acts as a MN and one en-gNB that acts as a SN. The eNB is connected to the EPC via the S1 interface and to the en-gNB via the X2 interface. The en-gNB might also be connected to the EPC via the S1-U interface and other en-gNBs via the X2-U interface.

The EN-DC architecture is illustrated in Figure 4.1.2-1 below.



Figure 4.1.2-1: EN-DC Overall Architecture



**Figure 10.2.1-1: Secondary Node Addition procedure**

Ex. 1

The UE can connect to the LTE and 5G NR base station. A basic setup for such a scheme is:

1. The UE attaches to the LTE network. The UE signals to the network that it can simultaneously connect to the 4G and 5G networks.

2. The Core Network checks if the UE is authorized to connect to 4G and 5G networks. The 4G eNodeB is notified that the UE is permitted to connect to the 5G network.

3. The eNodeB then takes a decision to activate a bearer on the 5G gNodeB.

4. The 4G eNodeB and 5G gNodeB communicate to set up the bearer on the 5G gNodeB.

5. The UE is notified about the 5G bearer via the RRC Connection Reconfiguration message.

6. The UE then connects to the 5G network while maintaining the connectivity to the 4G network.

Ex. 22



(a) 4G-5G RAN-level Interworking
connected to EPC

Ex. 24

This addition procedure is confirmed in Samsung's commercial implementations: Samsung's 2019 SK Telecom EN-DC test demonstrated the Galaxy S10 5G completing the SgNB Addition and immediately carrying active NR data, achieving 1.5Gbps on the 5G NR interface simultaneously with 1.15Gbps LTE. (Ex. 18)

SK Telecom (NYSE:SKM) and Samsung Electronics today announced that they have successfully completed the network device interoperability test applying Dual Connectivity technology using both 4G and 5G networks provided by Samsung's Networks Business. It is also known as 'E-UTRAN New Radio Dual Connectivity (EN-DC)' based on the 3GPP 5G New Radio (NR) standard.

During the test, both companies have successfully achieved 2.65Gbps in data speeds on the 5G smartphone, combining both 1.5Gbps in 5G using 3.5GHz frequency (100MHz bandwidth) with 1.15Gbps in LTE using 1.8GHz, 2.1GHz, and 2.6GHz frequencies (65MHz bandwidth) all of which are for commercial use by SK Telecom.

The test, carried out at Samsung Electronics located in Suwon, Korea, used Samsung's commercial 4G and 5G NR end-to-end networks solutions which have been provided to the operator's current service. In addition, companies used Samsung's virtual core (vCore) that supports simultaneous 4G and 5G as well as its Galaxy S10 5G, Samsung's first 5G smartphone which was unveiled last month.

Ex. 18

Once added, the NR gNB provides ongoing communication services by actively sending data to and receiving data from the Samsung UE:
 • SCG bearers carry user-plane data entirely over the NR air interface (NR PDCP/RLC/MAC/PHY);
 • For split bearers, the PDCP is terminated at the gNB (NR-PDCP), which delivers downlink data via the NR air interface and receives uplink data from the UE over NR;
 • The gNB independently schedules UL/DL resources for the UE on NR frequencies.

The gNB connection is a fully active, bidirectional, data carrying affiliation and it's not a passive or standby link. (Ex. 1, Ex. 6, Ex. 12, Ex. 14, Ex. 24)



**Figure 4.2.2-1: Radio Protocol Architecture for MCG, SCG and split bearers from a UE perspective in MR-DC with EPC (EN-DC)**

## 4.1.1    Common MR-DC principles

Multi-Radio Dual Connectivity (MR-DC) is a generalization of the Intra-E-UTRA Dual Connectivity (DC) described in TS 36.300 [2], where a multiple Rx/Tx capable UE may be configured to utilise resources provided by two different nodes connected via non-ideal backhaul, one providing NR access and the other one providing either E-UTRA or NR access. One node acts as the MN and the other as the SN. The MN and SN are connected via a network interface and at least the MN is connected to the core network.

Ex. 1

**Non-split bearer**: a bearer whose radio protocols are located in either the MgNB or the SgNB to use MgNB or SgNB resource, respectively.

**Split bearer**: in dual connectivity, a bearer whose radio protocols are located in both the MgNB and the SgNB to use both MgNB and SgNB resources.

Ex. 6

To date, all 5G networks have been launched with dual connectivity (DC) architecture. DC means that the User Equipment (UE) is connected to two base stations at the same time. In the 3GPP standards, four DC configurations are defined. (See Figure 1 for all 5G configurations)

The DC configuration chosen for the launch of today's 5G networks is commonly known as Option 3x. Formally, it is known as E-UTRA-NR Dual Connectivity (EN-DC). The EN-DC configuration is defined as a 5G Non-standalone (5G NSA) architecture. An EN-DC configuration relies on the 4G Evolved Packet Core (EPC) and an anchor 4G eNB base station that acts as the master node. In addition, the 5G NR gNB base station is tethered to the 4G eNB and acts as the secondary node. The DC configuration is actually quite clever, combining the capacity of both base stations. By leveraging the existing EPC, it allowed service providers to get to market faster, launching in 2019 rather than in 2020. This is where we are today.

Ex. 12

## Various types of Bearer for LTE-NR Interworking (EN-DC)

In terms of Over The Air(OTA) and Physical Layer perspective, LTE-NR interworking (EN-DC) in NSA(Non-StandAlone) is only one possibility (assuming that LTE always becomes the Anchor), but with the same OTA/Physical layer there can still be multiple possibilities of implementing higher layer bearer.

38.331 - 5.3.1.1 RRC connection control states as follows :

> *In case of EN-DC, the SCG cells use another RAT, namely NR. When configured with EN-DC, user data carried by a DRB may either be transferred via MCG, via NR SCG or via both MCG and NR SCG. Also RRC signalling carried by a SRB may either be transferred via MCG or via both MCG and NR SCG. When DRBs and SRBs are configured with transmission via both MCG and SCG, duplication may be used in both DL and UL.*

I just tried to turn this statement into illustration as follows (This illustration is based on 37.340 - Figure 4.2.2-3 and Figure 4.2.2-1) :

The statement 'DRB may either be transferred via MCG, via NR SCG or via both MCG and NR SCG' can be illustrated as follows.



Ex. 14

## RAN-level Interworking

RAN-level interworking provides the interworking service between LTE and 5G using a direct interface between LTE eNB and 5G NB.

The control protocol (RRC) message is transmitted over the LTE radio interface, so the connection and the mobility of UE are controlled by LTE eNB. User traffic is simultaneously transmitted through LTE eNB and 5G NB (PDCP aggregation) or by using 5G NB (CN-split Bearer) only. Although the RRC message can be processed stably by LTE eNBs that provide coverage larger than 5G NBs, LTE radio interface always remains connected, even though user traffic is transmitted over the 5G radio interface (NR).

RAN-level interworking is necessary in NSA (Non-Standalone Architecture), where 5G Radio (NR) cannot be used without LTE Radio.

Ex. 24

3GPP TS 37.340 Section 4.2.2 defines three bearer types in EN-DC: MCG bearer (data via eNB only), SCG bearer (data via gNB only), and split bearer (PDCP at gNB, split across eNB and gNB). All three are active data bearers. The gNB independently schedules UL/DL for the UE on NR in parallel with the eNB scheduling on LTE. (Ex. 1, Ex. 14)

## 4.2.2    User Plane

In MR-DC, from a UE perspective, three bearer types exist: MCG bearer, SCG bearer and split bearer. These three bearer types are depicted in Figure 4.2.2-1 for MR-DC with EPC (EN-DC) and in Figure 4.2.2-2 for MR-DC with 5GC (NGEN-DC, NE-DC and NR-DC).

In E-UTRA connected to EPC, if the UE supports EN-DC, regardless whether EN-DC is configured or not, the network can configure either E-UTRA PDCP or NR PDCP for MN terminated MCG bearers while NR PDCP is always used for all other bearers.

In MR-DC with 5GC, NR PDCP is always used for all bearer types. In NGEN-DC, E-UTRA RLC/MAC is used in the MN while NR RLC/MAC is used in the SN. In NE-DC, NR RLC/MAC is used in the MN while E-UTRA RLC/MAC is used in the SN. In NR-DC, NR RLC/MAC is used in both MN and SN.



**Figure 4.2.2-1: Radio Protocol Architecture for MCG, SCG and split bearers from a UE perspective in MR-DC with EPC (EN-DC)**

Ex. 1

## Various types of Bearer for LTE-NR Interworking (EN-DC)

In terms of Over The Air(OTA) and Physical Layer perspective, LTE-NR interworking (EN-DC) in NSA(Non-StandAlone) is only one possibility (assuming that LTE always becomes the Anchor), but with the same OTA/Physical layer there can still be multiple possibilities of implementing higher layer bearer.

38.331 - 5.3.1.1 RRC connection control states as follows :

> *In case of EN-DC, the SCG cells use another RAT, namely NR. When configured with EN-DC, user data carried by a DRB may either be transferred via MCG, via NR SCG or via both MCG and NR SCG. Also RRC signalling carried by a SRB may either be transferred via MCG or via both MCG and NR SCG. When DRBs and SRBs are configured with transmission via both MCG and SCG, duplication may be used in both DL and UL.*

I just tried to turn this statement into illustration as follows (This illustration is based on 37.340 - Figure 4.2.2-3 and Figure 4.2.2-1) :

The statement *'DRB may either be transferred via MCG, via NR SCG or via both MCG and NR SCG'* can be illustrated as follows.



Ex. 14

Samsung's Galaxy 5G devices support SCG bearers and split bearers via their Exynos/Snapdragon modems, enabling the NR gNB to serve 5G eMBB traffic while the LTE eNB simultaneously serves additional data and control-plane functions. (Ex. 8, Ex. 9, Ex. 10, Ex. 13)

# Always-on, anywhere

For always-on experiences. The Exynos Modem 5300 supports cross-generation network connectivity, all the way up to 5G as well as across LTE, 3G and 2G. In LTE environments, download speeds reach up to 3.0Gbps and upload speeds reach of up to 422Mbps. 5G environments are also supported in NSA and SA modes. More network access and support enable better connectivity without compromising the user experience.

\* Based on internal test result for EN-DC and compared to Exynos Modem 5123



5G NR
**3GPP Rel. 16, Sub-6GHz/mmWave, NSA/SA**

Ex. 8

# Samsung Galaxy S25 smartphones are powered by a custom Snapdragon 8 Elite SoC

Ex. 9



| Cellular Modem-RF | |
|---|---|
| Modem Name | Snapdragon® X80 5G Modem-RF System |
| Peak Download Speed | 10 Gbps |
| Peak Upload Speed | 3.5 Gbps |
| Cellular Modem-RF Specs | 8 carriers (mmWave), 2x2 MIMO (mmWave), 4x6 MIMO (Sub-6) |
| Performance Enhancement Technologies | Qualcomm® Wideband Envelope Tracking, Qualcomm® 5G Ultra-Low Latency Suite, Qualcomm® 5G AI Processor Gen 2 with dedicated tensor accelerator, Qualcomm® Power RF Efficiency Suite, Qualcomm® 5G AI Suite Gen 3, Qualcomm® RF Uplink Optimization, Qualcomm® Smart Transmit™ Gen 5 technology, Qualcomm® 5G PowerSave Gen 5 |
| Cellular Technology | 5G NR, Dynamic Spectrum Sharing (DSS), LTE, WCDMA, LAA, GSM/EDGE, EN-DC, CBRS, NR DC |
| Multi SIM | Global 5G Multi-SIM, Dual SIM support Qualcomm® DSDA Gen 2 (Dual Data) |

Ex. 10

"EN-DC is a technology that combines the 4G and 5G connections to provide faster download speed for your phone," said Dojun Byun, a Principal Engineer at R&D Software Lab, Networks Business of Samsung Electronics. "By doing so, we've provided a breakthrough in mobile networks by expanding the existing bandwidth limitation with the next generation radio technology called 5G."



Ex. 13

Steps 49–60 establish a *second* active radio affiliation between UE and gNB, within the same access network, over which the gNB can send and receive the UE's data (steps 61-85). That second link is added on top of the primary eNB affiliation from 1[a], directly paralleling a patent architecture in which a client obtains a second primary AP affiliation in the same WLAN for additional capacity.





UE acquires the 5G-NR Primary Synchronization Signal.

Data is now being directly routed from the 4G SGW to the 5G gNodeB.

Ex. 25

Steps 85–92 are the proof of active, bidirectional service on the second affiliation: the gNB sends data to the UE (PDSCH) and receives data from the UE (PUSCH) on a continuing basis, which is precisely the "sending data to … and receiving data from the wireless client on the second primary active affiliation" that 1[b] requires. Step 92's PHR reporting headroom for both PCell and PSCell at once, is concrete proof of two co-active affiliations operating in parallel, which is the dual-"primary" configuration the claim contemplates Ex. 1



As an additional example, each of the Accused Products employ chipsets featuring Dual Station Wi-Fi connectivity. For instance, the Samsung S25 features a Qualcomm Snapdragon 8 Elite chipset. *See* Ex. 30. By Qualcomm's own description, its FastConnect chipsets allow a single device to act as two simultaneously operating Wi-Fi stations, each on a different band. *See* Ex. 36. To operate as a second station the FastConnect 7800-equipped client must independently perform a second 802.11 association sequence (scan, authenticate, associate) on the second band, producing a second per-station context. *See id.* This client-side, client-controlled creation of the second affiliation aligns with the prosecution-history requirement that 'obtaining' be performed by the client, not by network infrastructure. *See id.*

| PLATFORM | | |
|---|---|---|
| OS | Android 15, up to 7 major Android upgrades, One UI 8 | |
| Chipset | Qualcomm SM8750-AC Snapdragon 8 Elite (3 nm) | |
| CPU | Octa-core (2x4.47 GHz Oryon V2 Phoenix L + 6x3.53 GHz Oryon V2 Phoenix M) | |
| GPU | Adreno 830 (1200 MHz) | |

| | |
|---|---|
| | Ex. 30 |
| | ## Features<br><br>- Built for Wi-Fi 7 Certification<br>- 6GHz, 5GHz, and 2.4GHz support<br>- Up to 5.8 Gbps* data rate using 4K QAM modulation and 320MHz channel bandwidth (single channel or 160 + 160 with High Band Simultaneous)<br>- Up to 4.3 Gbps* with 4K QAM and 240MHz channel bandwidth using multiple streams of globally available 5GHz spectrum.<br>- Unique high band simultaneous technology delivers multiple links of 5 and/or 6GHz performance applied across standards with next-gen Qualcomm<br>- Supports Wi-Fi 7 High Band Simultaneous Multi-link<br>- Premium Wi-Fi 7 experience when paired with a compatible AP.<br>- Longer lasting wireless audio sessions with 30-50% power savings**<br>- Bluetooth 5.4, LE Audio, and ANT+ support<br>- Advanced Dual Bluetooth feature designed to deliver concurrent audio streams for reliable long-range connections<br>- Supports Qualcomm® FastConnect™ Software Suite for XR<br>- Supports Snapdragon Sound Technology<br>- LE Audio for personal audio sharing and broadcast for listeners to share streams or join others<br>- Long-range crystal-clear audio<br>- Multi-stream audio support for true wireless earbuds<br>- FIPS 140-2 support with Windows Operating System (OS) integration |
| | Ex. 36 |
| 1[c]. simultaneous | Each of the Accused Products performs the process of simultaneously maintaining and using, by the wireless client, the first primary active affiliation between the wireless client and the first primary wireless access point in the first wireless local area network and the second |

| | |
|---|---|
| ly maintaining and using, by the wireless client, the first primary active affiliation between the wireless client and the first primary wireless access point in the first wireless local area network and the second primary active affiliation between the wireless client and the second primary wireless access point in the first wireless local area network, during a period of | primary active affiliation between the wireless client and the second primary wireless access point in the first wireless local area network, during a period of operation of the wireless client when the wireless client is not engaging in a handoff process between access points on the first primary wireless local area network.<br><br>For example, each Samsung Galaxy 5G smartphone concurrently maintains and uses ("simultaneously maintaining and using") the active LTE RRC connection ("first primary active affiliation") with the eNB Master Node ("first primary wireless access point") and the active NR SCG configuration (the "second primary active affiliation")  with the gNB Secondary Node ("second primary wireless access point") within the same operator E-UTRAN access network, transmitting and receiving live user-plane traffic in parallel over both radio bearer legs during steady state EN-DC operation outside any inter-eNB or inter-gNB handover (the "period of operation…when the wireless client is not engaging in a handoff process between access points").<br><br>As an additional example, each identified Samsung Galaxy smartphone supports FastConnect Wi-Fi systems that feature 4-Stream DBS and HBS Multi-link, *see* Ex. 33, whereby the smartphone is or acts as a wireless client that simultaneously maintains the active affiliations between the first and second primary wireless access points in the first wireless local area network when the wireless client is not engaging in a handoff process between access points, in furtherance of supporting the multi-link operation (MLO) sets featured in Wi-Fi 7 connections.<br><br>Referenced above, each of the Accused Products is compliant with 3GPP standards. *See* [1.pre]. The following exemplary evidence demonstrates that 3GPP compliant devices, including the identified Samsung Galaxy 5G smartphones, practice the process claimed by element [1.c].<br><br>In EN-DC operation, the Samsung UE simultaneously maintains and uses both the LTE connection (first primary active affiliation with the eNB) and the NR connection (second primary active affiliation with the gNB) during normal, steady state operation. The UE concurrently:<br> • Receives DL data from the eNB on LTE frequencies AND from the gNB on NR frequencies;<br> • Transmits UL data to the eNB on LTE frequencies AND to the gNB on NR frequencies;<br> • Maintains RRC_CONNECTED state and active DRBs with the eNB AND maintains active SCG configuration and DRBs with the gNB. (Ex. 1, Ex. 2, Ex. 4, Ex. 17)<br><br>4.1.1    Common MR-DC principles<br><br>Multi-Radio Dual Connectivity (MR-DC) is a generalization of the Intra-E-UTRA Dual Connectivity (DC) described in TS 36.300 [2], where a multiple Rx/Tx capable UE may be configured to utilise resources provided by two different nodes connected via non-ideal backhaul, one providing NR access and the other one providing either E-UTRA or NR access. One node acts as the MN and the other as the SN. The MN and SN are connected via a network interface and at least the MN is connected to the core network. |

| | |
|---|---|
| operation of the wireless client when the wireless client is not engaging in a handoff process between access points on the first primary wireless local area network; | **5    Layer 1 related aspects**<br><br>In MR-DC, two or more Component Carriers (CCs) may be aggregated over two cell groups. A UE may simultaneously receive or transmit on multiple CCs depending on its capabilities. The maximum number of configured CCs for a UE is 32 for DL and UL. Depending on UE's capabilities, up to 31 CCs can be configured for an E-UTRA cell group when the NR cell group is configured. For the NR cell group, the maximum number of configured CCs for a UE is 16 for DL and 16 for UL.<br><br>Ex. 1<br><br>- **RRC_CONNECTED**:<br>  - Transfer of unicast data to/from UE;<br>  - At lower layers, the UE may be configured with a UE specific DRX;<br>  - For UEs supporting CA, use of one or more SCells, aggregated with the PCell, for increased bandwidth;<br>  - For UEs supporting DC, use of one SCG, aggregated with the MCG, for increased bandwidth;<br>  - For UEs supporting (NG)EN-DC, option to configure one NR SCG in conjunction with the MCG for DRBs and SRBs, for improved performance (SRBs) and increased bandwidth (DRBs);<br><br>Ex. 2<br>- Support of EN-DC for UE in ECM-CONNECTED:<br>  - Establishment, Modification and Release of a UE context at the SgNB;<br>  - Control of user plane tunnels between MeNB and SgNB for a specific UE for split bearer, SCG split bearer and data forwarding;<br>  - Provision of the TNL information of the S1 user plane tunnels for SCG bearers and SCG split bearers.<br><br>- EMM-REGISTERED & ECM-CONNECTED with radio bearers established ⇒ RRC_CONNECTED.<br>  - Mobility: handover;<br>  - UE Position: known by the network at cell level.<br><br>Ex. 4<br><br>**4.5    Multi-Radio Dual Connectivity**<br><br>NG-RAN supports Multi-Radio Dual Connectivity (MR-DC) operation whereby a UE in RRC_CONNECTED is configured to utilise radio resources provided by two distinct schedulers, located in two different NG-RAN nodes connected via a non-ideal backhaul, one providing NR access and the other one providing either E-UTRA or NR access. Further details of MR-DC operation can be found in TS 37.340 [21]. |

Ex. 17

This simultaneous dual active operation is directly confirmed by Samsung's product demonstrations:

• 2019 Samsung/SK Telecom EN-DC test on Galaxy S10 5G: Sustained simultaneous throughput of 1.5Gbps on NR + 1.15Gbps on LTE = 2.65Gbps aggregate during a normal data session not during any handoff confirming steady state simultaneous operation. SK Telecom stated the technology "will allow users ... wherever mobile service subscribers are, without being limited to 4G or 5G service areas, they can expect seamless, consistent, and stable mobile services." (Ex. 13, Ex. 18)



Ex. 13

SK Telecom (NYSE:SKM) and Samsung Electronics today announced that they have successfully completed the network device interoperability test applying Dual Connectivity technology using both 4G and 5G networks provided by Samsung's Networks Business. It is also known as 'E-UTRAN New Radio Dual Connectivity (EN-DC)' based on the 3GPP 5G New Radio (NR) standard.

During the test, both companies have successfully achieved 2.65Gbps in data speeds on the 5G smartphone, combining both 1.5Gbps in 5G using 3.5GHz frequency (100MHz bandwidth) with 1.15Gbps in LTE using 1.8GHz, 2.1GHz, and 2.6GHz frequencies (65MHz bandwidth) all of which are for commercial use by SK Telecom.

The test, carried out at Samsung Electronics located in Suwon, Korea, used Samsung's commercial 4G and 5G NR end-to-end networks solutions which have been provided to the operator's current service. In addition, companies used Samsung's virtual core (vCore) that supports simultaneous 4G and 5G as well as its Galaxy S10 5G, Samsung's first 5G smartphone which was unveiled last month.

Ex. 18

Samsung 5G speed record (Galaxy S20+): 5.23Gbps using EN-DC by combining 40MHz 4G + 800MHz 5G mmWave simultaneously demonstrating that Samsung Galaxy devices maintain and use both LTE and NR links at the same time during data transmission. (Ex. 19)

In a demonstration carried out in Samsung's lab in Korea, the company successfully combined 40MHz of 4G frequency and 800MHz of 5G frequency in mmWave, achieving 5.23Gbps in data speeds to a single device. For the demonstration, Samsung used its commercial end-to-end solutions comprised of devices and network products. This includes the Samsung Galaxy S20+ smartphone, 4G radios, 5G radios (Compact Macro Link), and 4G/5G common Core.

The demo used EN-DC technology, which enables operators to combine 4G and 5G to maximize the benefits of both networks, and deliver enhanced speeds, coverage and reliability. It also leveraged carrier aggregation which combines multiple channels of spectrum to gain greater efficiencies and boost data speeds over a wireless network. The successful demonstration provides a blueprint for delivering a rapid, stable and effective path to 5G service.

Ex. 19

EN-DC is a sustained, steady state operating mode, not a transient handover mechanism. Per 3GPP TS 37.340, the UE remains dual connected as long as it is within NR coverage; handover procedures (e.g., MN initiated conditional handover) occur independently on top of EN-DC without disrupting the dual connected state. In EN-DC, there are three bearer types (MCG, SCG, split bearer) all three are active data bearers. The UE stays connected to both base stations simultaneously; it does not switch between them. (Ex. 1, Ex. 7)

### 4.1.1    Common MR-DC principles

Multi-Radio Dual Connectivity (MR-DC) is a generalization of the Intra-E-UTRA Dual Connectivity (DC) described in TS 36.300 [2], where a multiple Rx/Tx capable UE may be configured to utilise resources provided by two different nodes connected via non-ideal backhaul, one providing NR access and the other one providing either E-UTRA or NR access. One node acts as the MN and the other as the SN. The MN and SN are connected via a network interface and at least the MN is connected to the core network.

## 5    Layer 1 related aspects

In MR-DC, two or more Component Carriers (CCs) may be aggregated over two cell groups. A UE may simultaneously receive or transmit on multiple CCs depending on its capabilities. The maximum number of configured CCs for a UE is 32 for DL and UL. Depending on UE's capabilities, up to 31 CCs can be configured for an E-UTRA cell group when the NR cell group is configured. For the NR cell group, the maximum number of configured CCs for a UE is 16 for DL and 16 for UL.

Ex. 1

## 2.3.2 LTE upgrade to support EN-DC (Option 3)

For a successful deployment of EN-DC the 4G network needs to support dual connectivity between E-UTRAN (LTE) and NR. This enhancement allows a device to consume radio resources provided by both 4G and 5G. Typically the 4G radio will be used to carry control signalling while NR and/or LTE will be used for user data. Three variants of the NSA solution have been defined each producing a different impact on the LTE network.

Option 3 uses the MN (Master Node) terminated MCG (Master Cell Group) bearer for signalling. There are a few variants for data bearer configuration within Option 3. The industry main-stream is to use an SN-terminated split bearer (sometimes referred to as "Option 3x"). This variant has low impact on EPC and enables data to route directly to the NR gNB to avoid excessive user plane load on the existing LTE eNB, which was designed for 4G LTE traffic load and not additional NR traffic load. As service continuity after the loss of 5G radio coverage is more graceful in this variant, it also minimizes excessive signalling traffic between RAN and core.

Ex. 7

Samsung Galaxy 5G devices in commercial NSA deployments (e.g., T-Mobile, Verizon, AT&T) routinely maintain dual active LTE+NR connections for extended periods.

EN-DC was explicitly designed as a data throughput and coverage enhancement mechanism: the UE aggregates bandwidth from both nodes simultaneously rather than switching from one to the other. CommsBrief confirms that EN-DC nodes "do not require physical co-location" yet still operate as a unified dual connected system, the UE maintains both connections concurrently regardless of the geographic separation of the base stations. (Ex. 21)

# What Is EN-DC?

EN-DC stands for **E-UTRA-NR Dual Connectivity**, where **E-UTRA** refers to 4G LTE (Evolved Universal Terrestrial Radio Access) and **NR** refers to 5G New Radio. It allows a device to maintain simultaneous connections to both 4G and 5G networks, combining the coverage advantages of 4G with the speed and capacity improvements of 5G.

## How EN-DC Network Architecture Works

EN-DC is about dual-connectivity so it establishes two connections for your mobile phone using two co-ordinated base stations:

1. **Master Node (MN)**: The 4G LTE base station (eNode B or eNB) that manages control signals as well as wide coverage. Since in 5G NSA, a 4G LTE core network (EPC) is used, meaning all the intelligent work needs to be done via EPC, this control stays with 4G LTE base station.
2. **Secondary Node (SN)**: The 5G base station (gNode B or gNB) that adds high-speed capacity. 5G base station here provides a bigger data pipe to increase bandwidth.

These two base stations connect using a special interface called X2 which is a standard LTE-NR communication link. **EN-DC does not require these nodes to be physically co-located**. While co-location is common to leverage existing infrastructure, the specification itself doesn't mandate it.

## Managing The Coverage Differences

EN-DC's architecture specifically addresses the coverage mismatch between 4G and 5G through three key mechanisms:

1. **4G as the Anchor Layer:**
   First, the 4G network serves as the reliable anchor layer, maintaining constant control signaling and core network connectivity. And how is it reliable? Because 4G LTE base station (eNB) has a longer range compared to it's 5G counterpart (gNB) due to lower frequency. This ensures your device stays online even when 5G signals become unavailable.
2. **5G for Enhanced Capacity:**
   Second, the 5G connection operates as a capacity layer that activates only when you're within its coverage area meaning where 4G eNB and 5G gNB ranges overlap. So 5G here seamlessly complements the 4G connection rather than replacing it, giving you faster speeds where available while maintaining the stability of the 4G foundation.
3. **Intelligent Fallback:**
   Finally, the system features intelligent fallback. When you move beyond 5G coverage, your device automatically transitions back to 4G without any noticeable interruption – no dropped calls or broken connections. This handoff happens so smoothly that users won't even notice the change.

The result is the best of both worlds: the broad reliability of 4G coverage combined with 5G's enhanced speeds wherever they're available, all delivered through a single, unified connection.

Ex. 21

In case Dual connectivity scenarios like ENDC UE actively uses both links at the same time, not one after the other. Ex. 27

# How to maintain high performance radio connections during mobility

- 5G enables high performance services through faster connectivity speeds, ultra-low latency and greater bandwidth by making use of higher frequencies for the radio transmissions. These higher frequencies, however, suffer from limited coverage and quicker performance degradation when the mobile device is moving.

## Dual connectivity

Dual connectivity allows a UE to simultaneously transmit and receive data on multiple carriers from two serving nodes (a master node, MN, and a secondary node, SN).

Multiple cells can be available for both nodes, where each cell corresponds to a radio connection on a separate frequency between the mobile device and the network. To the MN, the device is connected through a group of cells called a Master Cell Group (MCG), and to the SN through a Secondary Cell Group (SCG). Both groups consist of a primary cell (PCell and PSCell, respectively) and possibly one or more additional, or secondary, cells (SCells) for additional capacity.

Figure 1 shows an example of a mobile device in Dual Connectivity.



Figure 1: Example of a mobile device in Dual Connectivity.

In this example, the mobile device has simultaneous radio connections to two separate network nodes, through a PCell controlled by the MN and a PSCell controlled by the SN.

The cell(s) in the MCG typically use lower frequency bands that provide a more robust radio connection. The control signaling between the mobile device and the network, for example, is mainly handled by the MN and transmitted over the MCG. The cell(s) in the SCG instead typically use higher frequency bands and are suitable for services requiring very low latency and large bandwidth.

Ex. 27

As an additional example, each of the Accused Products employ chipsets featuring Dual Station Wi-Fi 7 connectivity. For instance, the Samsung Galaxy S25 features a Qualcomm Snapdragon 8 Elite chipset with FastConnect 7800 capabilities. *See* Ex. 30. In accordance with FastConnect 7800 capabilities, the Galaxy S25 concurrently maintains and exercises both Wi-Fi affiliations using 4-Stream DBS and HBS Multi-Link, with both links carrying real traffic at the same time. Qualcomm describes Wi-Fi Dual Station as enabling "two concurrent" Wi-Fi connections specifically harnessed for latency-sensitive gaming and productivity workloads, and Engineers Garage corroborates that 2.4 GHz and 5 GHz (or 6 GHz) bands are simultaneously used with system-level latency arbitration. *See* Exs 33, 36. The Wi-Fi Dual Station and MLO features are designed specifically to operate during normal, steady-state usage—such as during uninterrupted online gaming or streaming to lower latency and aggregate bandwidth. *See id.*

| PLATFORM | OS | Android 15, up to 7 major Android upgrades, One UI 8 |
|---|---|---|
| | Chipset | Qualcomm SM8750-AC Snapdragon 8 Elite (3 nm) |
| | CPU | Octa-core (2x4.47 GHz Oryon V2 Phoenix L + 6x3.53 GHz Oryon V2 Phoenix M) |
| | GPU | Adreno 830 (1200 MHz) |

Ex. 30.

# Features

- Built for Wi-Fi 7 Certification

- 6GHz, 5GHz, and 2.4GHz support

- Up to 5.8 Gbps* data rate using 4K QAM modulation and 320MHz channel bandwidth (single channel or 160 + 160 with High Band Simultaneous)

- Up to 4.3 Gbps* with 4K QAM and 240MHz channel bandwidth using multiple streams of globally available 5GHz spectrum.

- Unique high band simultaneous technology delivers multiple links of 5 and/or 6GHz performance applied across standards with next-gen Qualcomm

- Supports Wi-Fi 7 High Band Simultaneous Multi-link

- Premium Wi-Fi 7 experience when paired with a compatible AP.

- Longer lasting wireless audio sessions with 30-50% power savings**

- Bluetooth 5.4, LE Audio, and ANT+ support

- Advanced Dual Bluetooth feature designed to deliver concurrent audio streams for reliable long-range connections

- Supports Qualcomm® FastConnect™ Software Suite for XR

- Supports Snapdragon Sound Technology

- LE Audio for personal audio sharing and broadcast for listeners to share streams or join others

- Long-range crystal-clear audio

- Multi-stream audio support for true wireless earbuds

- FIPS 140-2 support with Windows Operating System (OS) integration

Ex. 36

| | |
|---|---|
| 1[d]. wherein the first primary wireless | Each of the Accused Products performs the afore mentioned process wherein the first primary wireless access point and the second primary wireless access point are both part of the first wireless local area network. |

| access point and the second primary wireless access point are both part of the first wireless local area network. | For example, each identified Samsung Galaxy 5G smartphone complies with 3GPP standards, *see* [1.pre], Ex. 29. According to said standards, the LTE eNB Master Node ("first primary wireless access point") and the NR gNB Secondary Node ("second primary wireless access point") are both deployed within the same operator owned E-UTRAN access network, sharing a common Evolved Packet Core, a single PLMN identity, and a unified X2-coordinated radio access infrastructure and are therefore both part of the same access network ("first wireless local area network") jointly serving the Samsung Galaxy 5G smartphone over EN-DC.<br><br>As an additional example, each identified Samsung Galaxy smartphone supports Multi-link Operation (MLO) as standardized by 802.11be, *see* Ex. 34, whereby the smartphone is or acts as a wireless client that simultaneously maintains the active affiliations (*e.g.*, concurrent connections across different radios, such as 2.4 GHz, 5 GHz, and 6GHz) between the first and second primary access point, which are both part of the first wireless local area network.<br><br>Referenced above, each of the Accused Products is compliant with 3GPP standards. *See* [1.pre]. The following exemplary evidence demonstrates that 3GPP compliant devices, including the identified Samsung Galaxy 5G smartphones, practice the process claimed by element [1.d].<br><br>For instance, per 3GPP TS 37.340 Section 4.3, in EN-DC (Option 3/3a/3x) architecture, the LTE eNB and NR en-gNB together constitute the E-UTRAN, jointly serving the UE. They share the same: (i) Evolved Packet Core (EPC), including the same MME (Mobility Management Entity), HSS (Home Subscriber Server), S-GW, and P-GW; (ii) control plane anchor (the eNB is the sole control-plane endpoint toward the EPC via S1-C); and (iii) network operator identity (same PLMN, same cell group allocation). (Ex. 1, Ex. 5, Ex. 12, Ex. 15)<br><br>**4.1.2    MR-DC with the EPC**<br><br>E-UTRAN supports MR-DC via E-UTRA-NR Dual Connectivity (EN-DC), in which a UE is connected to one eNB that acts as a MN and one en-gNB that acts as a SN. The eNB is connected to the EPC via the S1 interface and to the en-gNB via the X2 interface. The en-gNB might also be connected to the EPC via the S1-U interface and other en-gNBs via the X2-U interface.<br><br>Ex. 1 |

## Option 3/3a/3x

Option 3 family is a NSA option, in which the en-gNB is deployed in the LTE network and thus does not need a 5GC. In this option 5G services are deployed using the EN-DC with the LTE as MN and the NR as SN. This option may be preferred by operators that already have a nationwide LTE network, because it allows quick 5G migration with minimum LTE upgrade without 5GC. However, it also has a disadvantage, in that, the scope of 5G services is restricted to RAN capability due to its dependency on the legacy EPC. For example, URLLC or network slicing is not supported. Therefore, operators choosing option 3 has a long term task of migrating to option 2, if they are to provide the full extent of 5G services. This option is further divided into three types based on the traffic split method as shown in Figure 3.



Figure 3.  NR architecture variants of option 3

From a control plane perspective, the eNB is connected to the EPC, and the en-gNB operates with the eNB via X2 interface for all option 3 variants. For user plane, traffic split is done at the eNB for option 3, while traffic split in option 3a is done at EPC. In option 3, the eNB can transmit user plane traffic from the EPC toward the UE directly over the LTE air interface or forward a part of the traffic to the en-gNB via X2 interface. In option 3a, the EPC can transmit/receive user traffic to/from both the eNB and the en-gNB. Option 3x is a combination of option 3 and 3a where the EPC can deliver user traffic to either eNB or en-gNB, which forwards them to the UE over the air. The en-gNB can steer the received user plane traffic toward the UE directly over the NR air interface or indirectly through the eNB via X2 interface.

Ex. 5

To date, all 5G networks have been launched with dual connectivity (DC) architecture. DC means that the User Equipment (UE) is connected to two base stations at the same time. In the 3GPP standards, four DC configurations are defined. (See Figure 1 for all 5G configurations)

The DC configuration chosen for the launch of today's 5G networks is commonly known as Option 3x. Formally, it is known as E-UTRA-NR Dual Connectivity (EN-DC). The EN-DC configuration is defined as a 5G Non-standalone (5G NSA) architecture. An EN-DC configuration relies on the 4G Evolved Packet Core (EPC) and an anchor 4G eNB base station that acts as the master node. In addition, the 5G NR gNB base station is tethered to the 4G eNB and acts as the secondary node. The DC configuration is actually quite clever, combining the capacity of both base stations. By leveraging the existing EPC, it allowed service providers to get to market faster, launching in 2019 rather than in 2020. This is where we are today.

Ex. 12

## 4.2    Architecture reference model

### 4.2.1    Non-roaming architecture



Figure 4.2.1-1: Non-roaming architecture for 3GPP accesses

Ex. 15

As an additional example, the Samsung 5G SA Architecture White Paper confirms this explicitly: "From a control plane perspective, the eNB is connected to the EPC, and the en-gNB operates with the eNB via X2 interface for all option 3 variants." The eNB anchors both nodes to the same core network; there is no separate independent core for the gNB. (Ex. 5)

In a NSA deployment, Multi-Radio Dual Connectivity (MR-DC) provides a UE with simultaneous connectivity to two different generation RAN nodes (i.e., next generation NodeB (gNB) and eNB). Of the two nodes, one acts as a Master Node (MN) and the other as a Secondary Node (SN). The MN is connected with the SN and 4G/5G CN. The SN can be connected with the Core depending on options [4].

Generally, MR-DC is categorized as shown in Table 2. In MR-DC, a UE connects with the MN/CN and can communicate with SN via MN for control plane. For user plane, a UE can connect with either MN/SN directly or SN via MN.

**Table 2. MR-DC Lists**

| Lists | Associated CN | Associated Option | Note |
|---|---|---|---|
| E-UTRA-NR Dual Connectivity (EN-DC) | EPC | Option 3 | eNB acts as an MN and en-gNB acts as a SN. |
| NR-E-UTRA Dual Connectivity (NE-DC) | 5GC | Option 4 | gNB acts as an MN and ng-eNB acts as a SN |
| NG-RAN E-UTRA-NR Dual Connectivity (NGEN-DC) | 5GC | Option 7 | ng-eNB acts as an MN and gNB acts as a SN |
| NR-NR Dual Connectivity (NR-DC) | 5GC | Option 2 | One gNB acts as an MN and another gNB acts as a SN |



Figure 3.  NR architecture variants of option 3

From a control plane perspective, the eNB is connected to the EPC, and the en-gNB operates with the eNB via X2 interface for all option 3 variants. For user plane, traffic split is done at the eNB for option 3, while traffic split in option 3a is done at EPC. In option 3, the eNB can transmit user plane traffic from the EPC toward the UE directly over the LTE air interface or forward a part of the traffic to the en-gNB via X2 interface. In option 3a, the EPC can transmit/receive user traffic to/from both the eNB and the en-gNB. Option 3x is a combination of option 3 and 3a where the EPC can deliver user traffic to either eNB or en-gNB, which forwards them to the UE over the air. The en-gNB can steer the received user plane traffic toward the UE directly over the NR air interface or indirectly through the eNB via X2 interface.

Ex. 5

Regarding connectivity, both access points are connected as follows:
 • The eNB connects to the EPC via S1-C (MME) and S1-U (S-GW/P-GW);
 • The en-gNB connects to the eNB via X2-C (control) and X2-U (user plane) — and optionally directly to the S-GW via S1-U in Option 3a/3x;
 • There is no direct S1 control-plane connection between the gNB and the EPC: all NAS signaling flows through the eNB, reinforcing that both nodes operate as a single network unit. (Ex. 1, Ex. 23)



Figure 4.1.2-1: EN-DC Overall Architecture

Ex. 1



## EN-DC Interfaces Explained

The diagram outlines several important interfaces in the EN-DC architecture:

**S1 (Signaling Interface):** Connects EPC (MME) with eNB/en-gNB for control plane signaling.

**S1-U (User Plane Interface):** Links EPC (S-GW) with eNB/en-gNB for user plane data flow.

**X2 (LTE X2 Interface):** Connects eNBs to each other and links eNBs to en-gNBs for coordination purposes.

**X2-U (User Plane on X2):** Specifically used for transferring user plane data between eNB and en-gNB.

These interfaces play a crucial role in effectively distributing signaling and data across LTE and 5G components.

Ex. 23

TelecomTrainer's EN-DC architecture analysis confirms: "The EPC remains the core network in EN-DC... the E-UTRAN within EN-DC includes LTE eNBs and en-gNBs... Functions as the Master Node (MN)... Offers additional user-plane capacity using 5G NR spectrum. Connected to EPC through S1-U and to eNBs via the X2 interface." Both base stations are managed and deployed by the same mobile network operator as part of a single integrated RAN. (Ex. 23)

## Key Components in EN-DC Architecture

1. **EPC (Evolved Packet Core)**

**The EPC remains the core network in EN-DC. It features:**

**MME (Mobility Management Entity):** Responsible for signaling, authentication, and session management.

**S-GW (Serving Gateway):** Handles user plane traffic between RAN and EPC.

## In the diagram:

The EPC connects to eNBs and en-gNBs using S1 interfaces (for signaling) and S1-U interfaces (for user plane).

Ex. 23

CommsBrief further confirms: "EN-DC does not require these nodes to be physically co-located", yet they are still tightly integrated as a single logical network with the X2 interface serving as the standard LTE-NR communication link between both access points in the same operator network. (Ex. 21)

## How EN-DC Network Architecture Works

EN–DC is about dual–connectivity so it establishes two connections for your mobile phone using two co-ordinated base stations:

1. **Master Node (MN)**: The 4G LTE base station (eNode B or eNB) that manages control signals as well as wide coverage. Since in 5G NSA, a 4G LTE core network (EPC) is used, meaning all the intelligent work needs to be done via EPC, this control stays with 4G LTE base station.
2. **Secondary Node (SN)**: The 5G base station (gNode B or gNB) that adds high–speed capacity. 5G base station here provides a bigger data pipe to increase bandwidth.

These two base stations connect using a special interface called X2 which is a standard LTE–NR communication link. **EN–DC does not require these nodes to be physically co–located**. While co-location is common to leverage existing infrastructure, the specification itself doesn't mandate it.

Ex. 21

As an additional example, each of the Accused Products employ chipsets featuring Wi-Fi 7 Multi-Link Operation (MLO). For example, the Samsung Galaxy S25 employs a Qualcomm Snapdragon 8 Elite chipset. *See* Ex. 30. Under Wi-Fi 7 Multi-Link Operation as standardized in 802.11be, an MLO-capable AP broadcasts the same SSID across all radios (2.4, 5, and 6 GHz) and is a single AP Multi-Link Device sharing one ESS. *See* Ex. 34. So, an MLO-capable client like the FastConnect 7800 connects to multiple bands within the same WLAN. *See* Ex. 36. Qualcomm's FastConnect 7800 product brief describes 5.8 Gbps peak via combined 5/6 GHz connections and 4.3 Gbps via multiple 5 GHz links — performance modes that operate within a single home/router WLAN rather than across distinct networks. *See id.* This places both AP-side endpoints within the same logical WLAN, demonstrating that both APs reside within the same WLAN, rather than distinct networks. *See id.*

| PLATFORM | OS | Android 15, up to 7 major Android upgrades, One UI 8 |
| --- | --- | --- |
| | Chipset | Qualcomm SM8750-AC Snapdragon 8 Elite (3 nm) |
| | CPU | Octa-core (2x4.47 GHz Oryon V2 Phoenix L + 6x3.53 GHz Oryon V2 Phoenix M) |
| | GPU | Adreno 830 (1200 MHz) |

Ex. 30

# Features

- Built for Wi-Fi 7 Certification

- 6GHz, 5GHz, and 2.4GHz support

- Up to 5.8 Gbps* data rate using 4K QAM modulation and 320MHz channel bandwidth (single channel or 160 + 160 with High Band Simultaneous)

- Up to 4.3 Gbps* with 4K QAM and 240MHz channel bandwidth using multiple streams of globally available 5GHz spectrum.

- Unique high band simultaneous technology delivers multiple links of 5 and/or 6GHz performance applied across standards with next-gen Qualcomm

- Supports Wi-Fi 7 High Band Simultaneous Multi-link

- Premium Wi-Fi 7 experience when paired with a compatible AP.

- Longer lasting wireless audio sessions with 30-50% power savings**

- Bluetooth 5.4, LE Audio, and ANT+ support

- Advanced Dual Bluetooth feature designed to deliver concurrent audio streams for reliable long-range connections

- Supports Qualcomm® FastConnect™ Software Suite for XR

- Supports Snapdragon Sound Technology

- LE Audio for personal audio sharing and broadcast for listeners to share streams or join others

- Long-range crystal-clear audio

- Multi-stream audio support for true wireless earbuds

- FIPS 140-2 support with Windows Operating System (OS) integration

Ex. 36