# Exhibit F

# Claim Chart – US Patent 7,890,743 B2 vs. Samsung Galaxy 5G Smartphones

| Exhibit(s) | Source Description and URL |
|---|---|
| Exhibit 1 | Secure the access to your Galaxy phone with Smart Lock<br>https://www.samsung.com/ca/support/mobile-devices/galaxy-phone-smart-lock |
| Exhibit 2 | Smart Lock<br>https://www.samsung.com/uk/support/mobile-devices/what-is-smart-lock-and-how-do-i-use-it/ |
| Exhibit 3 | Bypassing and Fixing Bluetooth-based Proximity Authentication<br>https://www.unexploitable.systems/uploads/jung:bluemaster.pdf |
| Exhibit 4 | How to Add Trusted devices - Smart Lock - Samsung Manual<br>https://www.techbone.net/samsung/user-manual/trusted-devices |
| Exhibit 5 | Bluetooth & Wi-Fi Unlocker Does NOT Turn Off Android<br>https://lifetips.alibaba.com/tech-efficiency/bluetooth-and-wifi-unlocker-turns-off-android-passwords |
| Exhibit 6 | https://www.samsung.com/us/support/answer/ANS10002366/ |
| Exhibit 7 | https://www.samsung.com/us/support/answer/ANS10001343/ |
| Exhibit 8 | https://www.samsung.com/ae/support/mobile-devices/what-is-extend-unlock-feature-and-how-do-i-set-it-on/ |

1

# Claim Chart – US Patent 7,890,743 B2 vs. Samsung Galaxy 5G Smartphones

| | |
|---|---|
| Exhibit 9 | https://support.google.com/android/answer/9075927?hl=en#zippy=%2Ckeep-your-device-unlocked-when-connected-to-a-trusted-device |
| Exhibit 10 | https://www.zdnet.com/article/android-extend-unlock-faster-phone-access/ |
| Exhibit 11 | https://www.appgeeker.com/android-unlock/how-to-unlock-samsung-phone-pattern-lock-without-factory-reset.html |
| Exhibit 12 | https://tech.yahoo.com/phones/articles/forgotten-android-setting-saves-constantly-160016672.html |
| Exhibit 13 | https://www.techedubyte.com/enable-extend-unlock-android-phone-useful/ |
| Exhibit 14 | https://www.youtube.com/shorts/OpafpK4ATIw |
| Exhibit 15 | https://www.samsung.com/hk_en/support/mobile-devices/unlock-your-mobile-device-using-the-smart-lock-feature/ |
| Exhibit 16 | https://www.ifixit.com/Guide/Samsung+Galaxy+S25+Ultra+Chip+ID/181690 |
| Exhibit 17 | Annette Buchanan, *Applicant Arguments/Remarks Made in an Amendment*, U.S. Patent App. No. 11/863,917 (Mailed Oct. 12, 2010) |
| Exhibit 18 | Annette Buchanan, *Applicant Arguments/Remarks Made in an Amendment*, U.S. Patent App. No. 11/863,917 (Mailed June 10, 2010) |

# Claim Chart – US Patent 7,890,743 B2 vs. Samsung Galaxy 5G Smartphones

| Claims | Exemplary Evidence of Infringement |
|---|---|
| 1. A method for configuring a user device, the method, comprising: | To the extent the preamble is construed as limiting, under 35 U.S.C. § 271(b), each of the Accused Products[1] induces performance of a method for configuring a user device. For example, Samsung's Galaxy 5G smartphones, such as the Galaxy S25 Ultra, offer a trusted device feature (*e.g.*, "Extend Unlock," "Smart Lock"), which governs the method for configuring each device's transition between lock states.<br><br>According to Samsung's own support documentation, application of the trusted device feature directs a user device (*e.g.*, smartphone) to establish a locally-stored policy entry, which binds a specific Bluetooth identity to lock-screen behavior. *See* Ex. 6. Thus, Samsung's trusted device feature, included with each of the Accused Products, evidences that said products perform of a method for configuring a user device. *See id.*<br><br>• **Extend Unlock**: Keep your device unlocked when trusted locations or other devices have been detected. A secure screen lock is required for this feature.<br><br>Ex. 6<br><br>Further, Samsung's trusted device feature dictates a concrete configuration parameter (*e.g.*, lock-screen authentication state). *See* Exs. 7, 12. For instance, the smartphone bases the configuration on whether the device satisfies a minimum proximity between itself and an enabling Bluetooth device. *See id.* The smartphone implements said proximity detection via its Bluetooth radio. *See id.*<br><br>The Extend Unlock feature keeps your device unlocked by recognizing different signals, such as your home's wireless router, your car's Bluetooth system, or your **Galaxy watch**. This way, you won't need to enter your PIN, password, or other credentials.<br>To set up Extend Unlock, navigate to and open **Settings**, then tap **Lock screen and AOD**, and then tap **Extend Unlock**. From here, enter your lock screen credentials. The following options are available:<br><br>Ex. 7 |

---

[1] The Accused Products include Samsung Galaxy 5G smartphones (*e.g.*, Galaxy S25+, Galaxy S25, Galaxy Z Fold 7, Galaxy Z Flip 7, Galaxy Tab S10 Ultra, Galaxy Tab S10+).

# Claim Chart – US Patent 7,890,743 B2 vs. Samsung Galaxy 5G Smartphones

| Claims | Exemplary Evidence of Infringement |
|---|---|
|  | • **Trusted devices**: After you unlock your device, it stays unlocked when it's connected to a trusted device, like a Bluetooth watch or car system. Your device will stay unlocked for up to 4 hours or until it disconnects from all trusted devices. To register a device, tap **Add trusted device**, and then tap **Pair new device. Connect your desired Bluetooth device** the way you normally would. You can also select a device from the list, if one is available. When Smart Lock is active, you can force your device to lock anytime. Just open the Power menu and tap **Lockdown**.<br><br>Ex. 7<br><br>As the name suggests, Extend Unlock on your Android device extends the time your phone stays unlocked. It lets you avoid constantly entering your PIN when you're at a trusted place like your home or work, or when it's connected to a trusted Bluetooth device like a smartwatch.<br><br>When you're sitting on the couch at home, do you really need a lock screen security measure? I hate constantly unlocking my phone, so I turned on Extend Unlock, and now the software handles everything for me.<br><br>Ex. 12<br><br>On information and belief, Samsung markets each of its modern smartphones, such as the Accused Products, with the aforementioned hardware and functionalities. Further, Samsung's own support documentation directs users to perform the method defined by its trusted device configuration. *See* Exs. 8, 16. For example, Samsung's technical guide demonstrates how to enable/disable its trusted device feature (*e.g.*, Extend Unlock). *See id.* Additionally, Samsung does not limit the guide's application to a specific model, demonstrating the feature widely applies to Samsung's entire line of modern smartphones. *See id.* |

4

# Claim Chart – US Patent 7,890,743 B2 vs. Samsung Galaxy 5G Smartphones

| Claims | Exemplary Evidence of Infringement |
|---|---|
| | <br>Ex. 8<br><br>If you add a trusted device, your phone will remain unlocked when it's nearby or connected to the trusted device. Your phone may be locked if disconnected from the trusted device, even if it reconnects. To add a trusted device, follow the steps below.<br><br>Ex. 8 |

# Claim Chart – US Patent 7,890,743 B2 vs. Samsung Galaxy 5G Smartphones

| Claims | Exemplary Evidence of Infringement |
|---|---|
| | <br>Ex. 8 |

6

## Claim Chart – US Patent 7,890,743 B2 vs. Samsung Galaxy 5G Smartphones

| Claims | Exemplary Evidence of Infringement |
|---|---|
| | # Unlock your mobile device using the Smart Lock feature<br><br>Last Update date : Apr 28. 2026<br><br>**Important Note**: The information on this page is for Hong Kong products only. Models, sequences or settings will vary depending on location and/or where the product had been purchased. To be redirected to your local support page please click here.<br><br>You will need to enable the "Smart Lock" feature before you can use it to unlock your phone, in case you have forgotten your unlock method.<br><br>### Locked out of your device and have not set up the "Smart Lock" method?<br><br>If you are locked out of your device and have not set up an unlock method, please bring along your Galaxy device and visit your nearest Samsung Service Center. We will provide the help you need to resolve your problem.<br><br>( Samsung Support Center )<br><br>You can set the device to unlock itself and remain unlocked when trusted locations or devices are detected.<br><br>For example, if you have set your home as a trusted location, when you get home your device will detect the location and automatically unlock itself.<br><br>• This feature will be available to use after you set a screen lock method.<br>• If you do not use your device for four hours or when you turn on the device, you must unlock the screen using the pattern, PIN, or password you set. |

7

# Claim Chart – US Patent 7,890,743 B2 vs. Samsung Galaxy 5G Smartphones

| Claims | Exemplary Evidence of Infringement |
|---|---|
|  | Ex. 15<br><br>Once enabled, the trusted device feature is automatic. *See* Ex. 14 (demonstrating operation of the Samsung Galaxy S25 Ultra). The configuration operates in the device's background via connectivity checks. *See* Ex. 9. When parameters satisfy a configuration requirement (*e.g.*, sufficient proximity between devices), the device initiates the transition to the unlock state, maintains that runtime behavior, until the trusted device disconnects or the TTL elapses. *See id.* |

8

## Claim Chart – US Patent 7,890,743 B2 vs. Samsung Galaxy 5G Smartphones

| Claims | Exemplary Evidence of Infringement |
|---|---|
| | <br>Ex. 14 |

## Claim Chart – US Patent 7,890,743 B2 vs. Samsung Galaxy 5G Smartphones

| Claims | Exemplary Evidence of Infringement |
|---|---|
| | **Keep your device unlocked when connected to a trusted device** ∧<br><br>**Add a trusted Bluetooth device**<br>1. On your device, make sure that Bluetooth is on. Learn how to turn on Bluetooth.<br>2. Open your device's Settings app.<br>3. Tap **Security & privacy** › **More security & privacy** › **Extend Unlock**.<br>   • If you don't find "Security & privacy," tap **Security & location**.<br>4. Tap **Trusted devices** › **Add trusted device**.<br>5. On the list of devices, tap a device.<br>   • You can keep your phone or tablet unlocked for longer when it's connected to a trusted device, like a Bluetooth watch or car speaker system. We recommend avoiding devices that are always with your phone or tablet, like Bluetooth keyboards or cases.<br>6. Optional: To remove a Bluetooth device, tap the device you want to remove. Then, tap **Remove**.<br>7. Unlock your device. If it's connected to the trusted device, it will stay unlocked.<br><br>Ex. 9<br><br>In the alternative, each of the Accused Products also infringes the '743 Patent under 35 U.S.C. § 271(a) because each product performs a method for configuring a user device, as detailed in the foregoing. |
| (a) establishing, in the user device, a configuration rule for the user device, wherein the configuration rule (i) controls a configuration parameter for the user device, and (ii) is based at least in part on a required proximity | Under 35 U.S.C. § 271(b), each of the Accused Products induces users to perform the method of establishing, in the user device, a configuration rule for the user device, wherein the configuration rule (i) controls a configuration parameter for the user device, and (ii) is based at least in part on a required proximity between the user device and at least a first enabling device, wherein at least the first enabling device is a general-purpose device, and wherein establishing the configuration rule in the device requires no further activation.<br><br>For example, Samsung's own technical support guides direct users to enable the trusted device feature (*e.g.*, "Extend Unlock," "Smart Lock"). *See* 1.[pre]; Exs. 6-8, 12, 15. Once enabled, the trusted device feature |

## Claim Chart – US Patent 7,890,743 B2 vs. Samsung Galaxy 5G Smartphones

| Claims | Exemplary Evidence of Infringement |
|---|---|
| between the user device and at least a first enabling device, wherein at least the first enabling device is a general-purpose device, and wherein establishing the configuration rule in the device requires no further activation; | automatically operates by establishing a configuration rule (*e.g.*, proximity of devices) for controlling the user device's (*e.g.*, smartphone) lock state configuration parameter (*e.g.*, lock state). *See* 1.[pre]; Exs. 9, 14.<br><br> • **Extend Unlock**: Keep your device unlocked when trusted locations or other devices have been detected. A secure screen lock is required for this feature.<br><br>Ex. 6<br><br>The Extend Unlock feature keeps your device unlocked by recognizing different signals, such as your home's wireless router, your car's Bluetooth system, or your Galaxy watch. This way, you won't need to enter your PIN, password, or other credentials.<br>To set up Extend Unlock, navigate to and open **Settings**, then tap **Lock screen and AOD**, and then tap **Extend Unlock**. From here, enter your lock screen credentials. The following options are available:<br><br>Ex. 7<br><br> • **Trusted devices**: After you unlock your device, it stays unlocked when it's connected to a trusted device, like a Bluetooth watch or car system. Your device will stay unlocked for up to 4 hours or until it disconnects from all trusted devices. To register a device, tap **Add trusted device**, and then tap **Pair new device**. Connect your desired Bluetooth device the way you normally would. You can also select a device from the list, if one is available. When Smart Lock is active, you can force your device to lock anytime. Just open the Power menu and tap **Lockdown**.<br><br>Ex. 7 |

11

# Claim Chart – US Patent 7,890,743 B2 vs. Samsung Galaxy 5G Smartphones

| Claims | Exemplary Evidence of Infringement |
|---|---|
| | As the name suggests, Extend Unlock on your Android device extends the time your phone stays unlocked. It lets you avoid constantly entering your PIN when you're at a trusted place like your home or work, or when it's connected to a trusted Bluetooth device like a smartwatch.<br><br>When you're sitting on the couch at home, do you really need a lock screen security measure? I hate constantly unlocking my phone, so I turned on Extend Unlock, and now the software handles everything for me.<br><br>Ex. 12<br><br>As an additional example, Samsung's official documentation describes a workflow for enabling the trusted devices feature (*e.g.*, Extend Unlock): Settings → Lock screen → Extend Unlock. *See* Ex. 8. The user performs these steps on the Galaxy phone itself, confirms the screen lock, and adds a Bluetooth device under "Trusted devices." *See id.* This sequence creates and persists, on the user device. *See id.* Thus, the device establishes a locally-stored policy entry that binds a specific trusted Bluetooth identity to a lock-screen behavior. *See id.* Further, the device's own user interface (UI) settings provisions for the configuration, rather than a remote management server. *See id.* And the configuration persists across reboots and in the device's lock-screen policy memory, demonstrating the configuration's local-establishment. *See id.* |

# Claim Chart – US Patent 7,890,743 B2 vs. Samsung Galaxy 5G Smartphones

| Claims | Exemplary Evidence of Infringement |
|---|---|
| |  Ex. 8 <br><br> If you add a trusted device, your phone will remain unlocked when it's nearby or connected to the trusted device. Your phone may be locked if disconnected from the trusted device, even if it reconnects. To add a trusted device, follow the steps below. <br><br> Ex. 8 |

13

# Claim Chart – US Patent 7,890,743 B2 vs. Samsung Galaxy 5G Smartphones

| Claims | Exemplary Evidence of Infringement |
|---|---|
| | <br>Ex. 8 |

## Claim Chart – US Patent 7,890,743 B2 vs. Samsung Galaxy 5G Smartphones

| Claims | Exemplary Evidence of Infringement |
|---|---|
| | # Unlock your mobile device using the Smart Lock feature<br><br>Last Update date : Apr 28. 2026<br><br>**Important Note:** The information on this page is for Hong Kong products only. Models, sequences or settings will vary depending on location and/or where the product had been purchased. To be redirected to your local support page please click here.<br><br>You will need to enable the "Smart Lock" feature before you can use it to unlock your phone, in case you have forgotten your unlock method.<br><br>### Locked out of your device and have not set up the "Smart Lock" method?<br><br>If you are locked out of your device and have not set up an unlock method, please bring along your Galaxy device and visit your nearest Samsung Service Center. We will provide the help you need to resolve your problem.<br><br>Samsung Support Center<br><br>You can set the device to unlock itself and remain unlocked when trusted locations or devices are detected.<br><br>For example, if you have set your home as a trusted location, when you get home your device will detect the location and automatically unlock itself.<br><br>- This feature will be available to use after you set a screen lock method.<br>- If you do not use your device for four hours or when you turn on the device, you must unlock the screen using the pattern, PIN, or password you set. |

# Claim Chart – US Patent 7,890,743 B2 vs. Samsung Galaxy 5G Smartphones

| Claims | Exemplary Evidence of Infringement |
|---|---|
| | Ex. 15  |

16

# Claim Chart – US Patent 7,890,743 B2 vs. Samsung Galaxy 5G Smartphones

| Claims | Exemplary Evidence of Infringement |
|---|---|
| | Ex. 14<br><br>**Keep your device unlocked when connected to a trusted device**<br><br>**Add a trusted Bluetooth device**<br>1. On your device, make sure that Bluetooth is on. Learn how to turn on Bluetooth.<br>2. Open your device's Settings app.<br>3. Tap **Security & privacy** › **More security & privacy** › **Extend Unlock**.<br>   • If you don't find "Security & privacy," tap **Security & location**.<br>4. Tap **Trusted devices** › **Add trusted device**.<br>5. On the list of devices, tap a device.<br>   • You can keep your phone or tablet unlocked for longer when it's connected to a trusted device, like a Bluetooth watch or car speaker system. We recommend avoiding devices that are always with your phone or tablet, like Bluetooth keyboards or cases.<br>6. Optional: To remove a Bluetooth device, tap the device you want to remove. Then, tap **Remove**.<br>7. Unlock your device. If it's connected to the trusted device, it will stay unlocked.<br><br>Ex. 9<br><br>Additionally, the trusted devices (*e.g.*, Smart Lock, Extend Unlock) rule defines a configuration parameter for the lock-screen authentication state (*e.g.*, locked vs. unlocked / passcode-prompt required vs. bypassed). Samsung's own documentation states the rule will "keep your device unlocked while … connected" to the Bluetooth device, *see* Ex. 2, demonstrating that the rule directly controls the lock-screen state parameter on the Galaxy device. For example, analysis of Smart Lock confirms that the lock-screen UI is suppressed when the requirement is met; otherwise, the standard lock prompt is enforced. *See* Exs. 2-3. |

## Claim Chart – US Patent 7,890,743 B2 vs. Samsung Galaxy 5G Smartphones

| Claims | Exemplary Evidence of Infringement |
|---|---|
| | # What is Smart Lock and how do I use it?<br><br>Updated : 23rd July, 2024<br><br>Google Smart Lock gives you control over when and where you have to unlock your device. Smart Lock allows you to keep your device unlocked while it's on you, add locations where your device stays unlocked, and add Bluetooth devices that will keep your device unlocked while they're connected.<br><br>There are still situations where you will be required to use a device lock, so you must register a lock type before you can get started with Smart Lock.<br><br>Ex. 2<br><br>**2.3  Bluetooth Authentication Applications**<br><br>By utilizing the primitives, popular software vendors such as Google and Microsoft offer the device proximity authentication method in their operating systems. In the following, we introduce Android Smart Lock and Windows Dynamic Lock, which of each is Bluetooth-based device authentication in Android and Windows, respectively.<br>**Android Smart Lock** [1]. Starting from version L (Android 5.0), Android adopts Bluetooth-based device authentication as its device unlock feature. The purpose of this feature is to replace default lockscreen authentication with a device authentication, for the sake of a better usability. With Android Smart Lock, a user can set a Bluetooth-enabled device, such as wireless headset, as a trusted device. The authentication is done by checking the connectivity between the device and the smartphone. In case if the connection is valid, the smartphone will not ask user for the lockscreen and unlock itself automatically. As a result, a connected, trusted Bluetooth device can act as an authentication token while the connection is intact.<br>**Windows Dynamic Lock** [2]. Microsoft Windows 10 (1703) adopts Bluetooth-based device proximity authentication for implementing its security feature, Windows Dynamic Lock. The purpose of Dynamic Lock is to lock the computer while the user is unattended, to prevent any unauthorized user access to the computer. In this regard, this feature complements existing authentication by offering an additional layer of security. To enable this feature, a user can register a smartphone device as a trusted device. Later, when the computer detects any of registered smartphone moves away from it, the computer regard this as an event that "user is missing", and thereby, lock the device to protect it from unauthorized access. The implementation relies on device authentication as well as proximity checking based on measuring Receive Signal Strength Indicator (RSSI). |

18

# Claim Chart – US Patent 7,890,743 B2 vs. Samsung Galaxy 5G Smartphones

| Claims | Exemplary Evidence of Infringement |
|---|---|
| | Ex. 3<br><br>Additionally, Samsung's trusted devices feature (*e.g.*, Smart Lock, Extend Unlock) is based at least in part on a required proximity between the user device (*e.g.*, smartphone) and at least a first enabling device (*e.g.*, Bluetooth audio receiver, smart watch). For instance, Samsung's documentation states the Smart Lock feature recognizes "your phone's proximity to … your car's Bluetooth system, or your smart watch," expressly invoking proximity to the enabling device as the rule predicate. *See* Ex. 3. Samsung's smartphones achieve this by checking the proximity of a pre-registered trusted Bluetooth device (*e.g.*, in-range/connected vs. out-of-range/disconnected) between the phone and the trusted device. *See* Exs. 3, 6, 7, 12. For example, the Samsung Galaxy S25 Ultra includes an integrated Wi-Fi/Bluetooth connectivity controller, which providies the Bluetooth radio path over which the standard Smart Lock framework evaluates trusted-device proximity. *See* Ex. 16. Publicly available teardown imagery of the S25 Ultra's logic board corroborates the presence of this hardware, though the published photo does not itself resolve the controller's part number. *See id.*<br><br>Smartphones running Android have enabled device proximity authentication via Android Smart Lock [1]. This mechanism allows the smartphone to check the proximity of a pre-registered trusted device and unlock the phone without entering the passcode if the device is close to the phone. Similarly, desktop and laptop computers running<br><br>Ex. 3<br><br>● **Extend Unlock**: Keep your device unlocked when trusted locations or other devices have been detected. A secure screen lock is required for this feature.<br><br>Ex. 6<br><br>The Extend Unlock feature keeps your device unlocked by recognizing different signals, such as your home's wireless router, your car's Bluetooth system, or your Galaxy watch. This way, you won't need to enter your PIN, password, or other credentials.<br>To set up Extend Unlock, navigate to and open **Settings**, then tap **Lock screen and AOD**, and then tap **Extend Unlock**. From here, enter your lock screen credentials. The following options are available: |

# Claim Chart – US Patent 7,890,743 B2 vs. Samsung Galaxy 5G Smartphones

| Claims | Exemplary Evidence of Infringement |
|---|---|
| | Ex. 7<br><br>• **Trusted devices**: After you unlock your device, it stays unlocked when it's connected to a trusted device, like a Bluetooth watch or car system. Your device will stay unlocked for up to 4 hours or until it disconnects from all trusted devices. To register a device, tap **Add trusted device**, and then tap **Pair new device**. Connect your desired Bluetooth device the way you normally would. You can also select a device from the list, if one is available. When Smart Lock is active, you can force your device to lock anytime. Just open the Power menu and tap **Lockdown**.<br><br>Ex. 7<br><br>As the name suggests, Extend Unlock on your Android device extends the time your phone stays unlocked. It lets you avoid constantly entering your PIN when you're at a trusted place like your home or work, or when it's connected to a trusted Bluetooth device like a smartwatch.<br><br>When you're sitting on the couch at home, do you really need a lock screen security measure? I hate constantly unlocking my phone, so I turned on Extend Unlock, and now the software handles everything for me.<br><br>Ex. 12<br><br>As referenced above, consider the following teardown image of a Samsung logic board. *See* Ex. 16. The largest central package (orange/red box) bears visible markings including 'SM9' and a second package on the right (yellow box) bears markings consistent with a Samsung memory chip ('SEC … KLUEG4'). *See id.* Smaller chips on the upper-left and right edges are also outlined. *See id.* The image documents the physical presence of major SoC, memory, and supporting wireless/power ICs on the Samsung logic board, which is consistent with the chip-ID guide that identifies the wireless connectivity controller responsible for the Samsung smartphone's Bluetooth radio operation. *See id.* |

# Claim Chart – US Patent 7,890,743 B2 vs. Samsung Galaxy 5G Smartphones

| Claims | Exemplary Evidence of Infringement |
|---|---|
| |  Ex. 16 (depicting teardown of a Samsung logic board, showing several integrated circuits highlighted with colored overlays)<br><br>Additionally, each of the first enabling devices (*e.g.*, Bluetooth audio receiver, smart watch), which interact with the Accused Product user devices (*e.g.*, smartphones) to enable Samsung's trusted device feature, is a "general-purpose device." Prosecution of the '743 Patent resulted in narrowing "general-purpose device" to exclude dedicated RFID tags, security tokens, or special-purpose hardware. *See* Ex. 17. Samsung's documentation provides examples of supported trusted devices: smart watches, Bluetooth audio receivers, etc. |

## Claim Chart – US Patent 7,890,743 B2 vs. Samsung Galaxy 5G Smartphones

| Claims | Exemplary Evidence of Infringement |
|---|---|
|  | *See* Ex. 2. For instance, the setup screen lists "Your Bluetooth watch" and "Your car's Bluetooth system" as canonical examples. *See id.* These devices constitute multi-function computing platforms, running general-purpose operating systems (Wear OS / Tizen / vehicle infotainment OS) that perform numerous unrelated functions to advertising Bluetooth presence. Thus, they are not dedicated security tokens or special-purpose proximity hardware. The enabling-device class supported by Smart Lock, therefore, aligns with the prosecution-narrowed scope of "general-purpose device." *See* Exs. 2, 17. |

# Claim Chart – US Patent 7,890,743 B2 vs. Samsung Galaxy 5G Smartphones



## Claim Chart – US Patent 7,890,743 B2 vs. Samsung Galaxy 5G Smartphones

| Claims | Exemplary Evidence of Infringement |
|---|---|
| | The claim requires "establishing the configuration rule in the device requires no further activation," and the prosecution history limits this to systems that operate automatically once the rule is established. *See* Ex. 18. This excludes designs that require explicit user activation, manual arming, or remote enablement on each use. *See id.* Public documentation states that after a trusted device is added, the Samsung smartphone automatically unlocks by recognizing the configured signals. *See* Ex 4. For instance, "if the connection is valid, the smartphone will not ask user for the lockscreen and unlock itself automatically." *See* Ex. E. Independent technical analysis confirms that the Android Smart Lock framework continuously and automatically checks proximity in the background once the trusted device is registered, with no per-event arming or user gesture required. *See id.* The one-time setup creates a self-enforcing policy that the platform's background monitoring evaluates on its own, satisfying the no-further-activation limitation. <br><br> Smartphones running Android have enabled device proximity authentication via Android Smart Lock [1]. This mechanism allows the smartphone to check the proximity of a pre-registered trusted device and unlock the phone without entering the passcode if the device is close to the phone. Similarly, desktop and laptop computers running <br><br> Ex. 3 <br><br> In the alternative, each of the Accused Products also infringes the '743 Patent under 35 U.S.C. § 271(a) because each product performs a method for establishing, in the user device, a configuration rule for the user device, wherein the configuration rule (i) controls a configuration parameter for the user device, and (ii) is based at least in part on a required proximity between the user device and at least a first enabling device, wherein at least the first enabling device is a general-purpose device, and wherein establishing the configuration rule in the device requires no further activation, as detailed in the foregoing. |
| (b) determining whether the configuration rule is satisfied; | Under 35 U.S.C. § 271(b), each of the Accused Products induces users to perform the method of determining whether the configuration rules is satisfied. The Android Smart Lock framework on the Galaxy device evaluates the rule's predicate by monitoring the Bluetooth connection state to the registered trusted device: it determines satisfaction when the trusted device is in range and a Bluetooth connection is established, and unsatisfaction when the device is out of range or disconnected. Samsung's manual states explicitly that the rule's evaluation outcome depends on whether "the device is nearby and the Bluetooth connection is established." Independent technical analysis confirms that the determination is implemented by checking the connectivity status between the trusted device and the smartphone in the background. This evaluation is performed by the platform's lock- |

24

## Claim Chart – US Patent 7,890,743 B2 vs. Samsung Galaxy 5G Smartphones

| Claims | Exemplary Evidence of Infringement |
|---|---|
| | screen policy code consuming connectivity events from the Bluetooth stack, which in the accused product runs over the handset's integrated Bluetooth radio, whose presence on the S25 Ultra logic board is corroborated by public teardown imagery. The runtime predicate evaluation function therefore aligns with the claim language.<br><br>**2.3  Bluetooth Authentication Applications**<br><br>By utilizing the primitives, popular software vendors such as Google and Microsoft offer the device proximity authentication method in their operating systems. In the following, we introduce Android Smart Lock and Windows Dynamic Lock, which of each is Bluetooth-based device authentication in Android and Windows, respectively.<br>**Android Smart Lock** [1]. Starting from version L (Android 5.0), Android adopts Bluetooth-based device authentication as its device unlock feature. The purpose of this feature is to replace default lockscreen authentication with a device authentication, for the sake of a better usability. With Android Smart Lock, a user can set a Bluetooth-enabled device, such as wireless headset, as a trusted device. The authentication is done by checking the connectivity between the device and the smartphone. In case if the connection is valid, the smartphone will not ask user for the lockscreen and unlock itself automatically. As a result, a connected, trusted Bluetooth device can act as an authentication token while the connection is intact.<br>**Windows Dynamic Lock** [2]. Microsoft Windows 10 (1703) adopts Bluetooth-based device proximity authentication for implementing its security feature, Windows Dynamic Lock. The purpose of Dynamic Lock is to lock the computer while the user is unattended, to prevent any unauthorized user access to the computer. In this regard, this feature complements existing authentication by offering an additional layer of security. To enable this feature, a user can register a smartphone device as a trusted device. Later, when the computer detects any of registered smartphone moves away from it, the computer regard this as an event that "user is missing", and thereby, lock the device to protect it from unauthorized access. The implementation relies on device authentication as well as proximity checking based on measuring Receive Signal Strength Indicator (RSSI).<br><br>Ex. 3<br><br>As an additional example, consider image below of Samsung logic board teardown. *See* Ex. 16. The largest central package (orange/red box) bears visible markings including 'SM9' and a second package on the right (yellow box) bears markings consistent with a Samsung memory chip ('SEC … KLUEG4'). *See id.* Smaller chips on the upper-left and right edges are also outlined. *See id.* The image depicts processing hardware on the Samsung logic board, consistent with the framework that performs the connectivity-status evaluation. *See id.* |

# Claim Chart – US Patent 7,890,743 B2 vs. Samsung Galaxy 5G Smartphones

| Claims | Exemplary Evidence of Infringement |
|---|---|
| | <br><br>Ex. 16 (depicting teardown of a Samsung logic board, showing several integrated circuits highlighted with colored overlays)<br><br>In the alternative, each of the Accused Products also infringes the '743 Patent under 35 U.S.C. § 271(a) because each product performs a method for determining whether the configuration rule is satisfied, as detailed in the foregoing. |

# Claim Chart – US Patent 7,890,743 B2 vs. Samsung Galaxy 5G Smartphones

| Claims | Exemplary Evidence of Infringement |
|---|---|
| (c) when the configuration rule is satisfied, configuring the user device according to the configuration parameter, wherein the user device operates in accordance with the configuration parameter; | When the configuration rule is satisfied, under 35 U.S.C. § 271(b), each of the Accused Products induces users to perform the method of configuring the user device according to the configuration parameter, wherein the user device operates in accordance with the configuration parameter.<br><br>For example, modern Samsung Galaxy smartphones include the trusted device feature (*e.g.*, Smart Lock, Extend Unlock) in which a user can add a trusted device under the feature settings (*e.g.*, configuration rule) to keep the Samsung mobile device (*e.g.*, configuring device) unlocked. *See* Exs. 2-3, 7, 8, 9-11, 14. Samsung Galaxy smartphones base this configuration on the trusted device's proximity-based connection to the Samsung smartphone. *See id.* When the Samsung mobile device is in proximity-based connection (*e.g.*, Bluetooth connection) with the trusted device, such as Galaxy watch, the configuration rule is satisfied, which transitions the device lock-screen configuration into an extended unlocked mode (*e.g.*, configuration parameter). *See id.*<br><br>**2.3 Bluetooth Authentication Applications**<br><br>By utilizing the primitives, popular software vendors such as Google and Microsoft offer the device proximity authentication method in their operating systems. In the following, we introduce Android Smart Lock and Windows Dynamic Lock, which of each is Bluetooth-based device authentication in Android and Windows, respectively.<br>**Android Smart Lock** [1]. Starting from version L (Android 5.0), Android adopts Bluetooth-based device authentication as its device unlock feature. The purpose of this feature is to replace default lockscreen authentication with a device authentication, for the sake of a better usability. With Android Smart Lock, a user can set a Bluetooth-enabled device, such as wireless headset, as a trusted device. The authentication is done by checking the connectivity between the device and the smartphone. In case if the connection is valid, the smartphone will not ask user for the lockscreen and unlock itself automatically. As a result, a connected, trusted Bluetooth device can act as an authentication token while the connection is intact.<br>**Windows Dynamic Lock** [2]. Microsoft Windows 10 (1703) adopts Bluetooth-based device proximity authentication for implementing its security feature, Windows Dynamic Lock. The purpose of Dynamic Lock is to lock the computer while the user is unattended, to prevent any unauthorized user access to the computer. In this regard, this feature complements existing authentication by offering an additional layer of security. To enable this feature, a user can register a smartphone device as a trusted device. Later, when the computer detects any of registered smartphone moves away from it, the computer regard this as an event that "user is missing", and thereby, lock the device to protect it from unauthorized access. The implementation relies on device authentication as well as proximity checking based on measuring Receive Signal Strength Indicator (RSSI).<br><br>Ex. 3 |

27

# Claim Chart – US Patent 7,890,743 B2 vs. Samsung Galaxy 5G Smartphones

| Claims | Exemplary Evidence of Infringement |
|---|---|
| | The Extend Unlock feature keeps your device unlocked by recognizing different signals, such as your home's wireless router, your car's Bluetooth system, or your **Galaxy watch**. This way, you won't need to enter your PIN, password, or other credentials. To set up Extend Unlock, navigate to and open **Settings**, then tap **Lock screen and AOD**, and then tap **Extend Unlock**. From here, enter your lock screen credentials. The following options are available:<br><br>Ex. 7<br><br>• **Trusted devices**: After you unlock your device, it stays unlocked when it's connected to a trusted device, like a Bluetooth watch or car system. Your device will stay unlocked for up to 4 hours or until it disconnects from all trusted devices. To register a device, tap **Add trusted device**, and then tap **Pair new device. Connect your desired Bluetooth device** the way you normally would. You can also select a device from the list, if one is available. When Smart Lock is active, you can force your device to lock anytime. Just open the Power menu and tap **Lockdown**.<br><br>Ex. 7<br><br>**The one caveat**<br><br>As much as I like Extend Unlock, I have to be careful. I always wear my Pixel Watch. If I'm out in public and my watch is near my phone, the phone will remain unlocked. Because of this, I don't use the trusted devices option. Instead, I'll enable on-body detection and trusted places.<br><br>Ex. 10 |

28

# Claim Chart – US Patent 7,890,743 B2 vs. Samsung Galaxy 5G Smartphones

| Claims | Exemplary Evidence of Infringement |
|---|---|
| | **Keep your device unlocked when connected to a trusted device** ⌃<br><br>**Add a trusted Bluetooth device**<br>1. On your device, make sure that Bluetooth is on. Learn how to turn on Bluetooth.<br>2. Open your device's Settings app.<br>3. Tap **Security & privacy** › **More security & privacy** › **Extend Unlock**.<br>  • If you don't find "Security & privacy," tap **Security & location**.<br>4. Tap **Trusted devices** › **Add trusted device**.<br>5. On the list of devices, tap a device.<br>  • You can keep your phone or tablet unlocked for longer when it's connected to a trusted device, like a Bluetooth watch or car speaker system. We recommend avoiding devices that are always with your phone or tablet, like Bluetooth keyboards or cases.<br>6. Optional: To remove a Bluetooth device, tap the device you want to remove. Then, tap **Remove**.<br>7. Unlock your device. If it's connected to the trusted device, it will stay unlocked.<br><br>Ex. 9<br><br>**Manually lock phone when Extend Unlock is on**<br>**Important:** When Extend Unlock is turned on and active, an Unlock icon 🔓 is displayed on your lock screen. Extend Unlock will keep your device unlocked for up to 4 hours at a time.<br><br>To lock your device again:<br>1. Press the **Power** and **Volume up** buttons at the same time.<br>2. Tap **Lockdown** 🔒.<br><br>Ex. 9 |

# Claim Chart – US Patent 7,890,743 B2 vs. Samsung Galaxy 5G Smartphones

| Claims | Exemplary Evidence of Infringement |
|---|---|
| | Extend Unlock (previously known as Smart Lock) is a trust-based feature built into Samsung phones. If your Galaxy phone detects that it's still with you — in a familiar place, near a trusted device, or in motion — it may temporarily fully unlock the screen without requiring you to manually draw the unlock pattern.<br><br>As long as you enabled Extend Unlock before the lockout and have not restarted your device since it was locked, you can activate the feature under the following trusted conditions to unlock your Samsung phone pattern lock without resetting the entire device:<br><br>• You are in a trusted location (home or office).<br>• The phone is connected to a trusted Bluetooth device (Galaxy Watch, car system).<br>• The device detects motion on your body.<br><br>Ex. 11<br><br>The following evidence demonstrates the aforementioned functionality in a Samsung smartphone. *See* Ex. 14. The smartphone connected to one of the trusted devices, which triggered the activation of the trusted device feature (*e.g.*, Extend Unlock). *See id.* |

30

# Claim Chart – US Patent 7,890,743 B2 vs. Samsung Galaxy 5G Smartphones

| Claims | Exemplary Evidence of Infringement |
|---|---|
| |  Ex. 14 <br><br> In the alternative, each of the Accused Products also infringes the '743 Patent under 35 U.S.C. § 271(a) because, when the configuration rule is satisfied, each product also performs a method for configuring the user device according to the configuration parameter, wherein the user device operates in accordance with the configuration parameter, as detailed in the foregoing. |

## Claim Chart – US Patent 7,890,743 B2 vs. Samsung Galaxy 5G Smartphones

| Claims | Exemplary Evidence of Infringement |
|---|---|
| (d) when the configuration rule is not satisfied, disabling the configuration parameter. | When the configuration rule is not satisfied, under 35 U.S.C. § 271(b), each of the Accused Products induces users to perform the method disabling the configuration parameter.<br><br>For example, when a modern Samsung Galaxy smartphone (*e.g.*, user device) loses its proximity-based connection (*e.g.*, Bluetooth connection) with the trusted device, such as a Galaxy watch, the configuration rule is not satisfied. *See* Ex. 8, 13.<br><br>If you add a trusted device, your phone will remain unlocked when it's nearby or connected to the trusted device. Your phone may be locked if disconnected from the trusted device, even if it reconnects. To add a trusted device, follow the steps below.<br><br>Ex. 8<br><br>This feature is particularly useful for people who frequently use their phones at home, work, or while connected to their car's Bluetooth. Rather than repeatedly authenticating, your device recognizes safe scenarios and stays unlocked, making your daily interactions much smoother.<br><br>The security benefit is that your phone still locks immediately when you leave these trusted zones or disconnect from trusted devices. It's convenience without compromising safety.<br><br>Ex. 13<br><br>Once the configuration rule is not satisfied, the smartphone will revert to its normal protocol per its lock-screen configuration. *See* Ex. 3. |

# Claim Chart – US Patent 7,890,743 B2 vs. Samsung Galaxy 5G Smartphones

| Claims | Exemplary Evidence of Infringement |
|---|---|
|  | **2.3  Bluetooth Authentication Applications**<br><br>By utilizing the primitives, popular software vendors such as Google and Microsoft offer the device proximity authentication method in their operating systems. In the following, we introduce Android Smart Lock and Windows Dynamic Lock, which of each is Bluetooth-based device authentication in Android and Windows, respectively.<br>**Android Smart Lock** [1]. Starting from version L (Android 5.0), Android adopts Bluetooth-based device authentication as its device unlock feature. The purpose of this feature is to replace default lockscreen authentication with a device authentication, for the sake of a better usability. With Android Smart Lock, a user can set a Bluetooth-enabled device, such as wireless headset, as a trusted device. The authentication is done by checking the connectivity between the device and the smartphone. In case if the connection is valid, the smartphone will not ask user for the lockscreen and unlock itself automatically. As a result, a connected, trusted Bluetooth device can act as an authentication token while the connection is intact.<br>**Windows Dynamic Lock** [2]. Microsoft Windows 10 (1703) adopts Bluetooth-based device proximity authentication for implementing its security feature, Windows Dynamic Lock. The purpose of Dynamic Lock is to lock the computer while the user is unattended, to prevent any unauthorized user access to the computer. In this regard, this feature complements existing authentication by offering an additional layer of security. To enable this feature, a user can register a smartphone device as a trusted device. Later, when the computer detects any of registered smartphone moves away from it, the computer regard this as an event that "user is missing", and thereby, lock the device to protect it from unauthorized access. The implementation relies on device authentication as well as proximity checking based on measuring Receive Signal Strength Indicator (RSSI).<br><br>Ex. 3<br><br>before any secondary unlock method (e.g., trusted device proximity) can grant access. When your phone detects a paired Bluetooth device (e.g., smartwatch) or known Wi-Fi network (e.g., home router), it *skips the lock screen UI only if the device has already been authenticated within the last 4 hours*—a behavior governed by Android's TRUSTED_DEVICE timeout policy, not password removal. Empirical testing across Pixel 6–8, Samsung Galaxy<br><br>Ex. 5 |

## Claim Chart – US Patent 7,890,743 B2 vs. Samsung Galaxy 5G Smartphones

| Claims | Exemplary Evidence of Infringement |
| --- | --- |
| | In the alternative, each of the Accused Products also infringes the '743 Patent under 35 U.S.C. § 271(a) because, when the configuration rule is not satisfied, each product also performs a method for disabling the configuration parameter, as detailed in the foregoing. |