# Exhibit G

**Claim Chart – US Patent 9,634,911B2 B2 vs. Samsung Galaxy 5G Smartphones**

| Exhibit(s) | Source Description and URL |
| --- | --- |
| Exhibit 1 | https://docs.samsungknox.com/admin/fundamentals/kbas/kba-115013353688-mobile-device-logs/ |
| Exhibit 2 | https://www.samsung.com/us/smartphones/galaxy-s25/ |
| Exhibit 3 | https://www.samsung.com/us/smartphones/galaxy-s25/#performance |
| Exhibit 4 | https://source.android.com/docs/core/interaction/input |
| Exhibit 5 | https://source.android.com/docs/core/tests/debug/read-bug-reports |
| Exhibit 6 | https://developer.android.com/tools/logcat |
| Exhibit 7 | https://techblogs.42gears.com/generate-dumpstate-logs-on-samsung-android-devices/ |
| Exhibit 8 | https://developer.android.com/studio/debug/bug-report |
| Exhibit 9 | https://docs.samsungknox.com/admin/knox-asset-intelligence/how-to-guides/view-diagnostics/ |
| Exhibit 10 | https://gist.github.com/mraphael2101/8ee64d588228332ffa8c3aab57eee781 |
| Exhibit 11 | https://www.samsung.com/us/apps/samsung-members/ |
| Exhibit 12 | https://play.google.com/store/apps/details?id=com.samsung.android.voc |
| Exhibit 13 | https://www.samsung.com/us/support/answer/ANS10001383/ |
| Exhibit 14 | What is the difference between Samsung and Android? https://www.androidauthority.com/is-samsung-android-3354530/ |
| Exhibit 15 | What's an Android skin and Samsung One UI https://www.sammyfans.com/2022/08/27/what-is-an-android-skin-and-samsung-one-ui/ |

1

**Claim Chart – US Patent 9,634,911B2 B2 vs. Samsung Galaxy 5G Smartphones**

| Exhibit 16 | Read bug reports<br>https://source.android.com/docs/core/tests/debug/read-bug-reports |
|---|---|
| Exhibit 17 | This hidden Samsung code<br>https://www.makeuseof.com/hidden-samsung-code-gives-access-to-things-not-meant-to-see/ |
| Exhibit 18 | https://grouphowto.com/com-samsung-android-incallui/ |

| Claim | Exemplary Evidence of Infringement |
|---|---|
| [1.pre] A method comprising: | To the extent the preamble is limiting, under 35 U.S.C. § 271(b), (c), Samsung infringes the '911 by supplying each of the Accused Products that induces performance of a method. For example, Samsung's mobile-device logging and troubleshooting framework discloses a method for collecting diagnostic activity data from a Samsung mobile device. Specifically, to troubleshoot a mobile-device issue, a user may need to obtain "a log of the device's activities" where Samsung mobile devices constitute the relevant environment. *See* Ex. 1. This log corresponds to device-generated operational or diagnostic data collected from the accused Samsung mobile device. *See id.*<br><br>For instance, Samsung smartphones feature the SysDump tool for collecting dumpstate logs. *See* Ex. 1. Thus, Samsung enables its smartphones to capture device logs, which reflect the device's operation. *See id.* Samsung, therefore, facilitates its users to troubleshoot operation of its smartphones via the SysDump tool and device logs. *See id.* |

## Claim Chart – US Patent 9,634,911B2 B2 vs. Samsung Galaxy 5G Smartphones

| Claim | Exemplary Evidence of Infringement |
|---|---|
| | ## How to capture logs to troubleshoot a mobile device<br><br>Last updated May 14th, 2025<br><br>Categories:<br><br>**Troubleshoot**<br><br>### Environment<br><br>Samsung mobile devices<br><br>### Overview<br><br>You may need to help troubleshoot a mobile device issue by getting a log of the device's activities. This knowledge base article guides you through the steps on how to collect these logs.<br><br>### How do I collect dumpstate logs on a mobile device?<br><br>The easiest way to collect logs from a Samsung mobile device is to use the SysDump tool:<br><br>Ex. 1<br><br>In the alternative, Samsung's testing of each of the Accused Products also infringes the '911 Patent under 35 U.S.C. § 271(a) because each product performs a method. |
| [1a] detecting, by a processor, one of a user interaction or a timer event in a first communication device; | Under 35 U.S.C. § 271(b), (c), Samsung infringes the '911 by supplying each of the Accused Products that induces performance of the step for detecting, by a processor, one of a user interaction or a timer event in a first communication device. For example, each of the Accused Products is or includes a first communication device (*e.g.*, Samsung Galaxy S25, S25+, S25 Ultra), which includes a processor (*e.g.*, Qualcomm Snapdragon 8 Elite). *See* Ex. 3.  On information |

3

**Claim Chart – US Patent 9,634,911B2 B2 vs. Samsung Galaxy 5G Smartphones**

| Claim | Exemplary Evidence of Infringement |
|---|---|
|  | and belief, said processors perform the step for detecting a user interaction or timer event in accordance with the Samsung Members, *see* Exs. 11-13, and diagnostic logging frameworks. *See* Exs. 2-4.<br><br>M<br><br>**Step into the Samsung Members Community**<br><br>Start your journey with Samsung Galaxy here at Samsung Members.<br>Open up possibilities from connecting with other users, sharing a wealth of information,<br>and indulging in a variety of perks to exploring various device tips and experts' support.<br>Fulfill your mobile experience at Samsung Members.<br><br>Ex. 11<br><br>**From self-diagnosis to Samsung expert support**<br><br>Feel free to explore Support to self-diagnose various features whenever and wherever.<br>If you detect an error, you can check the related FAQ or receive remote support from trusted Samsung experts,<br>providing in-depth care open to all Samsung Galaxy users.<br><br>Ex. 11 |

4

**Claim Chart – US Patent 9,634,911B2 B2 vs. Samsung Galaxy 5G Smartphones**

| Claim | Exemplary Evidence of Infringement |
|---|---|
| |  Ex. 12 |

5

**Claim Chart – US Patent 9,634,911B2 B2 vs. Samsung Galaxy 5G Smartphones**

| Claim | Exemplary Evidence of Infringement |
|---|---|
|  | <br>Ex. 12 |

**Claim Chart – US Patent 9,634,911B2 B2 vs. Samsung Galaxy 5G Smartphones**

| Claim | Exemplary Evidence of Infringement |
|---|---|
| | <br>Ex. 13 |

7

**Claim Chart – US Patent 9,634,911B2 B2 vs. Samsung Galaxy 5G Smartphones**

| Claim | Exemplary Evidence of Infringement |
|---|---|
|  | Ex. 13 |

8

**Claim Chart – US Patent 9,634,911B2 B2 vs. Samsung Galaxy 5G Smartphones**

| Claim | Exemplary Evidence of Infringement |
|---|---|
| | Further, under the diagnostic logging framework, the Android input subsystem includes an input pipeline in which physical input devices generate signals describing state changes, such as key presses and touch contact points. *See* Ex. 4. The device's firmware encodes and transmits these signals. *See id.* These detected key presses and touch contact points correspond to the claimed user interaction. *See id.*<br><br>Moreover, the Android bug-report event log records interaction-related state events with timestamps; for example, screen-power transitions (screen on and screen off) and keyguard-performed (device-unlock) events. *See* Ex. 5. Thus, the device's input subsystem captures user-interaction events as timestamped entries in the diagnostic log, rather than merely detected by the input pipeline. *See id.*<br><br>Additionally, a given Samsung smartphone captures logs for troubleshooting via the SysDump tool, including a activity logs, dumpstate logs, and bugreport logs. *See* Ex. 1. Thus, Samsung smartphones captures these activities and interaction-related events *on* the devices. *See* Ex. 1. |

9

**Claim Chart – US Patent 9,634,911B2 B2 vs. Samsung Galaxy 5G Smartphones**

| Claim | Exemplary Evidence of Infringement |
|---|---|
| | **How to capture logs to troubleshoot a mobile device**<br><br>Last updated May 14th, 2025<br><br>Categories:<br><br>Troubleshoot<br><br>**Environment**<br><br>Samsung mobile devices<br><br>**Overview**<br><br>You may need to help troubleshoot a mobile device issue by getting a log of the device's activities. This knowledge base article guides you through the steps on how to collect these logs.<br><br>**How do I collect dumpstate logs on a mobile device?**<br><br>The easiest way to collect logs from a Samsung mobile device is to use the SysDump tool:<br><br>**Note**<br>On devices running Android 15 and higher, you'll need to disable **Auto Blocker** before you can access the log dump menu. To do this, go to your device's settings, and disable **Security and privacy** › **Auto Blocker**.<br><br>1. Reproduce the issue you'd like to troubleshoot. Note that logs must be collected within 15 minutes of reproducing the issue.<br>2. Launch the **Phone** app.<br><br>   **Note**<br>   If your device doesn't have the Phone app — for example, a device that is Wi-Fi only like the Galaxy Note 10.1 2014 edition — use the **Calculator** app and enter (+30012012732+ in the keypad. The Calculator app switches to Factory Mode.<br><br>3. Enter *#9900# to launch the SysDump tool.<br>4. Tap **Run dumpstate/logcat**.<br>5. Tap **Copy to sdcard**. A timestamped .log file is copied to the /log folder, which you can access through **My Files** in your personal space.<br>6. Navigate to the log directory that was created on the device using the **My Files** app or a Windows PC with USB cable connection.<br>7. To send the file to Knox Support, you can use one of the following methods:<br>   ○ From My Files, share the .log file via email.<br>   ○ Connect a USB cable to a computer, copy the file to your computer, and email the file from your computer. |

## Claim Chart – US Patent 9,634,911B2 B2 vs. Samsung Galaxy 5G Smartphones

| Claim | Exemplary Evidence of Infringement |
|---|---|
|  | Ex. 1<br><br>Ex. 2 |

**Claim Chart – US Patent 9,634,911B2 B2 vs. Samsung Galaxy 5G Smartphones**

| Claim | Exemplary Evidence of Infringement |
|---|---|
|  | <br><br>Ex. 3 |

**Claim Chart – US Patent 9,634,911B2 B2 vs. Samsung Galaxy 5G Smartphones**

| Claim | Exemplary Evidence of Infringement |
|---|---|
| | Kernel highlighted as orange which is a hardware element<br><br>Ex. 4<br><br>As an additional example, consider the following regarding Samsung's unique "One UI" framework. Samsung Galaxy smartphones run Samsung 'One UI', Samsung's software platform layered on and modifying the Android Open Source Project (AOSP). *See* Exs. 14, 15. On 'One UI' platform, Samsung implements its own device subsystems and diagnostic tooling, The Samsung In-Call UI that handles call controls, Samsung's One UI power-management (Sleeping/Deep-sleep) behavior, and Samsung's on-device logging and capture path. When the user invokes Samsung Members, Samsung Galaxy smartphones capture these events into a system-log file stored on the device. *See* Ex. 16. Samsung exposes the same on-device capture independently through its proprietary SysDump tool, reached via the Samsung stock dialer code *#9900#, which generates the log and writes it to the Galaxy device's own /data/log directory. *See* Ex. 17. Samsung Galaxy smartphones, therefore, generate and store this diagnostic log file locally on the device. *See* Ex. 18. |

Commented [HA1]: Kernel highlighted as orange which is a h/w element

13

**Claim Chart – US Patent 9,634,911B2 B2 vs. Samsung Galaxy 5G Smartphones**

| Claim | Exemplary Evidence of Infringement |
|---|---|
| | **What is Samsung One UI?**<br><br>All smartphones sold under the "Samsung Galaxy" branding run on Android. Samsung has made plenty of modifications to Android, and these modifications are collectively called "One UI." One UI is the name of Samsung's modified software skin that lives on top of Android. So when using a Samsung phone, you use One UI, which is still Android under the hood.<br><br>Ex. 14<br><br>Android operating system is open source, meaning, anyone can get the source code and do modifications accordingly. Various smartphone makers, including Samsung, do the same, they take Android's code from AOSP and install it in their models with customized software.<br><br>Ex. 15<br><br>Effective in 2026, to align with our trunk stable development model and ensure platform stability for the ecosystem, we will publish source code to AOSP in Q2 and Q4. For building and contributing to AOSP, we recommend utilizing `android-latest-release` instead of `aosp-main`. The `android-latest-release` manifest branch will always reference the most recent release pushed to AOSP. For more information, see Changes to AOSP.<br><br>AOSP > Docs > Core Topics        Was this helpful? 👍 👎 |

14

**Claim Chart – US Patent 9,634,911B2 B2 vs. Samsung Galaxy 5G Smartphones**

| Claim | Exemplary Evidence of Infringement |
|---|---|
|  | **Read bug reports** 🔖 ▾ <br><br> Bugs are a reality in any type of development—and bug reports are critical to identifying and solving problems. All versions of Android support capturing bug reports with Android Debug Bridge (adb); Android versions 4.2 and higher support a Developer Option for taking bug reports and sharing via email, Drive, etc. <br><br> Android bug reports contain `dumpsys`, `dumpstate`, and `logcat` data in text (.txt) format, enabling you to easily search for specific content. The following sections detail bug report components, describe common problems, and give helpful tips and `grep` commands for finding logs associated with those bugs. Most sections also include examples for `grep` command and output and/or `dumpsys` output. <br><br> Ex. 16 <br><br> This hidden Samsung code gives you access to things you're not meant to see <br><br> Ex. 17 |

15

## Claim Chart – US Patent 9,634,911B2 B2 vs. Samsung Galaxy 5G Smartphones

| Claim | Exemplary Evidence of Infringement |
|---|---|
| | The code is *#9900#, which opens a utility called SysDump (short for System Dump). The name alone sounds intimidating, as if one wrong tap could send your phone into a spiral. In reality, it is a practical tool, packed with options designed for troubleshooting, diagnostics, and maintenance. Its menus are part of a broader collection of hidden features on your Samsung phone that you may never realize exist. <br><br> Ex. 17 <br><br> If you've ever noticed your phone's "**System**" or "**Other**" storage category creeping up in size with no obvious explanation, this is often the culprit. Android continuously logs its background activity. Every time an app crashes, a connection fails, or a background process hiccups, the system writes a log file. Over months of use, these "logcats" and dump files can accumulate. You can reclaim anywhere from a few hundred megabytes to over a gigabyte of space just by tapping this one button. <br><br> Ex. 17 |

16

## Claim Chart – US Patent 9,634,911B2 B2 vs. Samsung Galaxy 5G Smartphones

| Claim | Exemplary Evidence of Infringement |
|---|---|
| |  <br> Ex. 17 |

17

**Claim Chart – US Patent 9,634,911B2 B2 vs. Samsung Galaxy 5G Smartphones**



**Claim Chart – US Patent 9,634,911B2 B2 vs. Samsung Galaxy 5G Smartphones**

| Claim | Exemplary Evidence of Infringement |
|---|---|
|  | Ex. 18<br><br>In the alternative, Samsung's testing of each of the Accused Products also infringes the '911 Patent under 35 U.S.C. § 271(a) because each product performs the step of detecting, by a processor, one of a user interaction or a timer event in a first communication device. |
| [1b] in response to detecting the one of the user interaction or the timer event, associating, by the processor, a first timestamp with the one of the user interaction or the timer event; and | Under 35 U.S.C. § 271(b), (c), Samsung infringes the '911 by supplying each of the Accused Products that induces performance of the step for, in response to detecting the one of the user interaction or the timer event, associating, by the processor, a first timestamp with a detected user interaction or timer event.<br><br>For example, the Samsung Galaxy S25, in conjunction with the Samsung Members and Android bug-report logging framework, appears to disclose associating, by the processor, a first timestamp with a detected user interaction or timer event. For instance, dumpstate logs can be collected from a Samsung mobile device using the SysDump tool, thereby indicating that device activity is captured and packaged into diagnostic logs for troubleshooting. *See* Ex. 1.<br><br>Further, Android bug reports contain dumpsys, dumpstate, and logcat data, and specifically explains that each line in a logcat entry starts with a timestamp, along with information such as UID, PID, TID, tag, level, and message. *See* Ex. 6. The timestamp associated with each log entry corresponds to the claimed first timestamp, and the logged device activity or event corresponds to the claimed user interaction or timer event. Android bug reports aggregate diagnostic data from multiple layers of the device, including applications, system services, kernel, hardware, event logs, crash logs, ANR traces, and logcat buffers, thereby indicating that detected device events are recorded with corresponding diagnostic information. *See* Ex. 5.<br><br>Accordingly, the Samsung Galaxy S25 diagnostic logging framework maps to this claim element because the Galaxy S25 captures device activity through Android bug-report and logcat mechanisms, and the generated log entries associate timestamps with recorded interactions, events, or system activities detected on the device. |

**Claim Chart – US Patent 9,634,911B2 B2 vs. Samsung Galaxy 5G Smartphones**

| Claim | Exemplary Evidence of Infringement |
|---|---|
| | **How do I collect dumpstate logs on a mobile device?**<br><br>The easiest way to collect logs from a Samsung mobile device is to use the SysDump tool:<br><br>**Note**<br>On devices running Android 15 and higher, you'll need to disable **Auto Blocker** before you can access the log dump menu. To do this, go to your device's settings, and disable **Security and privacy > Auto Blocker**.<br><br>1. Reproduce the issue you'd like to troubleshoot. Note that logs must be collected within 15 minutes of reproducing the issue.<br>2. Launch the **Phone** app.<br><br>    **Note**<br>    If your device doesn't have the Phone app — for example, a device that is Wi-Fi only like the Galaxy Note 10.1 2014 edition — use the **Calculator** app and enter `(+30012012732+` in the keypad. The Calculator app switches to Factory Mode.<br><br>3. Enter `*#9900#` to launch the SysDump tool.<br>4. Tap **Run dumpstate/logcat**.<br>5. Tap **Copy to sdcard**. A timestamped `.log` file is copied to the `/log` folder, which you can access through **My Files** in your personal space.<br>6. Navigate to the log directory that was created on the device using the **My Files** app or a Windows PC with USB cable connection.<br>7. To send the file to Knox Support, you can use one of the following methods:<br>    ○ From My Files, share the `.log` file via email.<br>    ○ Connect a USB cable to a computer, copy the file to your computer, and email the file from your computer.<br><br>Ex. 1 |

**Claim Chart – US Patent 9,634,911B2 B2 vs. Samsung Galaxy 5G Smartphones**

| Claim | Exemplary Evidence of Infringement |
|---|---|
| | **Read bug reports** 🔖 ▾<br><br>Bugs are a reality in any type of development—and bug reports are critical to identifying and solving problems. All versions of Android support capturing bug reports with Android Debug Bridge (adb); Android versions 4.2 and higher support a Developer Option for taking bug reports and sharing via email, Drive, etc.<br><br>Android bug reports contain `dumpsys`, `dumpstate`, and `logcat` data in text (.txt) format, enabling you to easily search for specific content. The following sections detail bug report components, describe common problems, and give helpful tips and `grep` commands for finding logs associated with those bugs. Most sections also include examples for `grep` command and output and/or `dumpsys` output.<br><br>**Logcat**<br><br>The `logcat` log is a string-based dump of all `logcat` information. The **system** part is reserved for the framework and has a longer history than **main** which contains everything else. Each line typically starts with `timestamp UID PID TID log-level`, though the `UID` might not be listed in older versions of Android.<br><br>Ex. 5 |

## Claim Chart – US Patent 9,634,911B2 B2 vs. Samsung Galaxy 5G Smartphones

| Claim | Exemplary Evidence of Infringement |
|---|---|
| | **What Exactly Is Contained Within an Android Bug Report?**<br><br>An Android bug report is a system-generated package that aggregates diagnostic data from multiple layers of the device, including applications, system services, the kernel, and hardware. While the structure varies slightly by Android version and manufacturer, most reports include the following core sections:<br>• **System services** - Dumpsys outputs for battery, activity manager, and package manager<br>• **Kernel and OS layers** - SELinux violations, kernel messages, system properties<br>• **Running Processes** - Snapshots of active processes and system services<br>• **Battery Statistics** - Power usage broken down by app, UID, and subsystem<br>• **App telemetry** - Installed packages, permissions, certificate details, app usage<br>• **Radio and connectivity** - Cell tower data, Wi-Fi configurations, Bluetooth state<br>• **Crash and event logs** - Tombstones, ANR traces, logcat buffers<br><br>Ex. 6<br><br>In the alternative, Samsung's testing of each of the Accused Products also infringes the '911 Patent under 35 U.S.C. § 271(a) because each product performs the step of, in response to detecting the one of the user interaction or the timer event, associating, by the processor, a first timestamp with the one of the user interaction or the timer event. |
| [1c] in response to detecting the one of the user interaction or the timer event in the first communication device, storing, by the processor on the first communication | Under 35 U.S.C. § 271(b), (c), Samsung infringes the '911 by supplying each of the Accused Products that induces performance of the step for, in response to detecting the one of the user interaction or the timer event in the first communication device, storing, by the processor on the first communication device, the detected user interaction or timer event and the associated first timestamp in a packet log file associated with the first communication device. For example, the Samsung Galaxy S25, in conjunction with the Samsung Members and Android diagnostic logging framework, appears to disclose storing, by the processor on the first communication device, the detected user |

22

**Claim Chart – US Patent 9,634,911B2 B2 vs. Samsung Galaxy 5G Smartphones**

| Claim | Exemplary Evidence of Infringement |
|---|---|
| device, the one of the user interaction or the timer event, and the first timestamp in a first packet log file associated with the first communication device | interaction or timer event and the associated first timestamp in a packet log file associated with the first communication device. In particular, dumpstate logs can be collected from a Samsung mobile device using the SysDump tool, including launching SysDump, running dumpstate and logcat collection, and copying the resulting log file. *See* Ex. 1. This indicates that Samsung mobile devices store device activity information in locally generated diagnostic log files.<br><br>The evidence further discloses that Android bug reports contain dumpsys, dumpstate, and logcat data in text format, and that each logcat entry starts with a timestamp, along with related event information such as UID, PID, TID, tag, level, and message. *See* Ex. 5. The stored logcat or dumpstate data can be reasonably interpreted as the claimed packet log file associated with the first communication device, and the timestamped log entries correspond to storing the detected user interaction or timer event together with the first timestamp.<br><br>Accordingly, the Samsung Galaxy S25 diagnostic logging framework maps to this claim element because the Galaxy S25 generates and stores Android diagnostic log files containing timestamped device activity and event information associated with the Samsung mobile device. |

23

**Claim Chart – US Patent 9,634,911B2 B2 vs. Samsung Galaxy 5G Smartphones**

| Claim | Exemplary Evidence of Infringement |
|---|---|
| | **How do I collect dumpstate logs on a mobile device?**<br><br>The easiest way to collect logs from a Samsung mobile device is to use the SysDump tool:<br><br>**Note**<br>On devices running Android 15 and higher, you'll need to disable **Auto Blocker** before you can access the log dump menu. To do this, go to your device's settings, and disable **Security and privacy** > **Auto Blocker**.<br><br>1. Reproduce the issue you'd like to troubleshoot. Note that logs must be collected within 15 minutes of reproducing the issue.<br>2. Launch the **Phone** app.<br><br>   **Note**<br>   If your device doesn't have the Phone app — for example, a device that is Wi-Fi only like the Galaxy Note 10.1 2014 edition — use the **Calculator** app and enter `(+30012012732+` in the keypad. The Calculator app switches to Factory Mode.<br><br>3. Enter `*#9900#` to launch the SysDump tool.<br>4. Tap **Run dumpstate/logcat.**<br>5. Tap **Copy to sdcard**. A timestamped `.log` file is copied to the `/log` folder, which you can access through **My Files** in your personal space.<br>6. Navigate to the log directory that was created on the device using the **My Files** app or a Windows PC with USB cable connection.<br>7. To send the file to Knox Support, you can use one of the following methods:<br>   ○ From My Files, share the `.log` file via email.<br>   ○ Connect a USB cable to a computer, copy the file to your computer, and email the file from your computer.<br><br>Ex. 1 |

**Claim Chart – US Patent 9,634,911B2 B2 vs. Samsung Galaxy 5G Smartphones**

| Claim | Exemplary Evidence of Infringement |
|---|---|
| | Ex. 5<br><br>In the alternative, Samsung's testing of each of the Accused Products also infringes the '911 Patent under 35 U.S.C. § 271(a) because each product performs the step of, in response to detecting the one of the user interaction or the timer event in the first communication device, storing, by the processor on the first communication device, the one of the user interaction or the timer event, and the first timestamp in a first packet log file associated with the first communication device. |
| [1d] wherein the at least of one of the user interaction or the timer event and the associated | Under 35 U.S.C. § 271(b), (c), Samsung infringes the '911 by supplying each of the Accused Products that induces performance of the step for storing the at least one of the user interaction or the timer event and the associated first timestamp separately in the first packet log file from information associated with packets sent on a network, wherein |

25

## Claim Chart – US Patent 9,634,911B2 B2 vs. Samsung Galaxy 5G Smartphones

| Claim | Exemplary Evidence of Infringement |
|---|---|
| first timestamp are stored separately in the first packet log file from information associated with packets sent on a network and wherein the first packet log file also comprises one or more packets sent on the network, each with separate timestamps. | the first packet log file also comprises one or more packets sent on the network, each with separate timestamps. For example, the Samsung Galaxy S25, in conjunction with the Samsung Members and diagnostic logging framework, appears to disclose that at least one of the user interaction or timer event and its associated first timestamp are stored separately in a first packet log file from information associated with packets sent on a network, where the packet log file also includes one or more packets sent on the network, each with separate timestamps.<br><br>For instance, modern Samsung smartphones can collect dumpstate logs by copying them as log files via the SysDump tool, thereby indicating that diagnostic information generated by the Samsung mobile device is stored in device-associated log files. *See* Ex. 1. The evidence further discloses SysDump options including "Run dumpstate/logcat/modem log," which generates the device as well as network logs in a single file. *See* Exs. 7, 8. The inclusion of modem logs, together with dumpstate and logcat logs, indicates that the Samsung logging framework captures both device-operation information and communication and network related information in diagnostic log files.<br><br>The evidence further discloses that Samsung diagnostic logs include device debug logs for issues relating to device apps, battery, network connectivity, and overall operation, as well as system logs containing system-level information, thereby indicating that the Samsung logging framework stores device-operation information and network-connectivity-related information as part of diagnostic logging in a single file. *See* Ex. 9.<br><br>An exemplary truncated logcat report shows multiple log entries, including both system-level and network-level events, where each entry includes a separate timestamp and corresponding event and message information. *See* Ex. 10. The logcat report includes separate timestamped entries for different system events logged with the tag 'ActivityManager,' and connectivity-related events, including network and connectivity related activity logged under the tag 'TelephonyProvider' (a log message reflecting network activity rather than a captured packet). Such dumpstate, logcat, and modem log entries constitute information stored in a packet log file associated with the first communication device, where the logging framework maintains user-interaction and timer-event information and packet and network related information as separate timestamped log entries. |

Commented [HA2]: Need to discuss

## Claim Chart – US Patent 9,634,911B2 B2 vs. Samsung Galaxy 5G Smartphones

| Claim | Exemplary Evidence of Infringement |
|---|---|
|  | **How do I collect dumpstate logs on a mobile device?**<br><br>The easiest way to collect logs from a Samsung mobile device is to use the SysDump tool:<br><br>**Note**<br>On devices running Android 15 and higher, you'll need to disable **Auto Blocker** before you can access the log dump menu. To do this, go to your device's settings, and disable **Security and privacy > Auto Blocker**.<br><br>1. Reproduce the issue you'd like to troubleshoot. Note that logs must be collected within 15 minutes of reproducing the issue.<br>2. Launch the **Phone** app.<br><br>  **Note**<br>  If your device doesn't have the Phone app — for example, a device that is Wi-Fi only like the Galaxy Note 10.1 2014 edition — use the **Calculator** app and enter `(+30012012732+` in the keypad. The Calculator app switches to Factory Mode.<br><br>3. Enter `*#9900#` to launch the SysDump tool.<br>4. Tap **Run dumpstate/logcat.**<br>5. Tap **Copy to sdcard**. A timestamped `.log` file is copied to the `/log` folder, which you can access through **My Files** in your personal space.<br>6. Navigate to the log directory that was created on the device using the **My Files** app or a Windows PC with USB cable connection.<br>7. To send the file to Knox Support, you can use one of the following methods:<br>  ○ From My Files, share the `.log` file via email.<br>  ○ Connect a USB cable to a computer, copy the file to your computer, and email the file from your computer.<br><br>Ex. 1 |

**Claim Chart – US Patent 9,634,911B2 B2 vs. Samsung Galaxy 5G Smartphones**

| Claim | Exemplary Evidence of Infringement |
|---|---|
| | 2. Enter **\*#9900#**. It will open the "SysDump tool" as shown in the below screenshot<br><br><br><br>Ex. 7 |

28

**Claim Chart – US Patent 9,634,911B2 B2 vs. Samsung Galaxy 5G Smartphones**

| Claim | Exemplary Evidence of Infringement |
|---|---|
| | 3. Below are some of the important options available in the "SysDump tool." <br><br> a. Run dumpstate/logcat/modem log – Use this option to run and generate the dumpstate/logcat/modem logs. <br><br> b. Run dumpstate/logcat – Use this option to run and generate the dumpstate/logcat logs. <br><br> c. Run CP based log – Use this option to run and generate the CP based logs. <br><br> d. Delete dumpstate/logcat – Use this option to delete the dumpstate/logcat logs. <br><br> e. Debug Level Disabled/Low – Use this option to set debug level to Mid or Low. This action will restart the device. <br><br> f. Run dumpstate & copy to sdcard – Use this option to run and generate the dumpstate/logcat logs and store them in the user-defined path. <br><br> g. Exit – Use this option to exit the SysDump tool. <br><br> Ex. 8 <br><br> **Request Diagnostic logs** <br><br> Diagnostic logs provide detailed information related to a device activity and overall operation, at the time of request. To request Diagnostic logs: <br><br> 1. Go to the **Devices** page, then select one or more devices and click **ACTIONS › Request diagnostics device log**. <br><br> 2. In the **Request diagnostics device log** popup, select the type of log file you want to request. <br><br> |Log|Description| <br> |---|---| <br> |Device debug log|Helps you identify issues related to device apps, battery, network connectivity, or overall operation.| <br> |TCPdump log|Helps you identify network traffic issues between the device and servers.| |

**Claim Chart – US Patent 9,634,911B2 B2 vs. Samsung Galaxy 5G Smartphones**

| Claim | Exemplary Evidence of Infringement |
|---|---|
| | Ex. 9  |

30

## Claim Chart – US Patent 9,634,911B2 B2 vs. Samsung Galaxy 5G Smartphones

| Claim | Exemplary Evidence of Infringement |
|---|---|
| | In the alternative, Samsung's testing of each of the Accused Products also infringes the '911 Patent under 35 U.S.C. § 271(a) because each product performs the step of storing the at least one of the user interaction or the timer event and the associated first timestamp separately in the first packet log file from information associated with packets sent on a network, wherein the first packet log file also comprises one or more packets sent on the network, each with separate timestamps. |