# Exhibit J

**Claim Chart – US Patent 7,684,333 B1 vs. Samsung Galaxy S25/S26 Ultra (Wi-Fi 7 – EDCA + R-TWT)**

| Exhibit(s) | Source Description and URL |
|---|---|
| Exhibit 1 | US Patent 7,684,333 B1 – Reliable Quality of Service (QoS) Provisioning Using Adaptive Class-Based Contention Periods (Avaya, Inc.)<br>https://patents.google.com/patent/US7684333B1 |
| Exhibit 2 | IEEE Std 802.11be-2024<br>https://standards.ieee.org/ieee/802.11be/7516/ |
| Exhibit 3 | Samsung Galaxy S26 Ultra<br>https://www.phonearena.com/phones/Samsung-Galaxy-S26-Ultra_id12802 .phonearena.com/phones/Samsung-Galaxy-S26_id12804 |
| Exhibit 4 | Qualcomm Unveils the Snapdragon 8 Elite Gen 5 for Galaxy<br>https://www.qualcomm.com/news/releases/2026/02/qualcomm-unveils-the-snapdragon-8-elite-gen-5-for-galaxy--drivin |
| Exhibit 5 | Qualcomm FastConnect 7900 Mobile Connectivity System – product page (Wi-Fi 7, HBS Multi-Link/MLO, TWT; 2×2; 6 nm)<br>https://www.qualcomm.com/wi-fi/products/fastconnect/fastconnect-7900 |
| Exhibit 6 | Qualcomm FastConnect 7900 Product Brief (87-73970-1)<br>https://docs.qualcomm.com/doc/87-73970-1/87-73970-1_REV_C_Qualcomm_FastConnect_7900_Mobile_Connectivity_System_Product_Brief.pdf |
| Exhibit 7 | Dedicated Restricted Target Wake Time for Real-Time Applications in Wi-Fi 7<br>https://arxiv.org/html/2402.15900v1 |
| Exhibit 8 | IEEE Std 802.11-2020<br>https://standards.ieee.org/ieee/802.11/7028/ |
| Exhibit 9 | Samsung Galaxy S25 Full Specifications<br>https://www.phonearena.com/phones/Samsung-Galaxy-S25_id12340 |
| Exhibit 10 | Qualcomm and Samsung Redefine Premium Performance |

1

| Exhibit(s) | Source Description and URL |
| --- | --- |
| | https://www.qualcomm.com/news/releases/2025/01/qualcomm-and-samsung-redefine-premium-performance-by-bringing-th |
| Exhibit 11 | Qualcomm FastConnect FastConnect 7800<br>https://www.qualcomm.com/wi-fi/products/fastconnect/fastconnect-7800 |
| Exhibit 12 | Qualcomm FastConnect 7800 Product Brief<br>https://www.qualcomm.com/content/dam/qcomm-martech/dm-assets/documents/Qualcomm-FastConnect-7800-product-brief_87-PW329-1-B.pdf |
| Exhibit 13 | Qualcomm FastConnect 7900 AI-optimized Wi-Fi 7 – press coverage (TechPowerUp)<br>https://www.techpowerup.com/319584/ |
| Exhibit 14 | https://research.samsung.com/srTalks/-SR-Talks-Interview-with-a-Wi-Fi-Standardization-Expert-at-Samsung-Research-America |
| Exhibit 15 | E. Khorov et al., "IEEE 802.11be Wi-Fi 7: Feature Summary and Performance Evaluation" – EDCA and R-TWT description<br>https://arxiv.org/abs/2309.15951 |
| Exhibit 16 | Consideration on EDCA Operation for R-TWT<br>https://mentor.ieee.org/802.11/dcn/21/11-21-1913-05-00be-cc36-cr-consideration-on-edca-operation-for-restricted-twt.pptx |
| Exhibit 17 | Wi-Fi: Twenty-Five Years and Counting<br>https://arxiv.org/abs/2507.09613 |
| Exhibit 18 | 802.11 QoS Overview<br>https://www.ieee802.org/1/files/public/docs2008/avb-phkl-802-11-qos-overview-0811-1.pdf |
| Exhibit 19 | Restricted Target Wake Time (R-TWT)<br>https://aletheatech.com/restricted-target-wake-time/ |
| Exhibit 20 | https://www.scribd.com/document/945806233/Wi-Fi-QoS-Management-Specification-v3-0 |
| Exhibit 21 | https://www.qualcomm.com/smartphones/device-finder/samsung-galaxy-s250 |

| Exhibit(s) | Source Description and URL |
|---|---|
| Exhibit 22 | https://api.cert.wi-fi.org/api/certificate/download/public?variantId=147880 |
| Exhibit 23 | https://www.synaptics.com/company/blog/wifi-7-wifi-8-features |
| Exhibit 24 | https://www.netgear.com/hub/pressroom/enterprise/samsung-wifi-7-netgear/ |
| Exhibit 25 | https://aletheatech.com/restricted-target-wake-time/ |
| Exhibit 26 | https://www.qualcomm.com/wi-fi/wi-fi-7 |

**Claim Chart**

| Claim | Exemplary Evidence of Infringement |
|---|---|
| **[1.pre]** In a wireless network, a method of allocating bandwidth of a wireless channel to different types of traffic, the method comprising: | Each of the Accused Products[1], in a wireless network, performs a method of allocating bandwidth of a wireless channel to different types of traffic. For example, on information and belief, each of the identified Samsung Galaxy smartphones operate in the same or similar manner as modern smartphones that support the modern Wi-Fi features, such as Wi-Fi 6, Wi-Fi 7, WMM (Wi-Fi Multimedia), and/or QoS (Quality of Service) management. |
| | As additional examples, the Samsung Galaxy S26 Ultra (including, *e.g.*, Snapdragon 8 Elite Gen 5, Qualcomm FastConnect 7900) and Samsung Galaxy S25 (including, *e.g.*, Snapdragon 8 Elite, Qualcomm FastConnect 7800) each operate as an IEEE 802.11be (Wi-Fi 7) station associated within a basic service set (*e.g.*, "in a wireless network"). And through each device's 802.11 QoS facility, they apportion access to the shared wireless medium by means of EDCA (Enhanced Distributed Channel Access) contention and Extremely High Throughput (EHT) Restricted Target Wake Time (R-TWT) scheduling (*e.g.*, "a method of allocating bandwidth of a wireless channel") among per priority access categories and scheduled traffic identifiers (*e.g.*, "to different types of traffic"). |
| | The Samsung Galaxy S26 Ultra and Samsung Galaxy S25 implement the 802.11be QoS facility, which divides channel time among different traffic types rather than treating all traffic the same. *See* Exs. 2, 6, 12. Under EDCA, each of the four access categories has |

---

[1] The Accused Products include Samsung Galaxy 5G smartphones (*e.g.*, Galaxy S21, S22, S23, S24, and S25 series, the Galaxy A54/A55 5G, and the Galaxy Z Fold/Flip 5G product lines).

3

| Claim | Exemplary Evidence of Infringement |
|---|---|
| | its own contention parameters (*e.g.*, AIFS, CWmin, CWmax), so higher-priority classes get the channel more often and receive more airtime. *See* Exs. 2, 8. In EHT operation, R-TWT reserves protected service periods on the same channel for designated latency sensitive traffic. *See* Exs. 2, 7,23. This serves an example of the class-based sharing of the wireless channel the preamble describes, and the Galaxy devices perform it in 802.11be operation. *See* Exs. 3-5.<br><br>Accordingly, the Samsung Galaxy smartphone, by performing the 802.11be EDCA and R-TWT channel access method, satisfies the "method of allocating bandwidth of a wireless channel to different types of traffic" requirement of the preamble. Exs. 2, 6-8, 12. |

4

| Claim | Exemplary Evidence of Infringement |
|---|---|
| | <br><br>Ex. 2 |

| Claim | Exemplary Evidence of Infringement |
|---|---|

## 1.0 Overview

This document defines the specification for WMM, an 802.11 QoS implementation based on a subset of the draft IEEE 802.11e standard supplement [2]. It was originally motivated by the need to prevent market fragmentation caused by multiple, non-interoperable pre-standard subsets of the draft 802.11e standard that would otherwise occur. Deployment of WMM will deliver useful QoS functionality for services such as voice over 802.11 and streaming media.

Ex. 2

## 1.3 WMM Features

The features supported by WMM in this phase are as follows:

WMM will use an EDCA mechanism only, and except where explicitly indicated otherwise in this specification other 802.11 QoS features, including HCCA polling and associated signaling, Block Acknowledgement, and direct-link traffic, were not included in WMM.

Ex. 2

## 1.2 Terms and Definitions

| Name | Definition |
|---|---|
| AC | Access category: A label for the common set of enhanced distributed channel access (EDCA) parameters that are used by a WMM STA to contend for the channel in order to transmit MSDUs with certain priorities.  WMM defines 4 ACs. |

Ex. 2

| Claim | Exemplary Evidence of Infringement |
|---|---|
| |  |

| Claim | Exemplary Evidence of Infringement |
|---|---|
|  | The value of TXOP limit is specified as an unsigned integer, with the least significant octet transmitted first, in units of 32 microseconds. A TXOP limit value of 0 indicates that a single MPDU, in addition to a possible RTS/CTS exchange or CTS to itself, may be transmitted at any rate for each TXOP.  The value of the ACI references the AC to which all parameters in this record correspond. The mapping between AC index (ACI) and AC is defined in Table 6. The AIFSN value indicates the number of time slots inside the Arbitration Interframe space to be used. The minimum value for AIFSN shall be 2. |

**Table 6 ACI to AC coding**

| ACI | AC | Access Category |
|---|---|---|
| 00 | AC_BE | Best Effort |
| 01 | AC_BK | Background |
| 10 | AC_VI | Video |
| 11 | AC_VO | Voice |

Ex. 2

| TXOP | Transmission Opportunity: An interval of time when a particular WMM STA has the right to initiate transmissions onto the wireless medium (WM). |
|---|---|

Ex. 2

**10.23 HCF**

**10.23.2 HCF contention based channel access (EDCA)**

**10.23.2.2 EDCA backoff procedure**

**10.23.2.5 EDCA channel access in a VHT, HE, EHT or TVHT BSS**

8

| Claim | Exemplary Evidence of Infringement |
|---|---|
| |  |

### 35.8 Restricted TWT (R-TWT)

### 35.8.1 General

R-TWT operation described in this subclause enables the STAs in a BSS to use enhanced medium access protection and resource reservation mechanisms for delivery of latency sensitive traffic.

An R-TWT scheduled STA establishes membership for one or more R-TWT schedules with its associated EHT AP by following the rules defined in 26.8.3 with the additional rules defined in 35.8.2. An R-TWT scheduling AP may announce one or more R-TWT schedules as described in 35.8.3. EHT STAs with dot11RestrictedTWTOptionImplemented equal to true that support R-TWT operation follow the rules defined in 26.8.3, 35.3.24, and the additional rules and restrictions that are defined in the subclauses below.

### 35.8.2 R-TWT membership setup

An R-TWT membership is established using the same procedure used to set up a broadcast TWT membership as described in 26.8.3 except that the broadcast TWT element(s) carried in the Management frames used to set up the membership include one or more Restricted TWT Parameter Set fields as described in 9.4.2.198.

| Request Type | Target Wake Time | TWT Group Assignment | Nominal Minimum TWT Wake Duration | TWT Wake Interval Mantissa |
|---|---|---|---|---|
| Octets: 2 | 0 or 8 | 0, 3 or 9 | 1 | 2 |

| TWT Channel | NDP Paging (optional) | Link ID Bitmap | Aligned TWT Link Bitmap |
|---|---|---|---|
| Octets: 1 | 0 or 4 | 0 or 2 | 0 or 2 |

**Figure 9-790—Individual TWT Parameter Set field format**

Ex. 2

9

| Claim | Exemplary Evidence of Infringement |
|-------|-----------------------------------|
|       | <br><br>Ex. 3 |

| Claim | Exemplary Evidence of Infringement |
|---|---|
| | **Connectivity & Features**<br><br>| Bluetooth | 6.0 |<br>| WLAN | Wi-Fi 6, Wi-Fi 6E, Wi-Fi 7<br>Wi-Fi Direct, Hotspot<br>802.11 a, b, g, n, ac, ax |<br>| USB | Type-C, USB 3.2 |<br>| Sensors | Accelerometer, Gyroscope, Compass, Barometer, Ambient light sensor, Proximity sensor |<br>| Hearing aid compatible | M3/T4 |<br>| Location | GPS, A-GPS, Glonass, Galileo, BeiDou, Cell ID, Wi-Fi positioning |<br>| Other | NFC, Ultra Wideband (UWB) |<br><br>Ex. 3<br><br><br>Qualcomm Technologies and Samsung collaborated closely to optimize Snapdragon 8 Elite Gen 5 for Galaxy for the latest Galaxy AI experiences. From delivering timely and relevant suggestions to handling actions in the background on the user's behalf, these capabilities are designed to run smoothly and efficiently on Snapdragon. Snapdragon 8 Elite Gen 5 for Galaxy also features Qualcomm® Smart Transmit™ technology to help users stay connected by optimizing uplink power across 5G, Wi-Fi, Bluetooth, and satellite links. This delivers faster uploads, improved coverage, and seamless performance—without compromising safety or efficiency. Additionally, powered by the Qualcomm® FastConnect™ 7900 Mobile Connectivity System, Galaxy S26 Ultra and S26+ further elevate this experience with integrated Ultra Wideband (UWB), enabling more responsive interactions in everyday use.<br><br>Ex. 4 |

11

| Claim | Exemplary Evidence of Infringement |
|---|---|
| | **AI-optimized and integrating Wi-Fi 7, Bluetooth®, and Ultra Wideband (UWB) together in a 6nm single-chip connectivity system for unparalleled performance across mobile, compute, and XR experiences.**<br><br>The Qualcomm® FastConnect™ 7900 Mobile Connectivity System is an AI-enhanced connectivity system integrating Wi-Fi 7, Bluetooth, and UWB in a single-chip 2x2 offering on an industry-leading 6nm process node. Delivering ultra-high speeds and sustained low latency across Wi-Fi, leading Bluetooth LE Audio, and all-new proximity awareness capabilities, FastConnect 7900 is packed with premium innovation, building on an advanced implementation of High Band Simultaneous (HBS) Multi-Link with UWB and Bluetooth Channel Sounding to seamles...<br><br>Ex. 5<br><br>**Qualcomm**<br>**Qualcomm® FastConnect™ 7900**<br>**Mobile Connectivity System**<br><br>**Wi-Fi Features** — High Band Simultaneous Multi-Link, 320MHz (single channel, or 160 + 160),  MU-MIMO (Uplink and Downlink), OFDMA (Uplink and Downlink), Target Wake Time (TWT), Passpoint, Wi-Fi Aware R3, Wi-Fi Location, Wi-Fi Optimized Connectivity, Wi-Fi QoS Management, TDLS, Miracast, Voice-Enterprise<br><br>Ex. 6 |

12

| Claim | Exemplary Evidence of Infringement |
|---|---|
| | <br><br>Ex. 9 |

| Claim | Exemplary Evidence of Infringement |
|---|---|
| | **⚙ Hardware** |
| | **System chip** — Snapdragon 8 Elite SM8750-AB (3 nm) |
| | **Processor** — Octa-core<br>2×4.47GHz Oryon V2 PhoenixL<br>6×3.53GHz Oryon V2 PhoenixM |
| | **GPU** — Adreno 830 |
| | **Memory** — 12GB (LPDDR5X)/128GB (UFS 4.0)<br>12GB/256GB<br>12GB/512GB |
| | **Storage expansion** — not expandable |
| | **OS** — Android (15), up to 7 OS updates |

14

| Claim | Exemplary Evidence of Infringement |
|---|---|
| | **Connectivity & Features** |

| | |
|---|---|
| Bluetooth | 5.4 |
| WLAN | Wi-Fi 6, Wi-Fi 6E, Wi-Fi 7<br>Wi-Fi Direct, Hotspot<br>802.11 a, b, g, n, ac, ax |
| USB | Type-C, USB 3.2 |
| Sensors | Accelerometer, Gyroscope, Compass, Barometer, Ambient light sensor, Proximity sensor |
| Hearing aid compatible | M3/T4 |
| Location | GPS, A-GPS, Glonass, Galileo, BeiDou, Cell ID, Wi-Fi positioning |
| Other | NFC, Ultra Wideband (UWB) |

Ex. 9

Snapdragon 8 Elite for Galaxy is a powerhouse platform, delivering top-of-the-line on-device AI capabilities to the entire Galaxy S25 series, as well as premium 5G and Wi-Fi features thanks to the Snapdragon® X80 5G Modem-RF System and the Qualcomm® FastConnect™ 7800 Mobile Connectivity System for ultra-fast cellular and Wi-Fi 7 speeds. Additionally, the Galaxy S25 series are the first commercial devices to feature Snapdragon® Satellite which allows consumers to send and receive messages via satellite (narrowband NTN) natively supported in Android OS.[2]

Ex. 10

15

| Claim | Exemplary Evidence of Infringement |
|---|---|
| | <br>**FastConnect 7800**<br><br>Overview  Documentation  Software  Hardware<br><br>**Leading Wi-Fi 7, premium Wi-Fi 6/6E, and advanced Bluetooth audio come together in this powerful and versatile connectivity system to unlock extreme performance for mobile, compute, and XR experiences.**<br><br>The Qualcomm® FastConnect™ 7800 Mobile Connectivity System is an advanced 14nm Wi-Fi and Bluetooth® Connectivity system delivering ultra-high speeds (up to 5.8 Gbps*), sustained low latency (2 ms), and premium Bluetooth audio.<br><br>While maintaining compliance with the latest Wi-Fi 6/6E and Wi-Fi 7 standards, FastConnect 7800 is packed with sophisticated innovation that goes beyond standard benchmarks. High Band Simultaneous Multi-Link Wi-Fi technology uniquely harnesses the potential of 5 and 6GHz bands for multiple links of high band performance for throughput hungry and latency sensitive applications, eliminating dependence on comparatively narrow and congested 2.4GHz band.<br><br>Ex. 11 |

| Claim | Exemplary Evidence of Infringement |
|---|---|
| | <br><br>Ex. 12<br><br>Samsung identifies R-TWT as a Wi-Fi 7 (802.11be) feature, describing R-TWT as supporting predictable low-latency, lower-jitter transmission. *See* Ex. 14. The R-TWT mechanism on which the accused devices rely is therefore a recognized 802.11be capability that Samsung treats as part of its Wi-Fi platform.<br><br>**[SR Talks] ③ Interview with a Wi-Fi Standardization Expert at Samsung Research America** |

17

| Claim | Exemplary Evidence of Infringement |
|---|---|
| | **Q: Please tell me about the importance of your research field or technology.**<br><br>Wi-Fi has long been a driver for the world economy thanks to its ubiquity and affordability. Its social and economic values benefit all walks of life. Its importance is certain to increase further. One study published by the Wi-Fi Alliance in 2021 estimated that the global economic value of Wi-Fi would increase by almost $3 trillion (150% growth) from 2018 to 2025 ($4.9 trillion by 2025).<br><br>I think the Wi-Fi technology will evolve in two main ways that will impact our lives in the future. The first way is continuing the evolution trend to enhance the capabilities of devices to interconnect, designed to support the activities that people engage in on a daily basis. For most people, this means increased work productivity, effective learning and high-quality play, at work place, school and home. More technically, this means evolution to support higher data rate, lower latency, effective quality-of-service (QoS) management and smooth roaming/mobility performance. For example, the upcoming Wi-Fi 7 certification program (based on IEEE 802.11be amendment) will increase the maximum data rate to 36 Gbps (more than 3 times higher than Wi-Fi 6). Another example is the support of predictable low latency transmission with lower/bounded jitter with the new Restricted Target Wake Time (R-TWT) feature, which helps to allow smooth user experience with ultra-low latency real-time applications, such as AR/VR immersive meetings/events.<br><br>Ex. 14<br><br>"Thanks to the successful interoperability testing between NETGEAR and Samsung, our WiFi 7 solutions will deliver users a continuous wireless experience with higher throughput and lower latency," said Joonsuk Kim, executive vice president of the System LSI Connectivity Development Team at Samsung Electronics. "The latest Wi-Fi 7 technology in our chipset is designed to ensure seamless connectivity for mobile devices across a wide range of networks, including strong compatibility with NETGEAR's network solutions."<br><br>Ex. 24 |
| **[1.a]** partitioning bandwidth of the wireless channel into a plurality of | Each of the Accused Products performs the step of portioning bandwidth of the wireless channel into a plurality of contention periods. For example, on information and belief, each of the identified Samsung Galaxy smartphones include modern smartphone capabilities for operating as IEEE 802.11 be stations (*e.g.*, mobile hotspot), which involves performing the step for partitioning bandwidth (*e.g.*, differentiating distributed access) of the wireless channel (*e.g.*, frequency band) into a plurality of contention periods (*e.g.*, access periods). |

| Claim | Exemplary Evidence of Infringement |
|-------|-----------------------------------|
| contention periods; | As additional examples, the Samsung Galaxy S26 Ultra and Samsung Galaxy S25, when operating as IEEE 802.11be stations in a basic service set, provide differentiated distributed access to the wireless medium by assigning different ACs for different types of network traffic. organize (*e.g.*, "partition") into repeating, successive intervals (*e.g.*, "into a plurality of contention periods") made up of R-TWT service periods and the non-R-TWT intervals between them, determining those period boundaries and governing its transmissions accordingly.<br><br>Further, the Samsung Galaxy S26 Ultra and Samsung Galaxy S25 use connectivity controllers (including, *e.g.*, Qualcomm FastConnect 7900, FastConnect 7800) that implement an 802.11be/EDCA Wi-Fi stack in which channel time is organized into recurring intervals governed by the Hybrid Coordination Function. *See* Exs. 2, 6, 12. Under the standard, EDCA extends the DCF contention mechanism with four access categories, and the R-TWT mechanism added by 802.11be reserves scheduled service periods on the same channel, so channel time is organized into a series of distinct intervals. *See* Exs. 2, 18. The FastConnect implements 'Target Wake Time (TWT)' and 'Wi-Fi QoS Management' indicating Samsung Galaxy S26 Ultra and Samsung Galaxy S25 supports the scheduled service period mechanisms including TWT and R-TWT service periods that subdivide channel time beyond the baseline EDCA contention cycle. *See* Exs. 6, 12, 15. Each R-TWT service period is announced by the associated AP in the broadcast TWT element, and the accused device determines the period boundaries from that schedule and confines its transmissions accordingly, so that the channel the device accesses is organized into two kinds of recurring intervals the R-TWT service periods, and the ordinary contention intervals between them. *See* Exs. 2, 15. Operating as 802.11be stations that apply this standardized EDCA structure together with Wi-Fi 7 TWT scheduling, the accused Galaxy devices determine the boundaries of, and govern their channel access across, the plurality of contention periods recited by the limitation. *See* Exs. 2, 6, 12, 15, 18.<br><br>**10.23 HCF**<br><br>**10.23.2 HCF contention based channel access (EDCA)**<br><br>**10.23.2.2 EDCA backoff procedure**<br><br>**10.23.2.5 EDCA channel access in a VHT, HE, EHT or TVHT BSS** |

| Claim | Exemplary Evidence of Infringement |
|---|---|
| | 35.8 Restricted TWT (R-TWT)<br><br>35.8.1 General<br><br>R-TWT operation described in this subclause enables the STAs in a BSS to use enhanced medium access protection and resource reservation mechanisms for delivery of latency sensitive traffic.<br><br>An R-TWT scheduled STA establishes membership for one or more R-TWT schedules with its associated EHT AP by following the rules defined in 26.8.3 with the additional rules defined in 35.8.2. An R-TWT scheduling AP may announce one or more R-TWT schedules as described in 35.8.3. EHT STAs with dot11RestrictedTWTOptionImplemented equal to true that support R-TWT operation follow the rules defined in 26.8.3, 35.3.24, and the additional rules and restrictions that are defined in the subclauses below.<br><br>35.8.2 R-TWT membership setup<br><br>An R-TWT membership is established using the same procedure used to set up a broadcast TWT membership as described in 26.8.3 except that the broadcast TWT element(s) carried in the Management frames used to set up the membership include one or more Restricted TWT Parameter Set fields as described in 9.4.2.198.<br><br>Figure 9-790—Individual TWT Parameter Set field format<br><br>Ex. 2 |

| Claim | Exemplary Evidence of Infringement |
|-------|-----------------------------------|
| |  Ex. 18 |

| Claim | Exemplary Evidence of Infringement |
|---|---|
|  | **HCF Controlled Channel Access (HCCA)** <br><br> • HCF = Hybrid Coordination Function <br> • Hybrid Coordinator (HC) operates at QoS-AP <br>    • Controls the iteration of Contention Free Period (CFP) and Contention Period (CP) <br>    • Schedule Transmit Opportunities for contention free accesses <br><br> Ex. 18 <br><br> <br><br> Ex. 18 |

22

| Claim | Exemplary Evidence of Infringement |
|-------|-----------------------------------|
|  | *F. Low-Latency Operations*<br><br>Restricted TWT (R-TWT) operation described in 802.11be enables the STAs in the base station system (BSS) to use enhanced medium access protection and resource reservation mechanisms for delivery of latency sensitive traffic. R-TWT session period (SP) are announced in the broadcast TWT element and STAs need to establish membership with the R-TWT to use the R-TWT SP.<br><br>Ex. 15 |

| Claim | Exemplary Evidence of Infringement |
|---|---|
| | **D. Restricted Target Wake Time (R-TWT)**<br><br>802.11be introduced R-TWT to support latency-sensitive applications by providing greater control over transmission timing. R-TWT builds upon TWT (described in Section VI-B), which was originally designed to reduce energy consumption.<br><br>While R-TWT retains the foundational mechanisms of TWT (explained in detail in Section VI-B), it introduces several key enhancements for deterministic latency:<br><br>• During schedule negotiation, the AP and associated STAs establish an R-TWT agreement. This agreement defines the start times, durations, and periodicity of the service periods (SPs). It also includes a list of Traffic Identifiers (TIDs), allowing prioritization of traffic types within the SPs.<br>• To enforce the restricted access during an SP, the AP initiates explicit channel protection via control signaling, such as CTS-to-Self or Quiet Element frames, at the beginning of each SP. This signaling silences both compliant and non-compliant TWT/R-TWT STAs, ensuring predictable and interference-free transmissions.<br><br>Ex. 2<br><br>The Qualcomm FastConnect chip implements 'Target Wake Time (TWT)' and 'Wi-Fi QoS Management' confirming that the connectivity controller in each accused device the FastConnect 7900 (Galaxy S26 Ultra) and FastConnect 7800 (Galaxy S25) supports the scheduled service-period mechanisms, including TWT and R-TWT service periods, that define the scheduled service periods and the ordinary intervals between them. *See* Exs. 6, 12. |

| Claim | Exemplary Evidence of Infringement |
|---|---|
| | **Qualcomm**<br>**Qualcomm® FastConnect™ 7900**<br>**Mobile Connectivity System**<br><br>**Wi-Fi Features**  High Band Simultaneous Multi-Link, 320MHz (single channel, or 160 + 160), MU-MIMO (Uplink and Downlink), OFDMA (Uplink and Downlink), Target Wake Time (TWT), Passpoint, Wi-Fi Aware R3, Wi-Fi Location, Wi-Fi Optimized Connectivity, Wi-Fi QoS Management, TDLS, Miracast, Voice-Enterprise<br><br>Ex. 6 |

| Claim | Exemplary Evidence of Infringement |
|---|---|
|  | **Qualcomm** **Qualcomm® FastConnect™ 7800 Mobile Connectivity System** <br><br> • Supports Wi-Fi 7 High Band Simultaneous Multi-Link <br><br> • Premium Wi-Fi 7 experience when paired with a compatible access point <br><br> **Wi-Fi Features**  4-Stream Dual Band Simultaneous in the High Bands, 4K QAM, Multi-Link Operation (MLO), 320MHz (single channel, or 160 + 160), 8x8 Sounding, MU-MIMO (Uplink and Downlink), OFDMA (Uplink and Downlink), Target Wake Time (TWT), Passpoint, Wi-Fi Aware R3, Wi-Fi Location, Wi-Fi Optimized Connectivity, Wi-Fi QoS Management, TDLS, Miracast, Voice-Enterprise <br><br> Ex. 12 |

26

| Claim | Exemplary Evidence of Infringement |
|---|---|
| |

Ex. 13

When an R-TWT agreement is set up, the EHT AP announces the R-TWT service period schedule in the broadcast TWT element, which carries one or more R-TWT parameter set fields, together with the optional R-TWT EDCA parameter set element, in transmitted management frames. *See* Exs. 7, 16. |

27

| Claim | Exemplary Evidence of Infringement |
|---|---|
| | The novel R-TWT mechanism opens up new opportunities for differentiated QoS provisioning in Wi-Fi networks. It has been proved that the basic traffic differentiation approach using access categories (AC) does not provide strong guarantees on QoS performance indicators, e.g., required for industry automation scenarios [6]. Specifically, the approach is not flexible enough, because the standard offers only four access categories (voice, video, best effort and background), for each of which a device supports different hardware queues with individual parameters of random channel access. To overcome the limitations of this approach, the idea of airtime slicing was proposed [7, 8], which is based on allocating different airtime shares to data flows according to their QoS requirements. However, the amount of airtime for each share is decided by a slice orchestrator, which is implemented in software. Thus, to provide strong guarantees, tight interaction between hardware queues and the software orchestrator is required. Besides, packets experience additional latencies when they wait in software queues before the airtime is granted. There are solutions in literature that are developed specifically for RTA applications, e.g., [9, 10], and do not require software queues to control the resource sharing. However, in contrast to R-TWT, they are not considered for standardization. The flexibility provided by R-TWT allows directly allocating time slots to hardware queues and even for certain traffic identifiers. Moreover, it allows completely isolating data flows by allocating them dedicated time slots, so that the data transmission is not interrupted by other flows.<br><br>The R-TWT parameters should be selected so that the QoS requirements are satisfied with a given probability, while consuming minimum channel time. We focus on RTA applications that require maintaining delays of a few milliseconds with very high probability, e.g., 99.9%. For selection of proper R-TWT parameters, analytical instruments are needed that allow estimating the QoS performance indicators of the data flow. Specifically, the accurate estimation of delay distribution is important for the prediction of crucial RTA performance indicators, such as average delay, jitter and delay percentiles.<br><br>Ex. 7 |

| Claim | Exemplary Evidence of Infringement |
|---|---|
|  | <ul><li>☐ **The EDCA Parameter Set for r-TWT Scheduled STAs In SPs field** specifies the EDCA Parameter Set for r-TWT scheduled STA(s) during SPs by the EDCA Parameter Set element.</li></ul> • **Mandatorily present** <ul><li>☐ **The EDCA Parameter Set for r-TWT Scheduled STAs Outside SPs field** specifies the EDCA Parameter Set for r-TWT scheduled STA(s) outside of SPs by the EDCA Parameter Set.</li></ul> • **Optionally present, and the default EDCA Parameter Set is used if not present** <ul><li>☐ **The EDCA Parameter Set for r-TWT Unscheduled STAs In SPs field** specifies the EDCA Parameter Set for r-TWT unscheduled STAs during SPs by the EDCA Parameter Set element.</li></ul> • **Optionally present, and the default EDCA Parameter Set is used if not present** <ul><li>☐ **The EDCA Parameter Set for r-TWT Unscheduled STAs Outside SPs field** specifies the EDCA Parameter Set for r-TWT unscheduled STAs outside of SPs by the EDCA Parameter Set element</li></ul> Ex. 16 |

29

| Claim | Exemplary Evidence of Infringement |
|---|---|
| **[1.b]** associating traffic flows with access categories; | Each of the Accused Products performs the step of associating traffic flows with access categories. For example, on information and belief, each of the identified Samsung Galaxy smartphones include modern smartphone capabilities for operating as IEEE 802.11be stations in a basic service set (*e.g.*, mobile hotspot), which involves associating traffic flows with access categories.<br><br>As additional examples, the Samsung Galaxy S26 Ultra and Samsung Galaxy S25, when operating as IEEE 802.11be stations in a basic service set, map each traffic stream (*e.g.*, "associating traffic flows") by its user priority/TID to one of the four 802.11 access categories, AC_VO, AC_VI, AC_BE, AC_BK (*e.g.*, "with access categories").<br><br>The Samsung Galaxy S26 Ultra and Samsung Galaxy S25 implement the standard 802.11 QoS classification, in which each traffic flow is mapped, by its user priority (UP) / TID, to one of four access categories. *See* Ex. 8. The UP to AC mapping is set out in IEEE 802.11-2020 Table 10-1 (UP 6,7 map to AC_VO; UP 4,5 to AC_VI; UP 0,3 to AC_BE; UP 1,2 to AC_BK) and carried forward in 802.11be. *See* Ex. 8. IEEE 802.11-2020 implements this in the EDCA implementation model, where an incoming 802.1D-tagged MSDU passes through a 'Mapping to Access Category' stage that directs each flow into one of the four AC queues, Voice (AC_VO), Video (AC_VI), Best Effort (AC_BE), and Background (AC_BK). *See* Ex. 18. This per-flow classification is performed at the MAC of every standards compliant Wi-Fi QoS station. Further, the FastConnect implemented devices (including, *e.g.*, FastConnect 7900, FastConnect 7800) supports this Wi-Fi QoS Management operation. *See* Exs. 6, 12. Operating as 802.11be/WMM stations, the accused Galaxy devices perform this association of traffic flows with access categories in ordinary QoS operation. *See* Ex. 8.<br><br>Accordingly, the Samsung Galaxy smartphone, by mapping each traffic flow to its 802.11 access category in ordinary QoS operation, satisfies the "associating traffic flows with access categories" requirement of the limitation. Exs. 6, 8, 12, 18.<br><br>IEEE Std 802.11be-2024 is an amendment to the IEEE Std 802.11 base standard, defining EHT modifications to the existing 802.11 MAC and PHY while preserving backward compatibility with legacy 802.11 operation, rather than restating the standard in full. *See* Ex. 2. The EDCA framework and the UP to AC mapping are base standard MAC features that 802.11be does not modify, so an 802.11be (EHT) station continues to apply the base standard UP to AC mapping, set out in IEEE Std 802.11-2020 Table 10-1 and carried forward into the 802.11-2024 base standard that 802.11be-2024 amends. *See* Exs. 8, 2. |

| Claim | Exemplary Evidence of Infringement |
|---|---|
| |  |

| Claim | Exemplary Evidence of Infringement |
|---|---|
| |  |

Ex. 8

### 9.4.2.28 EDCA Parameter Set element

The EDCA Parameter Set element provides information needed by STAs for proper operation of the QoS facility. The format of the EDCA Parameter Set element is defined in Figure 9-293.

**Figure 9-293—EDCA Parameter Set element format**

The value of the AC index (ACI) references the AC to which all parameters in this record correspond. The mapping between ACI and AC is defined in Table 9-154. The ACM (admission control mandatory) subfield indicates that admission control is required for the AC. If the ACM subfield is equal to 0, then there is no admission control for the corresponding AC. If the ACM subfield is set to 1, admission control has to be used prior to transmission using the access parameters specified for this AC. The AIFSN subfield indicates the number of slots after a SIFS a STA defers before either invoking a backoff or starting a transmission. The minimum value of the AIFSN subfield is 2.

**Table 9-154—ACI-to-AC coding**

| ACI | AC | Description |
|---|---|---|
| 0 | AC_BE | Best effort |
| 1 | AC_BK | Background |
| 2 | AC_VI | Video |
| 3 | AC_VO | Voice |

32

| Claim | Exemplary Evidence of Infringement |
|---|---|
| | Ex. 8 <br><br> ## 10.2.3.2 HCF contention based channel access (EDCA) <br><br> The EDCA mechanism provides differentiated, distributed access to the WM for STAs using eight different UPs. The EDCA mechanism defines four access categories (ACs) that provide support for the delivery of traffic with UPs at the STAs. Six transmit queues are defined when dot11AlternateEDCAActivated is true, and four transmit queues otherwise. The transmit queue and AC are derived from the UPs as shown in Table 10-1. <br><br> **Table 10-1—UP-to-AC mappings** <br><br> (table below) <br><br> Ex. 8 |

**Table 10-1—UP-to-AC mappings**

| Priority | UP (Same as IEEE 802.1D user priority) | IEEE 802.1D designation | AC | Transmit queue (dot11Alternate-EDCAActivated false or not present) | Transmit queue (dot11Alternate EDCAActivated true) | Designation |
|---|---|---|---|---|---|---|
| Lowest | 1 | BK | AC_BK | BK | BK | Background |
| | 2 | — | AC_BK | BK | BK | Background |
| | 0 | BE | AC_BE | BE | BE | Best Effort |
| | 3 | EE | AC_BE | BE | BE | Best Effort |
| | 4 | CL | AC_VI | VI | A_VI | Video (alternate) |
| | 5 | VI | AC_VI | VI | VI | Video (primary) |
| | 6 | VO | AC_VO | VO | VO | Voice (primary) |
| Highest | 7 | NC | AC_VO | VO | A_VO | Voice (alternate) |

NOTE—The Designation column is an indication of general usage and guidance. Actual uses of each UP are implementation specific.

| Claim | Exemplary Evidence of Infringement |
|---|---|
|  |

Ex. 6 |

| Claim | Exemplary Evidence of Infringement |
|-------|-----------------------------------|
|       | **Qualcomm** **Qualcomm® FastConnect™ 7800 Mobile Connectivity System**<br><br>• Supports Wi-Fi 7 High Band Simultaneous Multi-Link<br><br>• Premium Wi-Fi 7 experience when paired with a compatible access point<br><br>**Wi-Fi Features** — 4-Stream Dual Band Simultaneous in the High Bands, 4K QAM, Multi-Link Operation (MLO), 320MHz (single channel, or 160 + 160), 8x8 Sounding, MU-MIMO (Uplink and Downlink), OFDMA (Uplink and Downlink), Target Wake Time (TWT), Passpoint, Wi-Fi Aware R3, Wi-Fi Location, Wi-Fi Optimized Connectivity, Wi-Fi QoS Management, TDLS, Miracast, Voice-Enterprise<br><br>Ex. 12 |

35

| Claim | Exemplary Evidence of Infringement |
|---|---|
| |  |

The Wi-Fi QoS Management feature adds an IP layer step ahead of the AC mapping, the station uses a DSCP to UP table to assign a user priority to each outgoing IP packet based on its DSCP marking, and that UP is then mapped to its WMM access category through the standard mapping table. This supplies the per-flow classification and assignment of access categories. *See* Exs. 8, 20.

| Claim | Exemplary Evidence of Infringement |
|---|---|
| | <table><tr><td>STA</td><td>Client station</td></tr><tr><td>TID</td><td>Traffic Identifier</td></tr><tr><td>UP</td><td>User Priority</td></tr></table> Ex. 20 <br><br> ## 2.1.2  Wi-Fi QoS Management features <br><br> The following list specifies features for Wi-Fi QoS Management APs and STAs: <br><br> • Mirrored Stream Classification Service (MSCS) <br> • Default DSCP-to-UP mapping <br> • QoS Map DSCP-to-UP mapping <br> • Stream Classification Service (SCS) <br> • DSCP Policy <br> • 5G QoS to Wi-Fi QoS mapping <br><br> Ex. 20 <br><br> ## 3.2  DSCP-to-UP mapping <br><br> DSCP-to-UP mapping assigns downlink and uplink QoS based on DSCP marking of IP packets, either using a default mapping table, or using a specific mapping table configured using QoS Map capability. <br><br> A Wi-Fi QoS Management AP and STA shall, out-of-box, enable DSCP-to-UP mapping. <br><br> When DSCP-to-UP mapping is enabled, a Wi-Fi QoS Management AP uses a DSCP-to-UP mapping table to assign the UP of IP packets sent to its associated STAs based on the DSCP marking. DSCP-to-UP mapping is required for IP <br><br> Ex. 20 |

| Claim | Exemplary Evidence of Infringement |
|---|---|
| | **10.2.3.2 HCF contention based channel access (EDCA)**<br><br>The EDCA mechanism provides differentiated, distributed access to the WM for STAs using eight different UPs. The EDCA mechanism defines four access categories (ACs) that provide support for the delivery of traffic with UPs at the STAs. Six transmit queues are defined when dot11AlternateEDCAActivated is true, and four transmit queues otherwise. The transmit queue and AC are derived from the UPs as shown in Table 10-1.<br><br>**Table 10-1—UP-to-AC mappings**<br><br>Ex. 8 |
| [1.c] assigning one or more of the access categories to each | Each of the Accused Products performs the step of assigning one or more of the access categories to each contention period. For example, on information and belief, each of the identified Samsung Galaxy smartphones include modern smartphone capabilities for operating as IEEE 802.11be stations in a basic service set (*e.g.*, mobile hotspot), which involves performing the step for assigning one or more of the access categories to each contention period. |

**Table 10-1—UP-to-AC mappings**

| Priority | UP (Same as IEEE 802.1D user priority) | IEEE 802.1D designation | AC | Transmit queue (dot11Alternate-EDCAActivated false or not present) | Transmit queue (dot11Alternate EDCAActivated true) | Designation |
|---|---|---|---|---|---|---|
| Lowest | 1 | BK | AC_BK | BK | BK | Background |
| | 2 | — | AC_BK | BK | BK | Background |
| | 0 | BE | AC_BE | BE | BE | Best Effort |
| | 3 | EE | AC_BE | BE | BE | Best Effort |
| | 4 | CL | AC_VI | VI | A_VI | Video (alternate) |
| | 5 | VI | AC_VI | VI | VI | Video (primary) |
| | 6 | VO | AC_VO | VO | VO | Voice (primary) |
| Highest | 7 | NC | AC_VO | VO | A_VO | Voice (alternate) |

NOTE—The Designation column is an indication of general usage and guidance. Actual uses of each UP are implementation specific.

38

| Claim | Exemplary Evidence of Infringement |
|---|---|
| contention period; and | As additional examples, the Samsung Galaxy S26 Ultra and Samsung Galaxy S25, operating as IEEE 802.11be stations in a basic service set, designate (*e.g.*, "assigning") in each R-TWT Setup frame the Traffic Identifiers and, through the standard UP to AC (User Priority to Access Category) mapping, the corresponding access categories (*e.g.*, "one or more of the access categories") that receive prioritized access during each R-TWT service period (*e.g.*, "to each contention period"). |

The Samsung Galaxy S26 Ultra and Samsung Galaxy S25 establish each R-TWT schedule through individually addressed TWT Setup frames that carry an R-TWT Traffic Info field, whose R-TWT DL TID Bitmap and R-TWT UL TID Bitmap subfields designate the Traffic Identifiers treated as latency sensitive for that schedule. *See* Exs. 2, 19. These bitmaps may be defined by the R-TWT scheduling AP or by the R-TWT scheduled station, so the Samsung Galaxy device, acting as a scheduled station, itself sets the TIDs carried in its Setup frame. *See* Exs. 2, 19. Because each TID corresponds to a user priority, and the standard fixes the UP to AC mapping in IEEE 802.11-2020 Table 10-1 UPs 6 and 7 to AC_VO, UPs 4 and 5 to AC_VI, UPs 0 and 3 to AC_BE, and UPs 1 and 2 to AC_BK designating a TID in the bitmap necessarily designates its corresponding access category. *See* Ex. 8. The associated AP schedules and announces the service period, and the accused device's Setup request defines the TIDs, and through Table 10-1 the access categories, designated for that period, so each negotiated R-TWT service period is tied to a specific subset of access categories that receive prioritized access during the period. *See* Exs. 2, 17, 19. Different R-TWT schedules can be set up with different TID bitmaps, so each service period carries its own per-period assignment of access categories, while the access categories outside that subset are not given prioritized access during the period. *See* Exs. 17, 19. The FastConnect devices (including, *e.g.*, FastConnect 7900, FastConnect 7800) support the TWT scheduling on which this assignment depends. *See* Exs. 6, 12.

Accordingly, the Samsung Galaxy smartphone, by populating the R-TWT DL/UL TID Bitmap of each R-TWT Setup frame and thereby tying each R-TWT service period to a specific subset of access categories under Table 10-1, satisfies the "assigning one or more of the access categories to each contention period." Exs. 2, 6, 8, 12, 17, 19.

| Claim | Exemplary Evidence of Infringement |
|---|---|
| | **D. Restricted Target Wake Time (R-TWT)**<br><br>802.11be introduced R-TWT to support latency-sensitive applications by providing greater control over transmission timing. R-TWT builds upon TWT (described in Section VI-B), which was originally designed to reduce energy consumption.<br><br>While R-TWT retains the foundational mechanisms of TWT (explained in detail in Section VI-B), it introduces several key enhancements for deterministic latency:<br><br>• During schedule negotiation, the AP and associated STAs establish an R-TWT agreement. This agreement defines the start times, durations, and periodicity of the service periods (SPs). It also includes a list of Traffic Identifiers (TIDs), allowing prioritization of traffic types within the SPs.<br>• To enforce the restricted access during an SP, the AP initiates explicit channel protection via control signaling, such as CTS-to-Self or Quiet Element frames, at the beginning of each SP. This signaling silences both compliant and non-compliant TWT/R-TWT STAs, ensuring predictable and interference-free transmissions.<br><br>Ex. 2 |

| Claim | Exemplary Evidence of Infringement |
|---|---|
| | The Restricted TWT Traffic Info field is present in a Restricted TWT Parameter Set field when the Restricted TWT Traffic Info Present subfield of the Broadcast TWT Info subfield is set to 1. Its format is defined in Figure 9-795a.<br><br>**Figure 9-795a—Restricted TWT Traffic Info field format**<br><br>The Traffic Info Control field is defined in Figure 9-795b.<br><br>**Figure 9-795b—Traffic Info Control field format**<br><br>Ex. 2<br><br>The Restricted TWT DL TID Bitmap and Restricted TWT UL TID Bitmap subfields specify the TID(s) that are identified by the R-TWT scheduling AP or the R-TWT scheduled STA as latency sensitive traffic streams in the DL and UL direction, respectively. A value of 1 at bit position $k$ in either bitmap indicates that TID $k$ is classified as latency sensitive traffic stream for the direction the bitmap corresponds to. A value of 0 at bit position $k$ in either bitmap indicates that TID $k$ is not classified as latency sensitive traffic stream for the direction the bitmap corresponds to.<br><br>Ex. 2 |

41

| Claim | Exemplary Evidence of Infringement |
|---|---|
| | **10.2.3.2 HCF contention based channel access (EDCA)**<br><br>The EDCA mechanism provides differentiated, distributed access to the WM for STAs using eight different UPs. The EDCA mechanism defines four access categories (ACs) that provide support for the delivery of traffic with UPs at the STAs. Six transmit queues are defined when dot11AlternateEDCAActivated is true, and four transmit queues otherwise. The transmit queue and AC are derived from the UPs as shown in Table 10-1.<br><br>**Table 10-1—UP-to-AC mappings**<br><br>*(table below)*<br><br>Ex. 8<br><br>Wi-Fi 7 technical literature describes the same mechanism, characterizing the R-TWT schedule as carrying the negotiated set of UL/DL TIDs that identify the latency sensitive traffic for the schedule. *See* Exs. 7, 19. Qualcomm's product documentation confirms |

**Table 10-1—UP-to-AC mappings**

| Priority | UP (Same as IEEE 802.1D user priority) | IEEE 802.1D designation | AC | Transmit queue (dot11Alternate-EDCAActivated false or not present) | Transmit queue (dot11Alternate EDCAActivated true) | Designation |
|---|---|---|---|---|---|---|
| Lowest | 1 | BK | AC_BK | BK | BK | Background |
| | 2 | — | AC_BK | BK | BK | Background |
| | 0 | BE | AC_BE | BE | BE | Best Effort |
| | 3 | EE | AC_BE | BE | BE | Best Effort |
| | 4 | CL | AC_VI | VI | A_VI | Video (alternate) |
| | 5 | VI | AC_VI | VI | VI | Video (primary) |
| | 6 | VO | AC_VO | VO | VO | Voice (primary) |
| Highest | 7 | NC | AC_VO | VO | A_VO | Voice (alternate) |

NOTE—The Designation column is an indication of general usage and guidance. Actual uses of each UP are implementation specific.

| Claim | Exemplary Evidence of Infringement |
|---|---|
|  | that each accused device's connectivity controller, the FastConnect 7900 (Galaxy S26 Ultra) and FastConnect 7800 (Galaxy S25) supports the TWT scheduling through which these TID bitmaps are negotiated. *See* Exs. 6, 12.<br><br>Ex. 6 |

43

| Claim | Exemplary Evidence of Infringement |
|-------|-----------------------------------|
| | **Qualcomm**<br><br>**Qualcomm® FastConnect™ 7800 Mobile Connectivity System**<br><br>• Supports Wi-Fi 7 High Band Simultaneous Multi-Link<br><br>• Premium Wi-Fi 7 experience when paired with a compatible access point<br><br>**Wi-Fi Features**    4-Stream Dual Band Simultaneous in the High Bands, 4K QAM, Multi-Link Operation (MLO), 320MHz (single channel, or 160 + 160), 8x8 Sounding, MU-MIMO (Uplink and Downlink), OFDMA (Uplink and Downlink), Target Wake Time (TWT), Passpoint, Wi-Fi Aware R3, Wi-Fi Location, Wi-Fi Optimized Connectivity, Wi-Fi QoS Management, TDLS, Miracast, Voice-Enterprise<br><br>Ex. 12<br><br>**Introduction to r-TWT:**<br><br>RTWT, or **Restricted Target Wake Time**, is a pivotal feature introduced in Wi-Fi 7 (IEEE 802.11be), building upon the Target Wake Time (TWT) mechanism from Wi-Fi 6. While TWT focuses on power efficiency by scheduling device wake times, RTWT extends this to reserve specific time slots for certain stations, ensuring exclusive channel access. This is crucial for real-time applications requiring low latency and high reliability, such as online gaming, video conferencing, and industrial automation.<br><br>Ex. 19 |

44

| Claim | Exemplary Evidence of Infringement |
|-------|-----------------------------------|
|  | **r-TWT Schedule Info:**<br><br>This r-TWT schedule info field provides details about the r-TWT session (e.g., Active, Full, etc.).<br><br>• A bit value of 0 indicates that the schedule is suspended or idle.<br>• A bit value of 1 signifies that the r-TWT schedule is active.<br>• A bit value of 2 means the TWT group membership is full, and the AP may reject any r-TWT requests.<br>• A bit value of 3 indicates that the session is active for a non-transmitted or co-hosted BSSID.<br><br>**r-TWT traffic info:**<br><br>This element specifies the UL/DL TID bitmaps for latency-sensitive traffic. It uses the following sub-fields to inform the STA about traffic prioritization:<br><br>• r-TWT UL TID Bitmap<br>• r-TWT DL TID Bitmap<br><br>**Note:**<br><br>The Restricted TWT Traffic Info field is included only in individually addressed TWT Setup frames for establishing an R-TWT schedule to negotiate the set of R-TWT UL and/or DL TIDs. This information is not present in R-TWT schedules advertised in the TWT element within Beacon frames.<br><br>Ex. 19 |

| Claim | Exemplary Evidence of Infringement |
|---|---|
| | During each R-TWT service period, only those traffic flows mapped to the assigned subset of access categories receive prioritized access; traffic in the non-assigned categories does not. *See* Exs. 17, 19. At the start of the service period, the associated AP protects the schedule through control signaling a CTS-to-Self or quiet element frame that silences stations outside the schedule, so the period is reserved for the designated traffic. *See* Exs. 17, 19. Because different schedules can specify different TID bitmaps, the subset of access categories given access varies from one service period to the next, giving each period its own assignment of access categories. *See* Exs. 17, 19. |

**D. *Restricted Target Wake Time (R-TWT)***

802.11be introduced R-TWT to support latency-sensitive applications by providing greater control over transmission timing. R-TWT builds upon TWT (described in Section VI-B), which was originally designed to reduce energy consumption.

While R-TWT retains the foundational mechanisms of TWT (explained in detail in Section VI-B), it introduces several key enhancements for deterministic latency:

- During schedule negotiation, the AP and associated STAs establish an R-TWT agreement. This agreement defines the start times, durations, and periodicity of the service periods (SPs). It also includes a list of Traffic Identifiers (TIDs), allowing prioritization of traffic types within the SPs.
- To enforce the restricted access during an SP, the AP initiates explicit channel protection via control signaling, such as CTS-to-Self or Quiet Element frames, at the beginning of each SP. This signaling silences both compliant and non-compliant TWT/R-TWT STAs, ensuring predictable and interference-free transmissions.

Ex. 2

| Claim | Exemplary Evidence of Infringement |
|---|---|
| |  Fig. 12: Illustration of R-TWT operation. The timeline shows an AP first granting a limited TXOP to STA 1 via an RTS/CTS exchange, followed by an R-TWT service period during which STA 2 wakes up from sleep and transmits scheduled uplink data to the AP, while STA 1 remains silent during the quiet interval.<br><br>Ex. 17 |

| Claim | Exemplary Evidence of Infringement |
|-------|-----------------------------------|
| | While R-TWT retains the foundational mechanisms of TWT (explained in detail in Section VI-B), it introduces several key enhancements for deterministic latency:<br><br>• During schedule negotiation, the AP and associated STAs establish an R-TWT agreement. This agreement defines the start times, durations, and periodicity of the service periods (SPs). It also includes a list of Traffic Identifiers (TIDs), allowing prioritization of traffic types within the SPs.<br>• To enforce the restricted access during an SP, the AP initiates explicit channel protection via control signaling, such as CTS-to-Self or Quiet Element frames, at the beginning of each SP. This signaling silences both compliant and non-compliant TWT/R-TWT STAs, ensuring predictable and interference-free transmissions.<br><br>Ex. 17 |

48

| Claim | Exemplary Evidence of Infringement |
|---|---|
| | ### r-TWT UL/DL TID Bitmap:<br><br>The **Restricted TWT DL TID Bitmap** and **Restricted TWT UL TID Bitmap** subfields define the TIDs identified by the R-TWT scheduling AP or R-TWT scheduled STA as latency-sensitive traffic streams for downlink and uplink, respectively.<br><br>• A bit value of **1** at position "**x**" in the bitmap indicates that "**TID x**" is classified as a latency-sensitive traffic stream.<br>• A bit value of **0** at position "**x**" indicates that "**TID x**" is not classified as a latency-sensitive traffic stream.<br><br>### How r-TWT ensures guaranteed SP:<br><br>The following rules are followed in the BSS during r-TWT SP<br><br>• All the transmitting r-TWT STAs should stop the transmission before the r-TWT SP starts<br>• For the legacy devices, which are incapable of understanding the TWT, the AP will announce the Quiet period in the BSS by adding the **Quiet element** in management frames (Beacons, Probe, etc)and immediately the AP will start the r-TWT SP in parallel.<br>• This mechanism ensures better control over network transmissions, reducing potential interference and improving scheduling efficiency in Wi-Fi 7 networks. |

49

| Claim | Exemplary Evidence of Infringement |
|-------|-------------------------------------|
| | ## Conclusion<br><br>RTWT represents a significant advancement in Wi-Fi 7, addressing the needs of real-time applications by providing exclusive channel access during reserved time periods. It enhances QoS, reduces latency, and improves network efficiency, while also offering power-saving benefits. However, challenges such as compatibility with legacy devices, implementation complexity, and security considerations require careful management. As research and deployment continue, RTWT is poised to play a central role in the future of wireless connectivity, supporting the growing demand for time-sensitive networking in diverse applications.<br><br>Ex. 19<br><br>### Our cutting-edge innovations enable advanced use cases.<br><br>**Significant capacity increases**<br>Wi-Fi 7 brings extreme data speeds, lower latencies, and increased network capacity thanks to new capabilities designed to support large numbers of users and devices in bandwidth-intensive environments.<br><br>**Incredible new experiences**<br>Wi-Fi 7 delivers on the promise of advanced experiences, enabling ultra-low latency for untethered XR and mobile gaming, along with high-quality video conferencing and seamless casting - supporting remote collaboration, online learning, and immersive entertainment.<br><br>**Moving Wi-Fi technology forward**<br>With a trusted legacy of pioneering premium wireless technologies, Qualcomm continues to lead the industry—shaping standards and driving the evolution toward Wi-Fi 8. Our innovations enable the most valuable applications and use cases for our customers and their users, ensuring connectivity that powers the future.<br><br>Ex. 26. |

| Claim | Exemplary Evidence of Infringement |
|---|---|
| **[1.d]** contending for access to the wireless channel by traffic flows associated with a proper subset of the access categories during at least one of the contention periods. | Each of the Accused Products performs the step of contending for access to the wireless channel by traffic flows associated with a proper subset of the access categories during at least one of the contention periods. For example, on information and belief, each of the identified Samsung Galaxy smartphones include modern smartphone capabilities for operating as IEEE 802.11be stations in a basic service set (*e.g.*, mobile hotspot), which involves performing the step for contending for access to the wireless channel by traffic flows associated with a proper subset of the access categories during at least one of the contention periods.<br><br>As additional examples, the Samsung Galaxy S26 Ultra and Samsung Galaxy S25, operating as IEEE 802.11be stations in a basic service set, contend for the medium (*e.g.*, "contending for access to the wireless channel") using only the traffic streams (*e.g.*, "by traffic flows") carrying the schedule's designated TIDs, which through the standard UP to AC mapping are a limited set of the device's access categories (*e.g.*, "associated with a proper subset of the access categories"), within each reserved R-TWT service period (*e.g.*, "during at least one of the contention periods").<br><br>During each R-TWT service period, the accused device's traffic flows carrying the schedule's designated TIDs contend for the medium, and those TIDs correspond through IEEE 802.11-2020 Table 10-1 to a limited set of the four access categories a proper subset, because the schedule designates only the latency sensitive TIDs rather than all of them. *See* Exs. 2, 8. The device still contends within the service period through EDCA, governed by the R-TWT EDCA parameter set carried in the schedule, so access during the period remains contention-based rather than polled. *See* Ex. 16. At the start of the service period, the associated AP protects the schedule through control signaling a CTS-to-Self or quiet element frame and initiates a quiet period in the BSS, silencing stations outside the schedule, so traffic in the non-designated access categories does not contend during that period. *See* Exs. 17, 19. Therefore, the traffic flows associated with a proper subset of the access categories contend for access during at least one of the contention periods, namely the R-TWT service period, while traffic associated with the remaining categories is excluded from that period. *See* Exs. 2, 7, 17.<br><br>Accordingly, the Samsung Galaxy smartphone, by confining its contention during the R-TWT service period to the traffic flows whose TIDs map to the designated subset of access categories, satisfies the "contending for access to the wireless channel by traffic flows associated with a proper subset of the access categories during at least one of the contention periods." Exs. 2, 6, 8, 16-17, 19. |

| Claim | Exemplary Evidence of Infringement |
|---|---|
| | **35.8 Restricted TWT (R-TWT)**<br><br>**35.8.1 General**<br><br>R-TWT operation described in this subclause enables the STAs in a BSS to use enhanced medium access protection and resource reservation mechanisms for delivery of latency sensitive traffic.<br><br>An R-TWT scheduled STA establishes membership for one or more R-TWT schedules with its associated EHT AP by following the rules defined in 26.8.3 with the additional rules defined in 35.8.2. An R-TWT scheduling AP may announce one or more R-TWT schedules as described in 35.8.3. EHT STAs with dot11RestrictedTWTOptionImplemented equal to true that support R-TWT operation follow the rules defined in 26.8.3, 35.3.24, and the additional rules and restrictions that are defined in the subclauses below.<br><br>**35.8.2 R-TWT membership setup**<br><br>An R-TWT membership is established using the same procedure used to set up a broadcast TWT membership as described in 26.8.3 except that the broadcast TWT element(s) carried in the Management frames used to set up the membership include one or more Restricted TWT Parameter Set fields as described in 9.4.2.198.<br><br>Ex. 2 |

| Claim | Exemplary Evidence of Infringement |
|---|---|
| | **D. *Restricted Target Wake Time (R-TWT)*** <br><br> 802.11be introduced R-TWT to support latency-sensitive applications by providing greater control over transmission timing. R-TWT builds upon TWT (described in Section VI-B), which was originally designed to reduce energy consumption. <br><br> While R-TWT retains the foundational mechanisms of TWT (explained in detail in Section VI-B), it introduces several key enhancements for deterministic latency: <br><br> • During schedule negotiation, the AP and associated STAs establish an R-TWT agreement. This agreement defines the start times, durations, and periodicity of the service periods (SPs). It also includes a list of Traffic Identifiers (TIDs), allowing prioritization of traffic types within the SPs. <br> • To enforce the restricted access during an SP, the AP initiates explicit channel protection via control signaling, such as CTS-to-Self or Quiet Element frames, at the beginning of each SP. This signaling silences both compliant and non-compliant TWT/R-TWT STAs, ensuring predictable and interference-free transmissions. <br><br> Ex. 2 |

| Claim | Exemplary Evidence of Infringement |
|---|---|
| | **10.2.3.2 HCF contention based channel access (EDCA)**<br><br>The EDCA mechanism provides differentiated, distributed access to the WM for STAs using eight different UPs. The EDCA mechanism defines four access categories (ACs) that provide support for the delivery of traffic with UPs at the STAs. Six transmit queues are defined when dot11AlternateEDCAActivated is true, and four transmit queues otherwise. The transmit queue and AC are derived from the UPs as shown in Table 10-1.<br><br>**Table 10-1—UP-to-AC mappings**<br><br>_See table below_<br><br>Ex. 8 |

Table 10-1—UP-to-AC mappings

| Priority | UP (Same as IEEE 802.1D user priority) | IEEE 802.1D designation | AC | Transmit queue (dot11Alternate-EDCAActivated false or not present) | Transmit queue (dot11Alternate EDCAActivated true) | Designation |
|---|---|---|---|---|---|---|
| Lowest | 1 | BK | AC_BK | BK | BK | Background |
| | 2 | — | AC_BK | BK | BK | Background |
| | 0 | BE | AC_BE | BE | BE | Best Effort |
| | 3 | EE | AC_BE | BE | BE | Best Effort |
| | 4 | CL | AC_VI | VI | A_VI | Video (alternate) |
| | 5 | VI | AC_VI | VI | VI | Video (primary) |
| | 6 | VO | AC_VO | VO | VO | Voice (primary) |
| Highest | 7 | NC | AC_VO | VO | A_VO | Voice (alternate) |

NOTE—The Designation column is an indication of general usage and guidance. Actual uses of each UP are implementation specific.

54

| Claim | Exemplary Evidence of Infringement |
|---|---|
|  | <ul><li>☐ **The EDCA Parameter Set for r-TWT Scheduled STAs In SPs field** specifies the EDCA Parameter Set for r-TWT scheduled STA(s) during SPs by the EDCA Parameter Set element.</li><li>• **Mandatorily present**</li><li>☐ **The EDCA Parameter Set for r-TWT Scheduled STAs Outside SPs field** specifies the EDCA Parameter Set for r-TWT scheduled STA(s) outside of SPs by the EDCA Parameter Set.</li><li>• **Optionally present, and the default EDCA Parameter Set is used if not present**</li><li>☐ **The EDCA Parameter Set for r-TWT Unscheduled STAs In SPs field** specifies the EDCA Parameter Set for r-TWT unscheduled STAs during SPs by the EDCA Parameter Set element.</li><li>• **Optionally present, and the default EDCA Parameter Set is used if not present**</li><li>☐ **The EDCA Parameter Set for r-TWT Unscheduled STAs Outside SPs field** specifies the EDCA Parameter Set for r-TWT unscheduled STAs outside of SPs by the EDCA Parameter Set element</li></ul><br><br>Ex. 16 |

| Claim | Exemplary Evidence of Infringement |
|---|---|
|  |  Fig. 12: Illustration of R-TWT operation. The timeline shows an AP first granting a limited TXOP to STA 1 via an RTS/CTS exchange, followed by an R-TWT service period during which STA 2 wakes up from sleep and transmits scheduled uplink data to the AP, while STA 1 remains silent during the quiet interval.<br><br>Ex. 17 |

| Claim | Exemplary Evidence of Infringement |
|-------|-------------------------------------|
|  | While R-TWT retains the foundational mechanisms of TWT (explained in detail in Section VI-B), it introduces several key enhancements for deterministic latency: <br><br> • During schedule negotiation, the AP and associated STAs establish an R-TWT agreement. This agreement defines the start times, durations, and periodicity of the service periods (SPs). It also includes a list of Traffic Identifiers (TIDs), allowing prioritization of traffic types within the SPs. <br> • To enforce the restricted access during an SP, the AP initiates explicit channel protection via control signaling, such as CTS-to-Self or Quiet Element frames, at the beginning of each SP. This signaling silences both compliant and non-compliant TWT/R-TWT STAs, ensuring predictable and interference-free transmissions. <br><br> Ex. 17 |

57

| Claim | Exemplary Evidence of Infringement |
|-------|-----------------------------------|
| | The novel R-TWT mechanism opens up new opportunities for differentiated QoS provisioning in Wi-Fi networks. It has been proved that the basic traffic differentiation approach using access categories (AC) does not provide strong guarantees on QoS performance indicators, e.g., required for industry automation scenarios [6]. Specifically, the approach is not flexible enough, because the standard offers only four access categories (voice, video, best effort and background), for each of which a device supports different hardware queues with individual parameters of random channel access. To overcome the limitations of this approach, the idea of airtime slicing was proposed [7, 8], which is based on allocating different airtime shares to data flows according to their QoS requirements. However, the amount of airtime for each share is decided by a slice orchestrator, which is implemented in software. Thus, to provide strong guarantees, tight interaction between hardware queues and the software orchestrator is required. Besides, packets experience additional latencies when they wait in software queues before the airtime is granted. There are solutions in literature that are developed specifically for RTA applications, e.g., [9, 10], and do not require software queues to control the resource sharing. However, in contrast to R-TWT, they are not considered for standardization. The flexibility provided by R-TWT allows directly allocating time slots to hardware queues and even for certain traffic identifiers. Moreover, it allows completely isolating data flows by allocating them dedicated time slots, so that the data transmission is not interrupted by other flows.<br><br>The R-TWT parameters should be selected so that the QoS requirements are satisfied with a given probability, while consuming minimum channel time. We focus on RTA applications that require maintaining delays of a few milliseconds with very high probability, e.g., 99.9%. For selection of proper R-TWT parameters, analytical instruments are needed that allow estimating the QoS performance indicators of the data flow. Specifically, the accurate estimation of delay distribution is important for the prediction of crucial RTA performance indicators, such as average delay, jitter and delay percentiles.<br><br>Ex. 7<br><br>During the R-TWT service period, the accused device's flows carrying the designated TIDs are the ones that access the medium, Ex. 19 depicts member stations transmitting their data within the service period. *See* Ex. 19. Stations outside the schedule are shut out of that period, the supporting station ends its transmission opportunity before the service period begins, and the associated AP runs a quiet period in the BSS so that no other station transmits during it. *See* Ex. 19. This is the medium access protection and resource reservation that R-TWT provides for the latency-sensitive traffic. *See* Ex. 2. Because only the flows in the designated subset of access categories access the channel during that period while the rest are excluded, the accused devices contend by traffic flows associated with a proper subset of the access categories during at least one of the contention periods. *See* Exs. 2, 19. |

| Claim | Exemplary Evidence of Infringement |
|---|---|
| | <br><br>Figure 9-790—Individual TWT Parameter Set field format<br><br>## 35.8 Restricted TWT (R-TWT)<br><br>### 35.8.1 General<br><br>R-TWT operation described in this subclause enables the STAs in a BSS to use enhanced medium access protection and resource reservation mechanisms for delivery of latency sensitive traffic.<br><br>An R-TWT scheduled STA establishes membership for one or more R-TWT schedules with its associated EHT AP by following the rules defined in 26.8.3 with the additional rules defined in 35.8.2. An R-TWT scheduling AP may announce one or more R-TWT schedules as described in 35.8.3. EHT STAs with dot11RestrictedTWTOptionImplemented equal to true that support R-TWT operation follow the rules defined in 26.8.3, 35.3.24, and the additional rules and restrictions that are defined in the subclauses below.<br><br>### 35.8.2 R-TWT membership setup<br><br>An R-TWT membership is established using the same procedure used to set up a broadcast TWT membership as described in 26.8.3 except that the broadcast TWT element(s) carried in the Management frames used to set up the membership include one or more Restricted TWT Parameter Set fields as described in 9.4.2.198.<br><br>Ex. 2 |

59

| Claim | Exemplary Evidence of Infringement |
|---|---|
| |  Ex. 19 |