**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| SIGNAL POINT NETWORKS, LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., AND SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>*Defendants*. | Case No.: 2:26-cv-00502-JRG |

**JOINT MOTION TO EXTEND BRIEFING DEADLINES**
**REGARDING DEFENDANTS' PARTIAL MOTION TO DISMISS**
**PLAINTIFF'S COMPLAINT UNDER FED. R. CIV. P. 12(b)(6)**

Plaintiff, Signal Point Networks, LLC ("Signal Point"), and Defendants, Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. (together, "Samsung"), (collectively, the "Parties") file this Joint Motion to Extend Briefing Deadlines regarding Defendants' Partial Motion to Dismiss Plaintiff's Complaint Under Fed. R. Civ. P. 12(b)(6) and would show the Court as follows:

On October 15, 2026, Samsung filed its Partial Motion to Dismiss Plaintiff's Complaint Under Fed. R. Civ. P. 12(b)(6) ("Partial Motion to Dismiss"). Dkt. No. 16. On October 30, 2026, Signal Point filed its Response in Opposition to the Partial Motion to Dismiss. Dkt. No. 21. Pursuant to Local Rule CV-7(f), Samsung's deadline to file its Reply in Support of the Partial Motion to Dismiss ("Reply Brief") is November 6, 2026, and Signal Point's deadline to file its Sur-Reply in Opposition to the Partial Motion to Dismiss ("Sur-Reply Brief") is November 13, 2026. The Parties respectfully seek extensions of the time to file their respective Reply and Sur-Reply Briefs. Specifically, the Parties request that the deadline for Samsung to file its Reply Brief

be extended up to and including November 20, 2026, and the deadline for Signal Point to file its Sur-Reply Brief be extended up to and including December 4, 2026. The Parties represent that this extension is not sought for the purpose of delay.

Accordingly, the Parties respectfully request that the Court grant this Joint Motion and enter an order extending the time in which Samsung is required to file its Reply Brief up to and including November 20, 2026, and extending the time in which Signal Point is required to file its Sur-Reply Brief up to and including December 4, 2026.

Dated: November 6, 2026

Respectfully submitted,

*/s/ Garrett C. Parish with permission by Melissa R. Smith*
Blair M. Jacobs (Lead Attorney)
D.C. Bar No. 471024
bjacobs@bsfllp.com
Christina A. Ondrick
D.C. Bar No. 494625
condrick@bsfllp.com
John S. Holley
Texas Bar No. 24078678
jholley@bsfllp.com

**BOIES SCHILLER FLEXNER LLP**
1401 New York Ave. N.W.
Washington D.C. 20005
Telephone: (202) 237-2727
Facsimile: (202) 202 237 6131

Claire A. Henry
Texas Bar No. 24053063
Email: claire@millerfairhenry.com
Andrea L. Fair
Texas Bar No. 24078488
Email: andrea@millerfairhenry.com
Garrett C. Parish
State Bar No. 24125824
garrett@millerfairhenry.com
MILLER FAIR HENRY PLLC
1507 Bill Owens Pkwy.
Longview, Texas 75604

Telephone: (903) 757-6400
Facsimile: (903) 757-2323

**ATTORNEYS FOR PLAINTIFF SIGNAL POINT NETWORKS, LLC**

*/s/ Melissa R. Smith*

Melissa R. Smith
Texas Bar No. 24001351
**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257
Email: melissa@gillamsmithlaw.com

*Attorney for Defendants*
*Samsung Electronics Co., Ltd. and*
*Samsung Electronics America, Inc.*

**CERTIFICATE OF CONFERENCE**

The undersigned hereby represents that counsel for Samsung met and conferred with counsel for Signal Point to discuss the substantive relief sought in this Motion in accordance with Local Rule CV-7(h). This motion is joint and is, therefore, unopposed.

*/s/ Melissa R. Smith*
Melissa R. Smith

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on November 6, 2026, to all counsel of record who are deemed to have consented to electronic service *via* the Court's CM/ECF system per Local Rule CV-5(a).

*/s/ Melissa R. Smith*
Melissa R. Smith