**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| SIGNAL POINT NETWORKS, LLC,<br>*Plaintiff*,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., AND SAMSUNG ELECTRONICS AMERICA, INC.,<br>*Defendants*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 2:26-CV-00502-JRG |

**ORDER**

Before the Court is the Unopposed Motion to Extend Deadlines to Serve Contentions (the "Motion") filed by Plaintiff Signal Point Networks, LLC ("Signal Point"). (Dkt. No. 25). In the Motion, the Signal Point seeks to extend the deadline to comply with P.R. 3-1 and 3-2 from November 9, 2026, up to and including November 23, 2026. (*Id.* at 1). Signal Point also seeks to extend the deadline for Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. (together, "Samsung") to comply with P.R. 3-3 and 3-4 from January 4, 2027, up to and including January 18, 2027. (*Id.*).

Having considered the Motion, and noting that it is unopposed, the Court finds that it should be and hereby is **GRANTED**. Accordingly, it is **ORDERED** that the deadline to comply with P.R. 3-1 and 3-2 is **extended** up to and including **November 23, 2026**, and the deadline to comply with P.R. 3-3 and 3-4 is **extended** up to and including **January 18, 2027**.

**So ORDERED and SIGNED this 13th day of November, 2026.**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE